CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP
Jerrold L. Bregman
C.A. Bar No. 149896
101 Park Avenue
New York, New York 10178
Tel.: (212) 696-6000
Email: jerry.bregman@curtis.com

Eric J. Cassidy (*pro hace vice forthcoming*)
CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP
2 Houston Center
909 Fannin Street, Suite 3899
Houston, Texas 77010
Tel.: (713) 759-9555
Fax: (713) 759-0712
Email: ecassidy@curtis.com

*Attorneys for Applicant*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aditya Berlia,<br><br>   *Applicant*.<br><br>FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO OBTAIN DISCOVERY IN AID OF FOREIGN PROCEEDINGS | |

*EX PARTE* **APPLICATION OF ADITYA BERLIA FOR
AN ORDER PURSUANT TO 28 U.S.C. § 1782
TO OBTAIN DISCOVERY FOR USE IN A FOREIGN PROCEEDING**

APPLICATION FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782

- 1 -

Applicant Aditya Berlia submits this *ex parte* Application to the Court under 28 U.S.C. Section 1782 for an order requiring Respondent Discord Inc. to produce relevant and necessary documentary and testimonial evidence for use in ongoing and forthcoming proceedings in the United Arab Emirates, relating to a divorce proceeding and child conservatory matter, in which Respondent Discord has provided servers and IT support for a third-party named Jeffrey Godwin to receive electronic photographs of minor children.  Godwin is a participant in an online polygamy group hosted by Discord Inc. The evidence requested will be used in the UAE proceeding to address issues related to child custody, including parental fitness, the well-being of the children, and the children's exposure to instability and high risk behavior, including posting of photographs on online polygamy websites without parental or legal consent.

Because Respondent is a Delaware corporation with is headquarters in this district, it is outside the reach UAE courts; thus the requested evidence may only be obtained through this Application.  The statutory requirements of Section 1782 and the discretionary factors enumerated by the Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241, 264-65 (2004), are all met here, and the Court should therefore grant this Application.

Applicant Aditya Berlia files a Memorandum in Support and declaration simultaneously with this Application. Attached as Exhibit 1 to this Application is a subpoena to Discord Inc.

October 6, 2025

                              Respectfully submitted,

                              CURTIS, MALLET-PREVOST,
                                COLT & MOSLE LLP

By:   *Jerrold L. Bregman*
       Jerrold L. Bregman
       C.A. Bar No. 149896
       101 Park Avenue
       New York, New York 10178
       Tel.: (212) 696-6000
       Fax: (212) 697-1559
       Email: jerry.bregman@curtis.com

       Eric J. Cassidy (*pro hace vice forthcoming*)
       Curtis, Mallet-Prevost, Colt & Mosle LLP
       2 Houston Center
       909 Fannin Street, Suite 3899
       Houston, Texas 77010
       Tel.: (713) 759-9555
       Fax: (713) 759-0712
       Email: ecassidy@curtis.com

       *Attorneys for Applicant*