# EXHIBIT A

Declaration of Mr. Aditya Berlia

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Aditya Berlia,

*Applicant.*

FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO OBTAIN DISCOVERY IN AID OF FOREIGN PROCEEDINGS

No.:

**DECLARATION OF ADITYA BERLIA IN SUPPORT OF APPLICATION FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782**

I, the undersigned, Aditya Berlia, declare under oath and penalty of perjury, pursuant to 28 U.S.C. § 1746, the following:

1. "I am over the age of 18 and provide this Declaration based on my own personal knowledge. I reside in the United Arab Emirates, the Emirate of Dubai.
2. Exhibits A-1, A-2, A-3, A-4, A-5, and A-6 are documents that are true and correct copies of legal documents and orders filed in legal proceedings in Dubai. I have personal knowledge of these legal proceedings and filings.
3. Exhibits A-7, A-8, and A-9 are documents that are true and correct copies of online posts that I viewed from my home and shared iPad. On August 6, 2025, I reviewed these documents with Parnika, my wife, while we jointly went online and she showed them to me. I provided these documents to my attorneys.
4. We viewed these documents from a server called Discord and hosted by Discord Inc. I collected these documents and have personal knowledge of these documents.

**The Foreign Legal Proceedings**

5. I am the claimant in a divorce proceeding against my estranged wife, Parnika Aditya Berlia ("Parnika"). We have been married for nearly a decade. My marriage resulted in us having twin daughters: both of whom are age 6 years and were born on the same day in 2019.[1]

6. The legal proceedings in the Dubai Courts are between me and Parnika. The matters are before The Dubai Courts of the Government of Dubai, UAE. The case numbers are:

   **Exhibit A-1:** Case number 639 / 2025: Petition for Divorce.

   **Exhibit A-2:** Case number 702 / 2025: Filing for Divorce and custody.

   **Exhibit A-3:** Case number 3653 / 2025: Application for Travel Restrictions to Prevent Kidnapping.

   **Exhibit A-4**: Court orders granting the Application for Travel Restrictions for the Two Minor Children.

   **Exhibit A-5**: Official Statement of Party's Cases; Dubai Courts; Government of Dubai.

   **Exhibit A-6**: Notice of Court Hearing on October 10, 2025.

7. Discord Inc. is not a party to any of the legal proceedings listed in this Declaration.

**The Online Activity Related to My Daughters**

8. The documents and testimony requested will be crucial to determining issues related to the children in the legal proceedings, including questions of conservatory and the well-being of the children.

9. During the course of the Dubai legal or divorce proceedings, the marital relationship became unstable, with Parnika escalating matters, threatening that she would take my two daughters away, possibly kidnapping them, and attempting to limit if not end my access to the children. Parnika did, indeed, attempt to travel outside of Dubai with our daughters,

---

[1] I am not providing their names or more specific information, unless requested by the Court, to protect their privacy.

without the consent or knowledge of the Dubai court. The record in the Dubai legal proceedings indicate that she planned to kidnap my daughters and leave the state on August 19 and 20, 2025. Her conduct resulted in a ruling from the Dubai court ordering a travel ban that bars her from removing the children from the UAE during the course of the legal proceedings. *See* **Exhibit A-4.**

10. I reviewed online postings with Parnika on 6th August. The following were on our shared family iPad. The postings showed that Parnika and Jeffrey Godwin are members and hosts of an online polygamous and gaming community that communicates through private Discord servers with certain online groups, including a "channel" named "what lovers do." **Exhibit A-7**. The channels or subgroups related to them are named in part: #passion-with-pics, #toys-to-try, and #naughtyneeds. *Id.*

11. I have reviewed these communications with Parnika. Godwin communicates with more than one married woman within the online channels. He has multiple relationships with individuals referred to as "Jess" and "Kristin" or what he refers to as "the Harem." Parnika has adopted the online name of "RaylaMoon." The two have exchanged explicit sexual communications, including nude and explicitly sexual videos.

12. Godwin has actively discussed with Parnika the idea of her leaving me, taking the children, and relocating to the U.S. He has suggested a "magic trick" or "disappearing act," in which Parnika would move the children to the United States without my knowledge. **Exhibit A-8**. In a post that I reviewed, Parnika responded to Godwin's plan for a "disappearing act" by stating: "So kidnap them," referring to the children. **Exhibit A-8.** As stated earlier, Parnika has previously attempted to leave Dubai with the children, which resulted in the Dubai court order banning travel. **Exhibit A-4.**

13. I have reviewed posts in which Parnika has shared with Godwin photographs of the children (without my knowledge or consent) in a wide variety of contexts: a grocery store, taking ski lessons, vacationing, celebrating festivals, and in the hospital. Parnika sent Godwin our address, where the children live, and has shared extensive medical information about the health of one of my daughters. I am deeply concerned about the safety and security of my daughters.

14. I have read an online post in which Godwin has indicated that he would use violence and his military training to combat his rivals for Parnika's attention. When Parnika referred to another online relationship with a different person, Godwin responded: "If he thinks I'm the enemy. Just let him know I'm trained to kill and have a true body count after ten years of military." **Exhibit A-9**.

15. In addition, I have read an online post by Parnika, after she was apparently kicked out of a chat room or channel called "boo discord," in which she instructed Godwin to "delete any pics of my kids there please."

16. Because of the possible threats to the safety of my children, and the likelihood that Godwin will delete photographs and postings related to the children, I am asking for an *ex parte* order.

17. I declare under the penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct and based on my personal knowledge."

Executed on September 26, 2025 in United Arab Emirates, the Emirate of Dubai.

*/s/ Aditya Berlia*
Aditya Berlia