# EXHIBIT A-1

## Petition for Divorce / Case No. 639/2025

ووردكرافت للترجمة القانونية
WORDCRAFT LEGAL TRANSLATION

www.wordcraft.ae
info@wordcraft.ae
800 9673

**DUBAI COURTS**

**Document system**



ووردكرافت للترجمة القانونية
WORDCRAFT LEGAL TRANSLATION
REG. NO.: 700
رقم القيد: ٧٠٠
ANTAR BITAT
عنتر بيطاط
مترجم قانوني محلف معتمد من وزارة العدل - إ ع م
إنجليزي - عربي وبالعكس
SWORN LEGAL TRANSLATOR
CERTIFIED BY MINISTRY OF JUSTICE - U.A.E
ENGLISH-ARABIC & VICE VERSA
Tel.: +971 4 239 6262

ووردكرافت للترجمة القانونية
WORDCRAFT LEGAL TRANSLATION

www.wordcraft.ae
info@wordcraft.ae
800 9673

**GOVERNMENT OF DUBAI** **DUBAI COURTS**

SNTC-2025/239416-SMSN-2025/407454-REQ-2412590 // QR Code //

Dubai Courts of First Instance
Notice No.: 2025/239416

Notice Date: 28/08/2025
Assignment Number: 2025/407454

**Notice to appear before the Case Management Office**

| | |
|---|---|
| In Case No.: | 105/2025/639 - Personal Status of Non-Muslims |
| Considered in: | Management of the Twenty-Sixth Primary Case No. 438 |
| Subject of the Case: | Divorce Claim |
| Plaintiff: | Aditya Berlia |
| Address: | UAE - Emirate of Dubai - Sheikh Zayed Road, H Hotel Building, Office Entrance, Awatif Mohamed Shawky Law Firm and Legal Consultations - Twenty-Ninth Floor, Office No. (2901) - 0505248005 |
| Person to be notified: | Parnika Aditya Perlia |
| Capacity: | Defendant |
| Address: | UAE - Emirate of Dubai - Bur Dubai - Bur Dubai, Al Safa 1, Street No. 43A, Villa No. 19 - 0501207688 - paberlia@gmail.com |
| Subject of Notice: | We would like to inform you that the above-mentioned lawsuit has been filed against you. You are required to appear before the Primary Case Department (-------- 26) in the remote litigation hall, accessible through the Dubai Courts website - Our General Electronic Services - Case Hearing Schedules, on Wednesday, 03/09/2025, from 9:00 AM to 12:00 PM, to submit your response to the lawsuit and its attachments. |
| Method of Notification: | SMS |

To review case details, regulations, memoranda, and submit defenses and requests, you must use the Dubai Courts' electronic and smart services. To subscribe, please click on the link.

// QR Code //

Preparation: Shereefa Ali Salmeen Approval Date: 28/08/2025, 09:03:52

**Mission Results**

Mission No. 2025/407454 Notifying party: Sherifa Ali Salem

ووردكرافت للترجمة القانونية
WORDCRAFT LEGAL TRANSLATION
REG. NO.: 700 رقم القيد: ٧٠٠
ANTAR BITAT عنتر بيطاط
مترجم قانوني محلف معتمد من وزارة العدل- إ.ع.م
إنجليزي- عربي وبالعكس
SWORN LEGAL TRANSLATOR
CERTIFIED BY MINISTRY OF JUSTICE, U.A.E
ENGLISH-ARABIC & VICE VERSA
Tel.: +971 4 239 6262

**Address Details** UAE, Emirate of Dubai, Bur Dubai - Bur Dubai, Al Safa District, 1 Street No. 43A, Villa No. 19

Mobile No.: **0501207688**

Email: **paberlia@gmail.com**

Reporting result: **Notified via text message**

Notice Method: **SMS**
Result Type: **Announced via mobile text message**
Result Announcement Date: **28/08/2025, 09:23:31**
Notification Report: **System Text Message**
Notes: **Sent by the system**

Mission No. 2025/407466

Notifying party: Sherifa Ali Salem

**Address Details** UAE, Emirate of Dubai, Bur Dubai - Bur Dubai, Al Safa District, 1 Street No. 43A, Villa No. 19

Mobile No.: **0501207688**

Email: **paberlia@gmail.com**

Reporting result: **Notified via E-mail**

Notice Method: **E-mail**
Result Type: **Announced via E-mail**
Result Announcement Date: **28/08/2025, 09:09:24**
Notification Report: **Email from the system**
Notes: **Sent by the system**

ووردكرافت للترجمة القانونية
WORDCRAFT LEGAL TRANSLATION
REG. NO.: 700 رقم القيد: ٧٠٠
ANTAR BITAT عنتر بيطاط
مترجم قانوني محلف معتمد من وزارة العدل - إ.ع.م
إنجليزي - عربي وبالعكس
SWORN LEGAL TRANSLATOR
CERTIFIED BY MINISTRY OF JUSTICE, U.A.E
ENGLISH - ARABIC & VICE VERSA
Tel.: +971 4 239 6262

وورد كرافت للترجمة القانونية
WORDCRAFT LEGAL TRANSLATION
www.wordcraft.ae
info@wordcraft.ae
800 9673

Smart Regulations

## Dubai Courts of First Instance

## Claim Form

## Claim No.: 105/2025/639 Personal Status of Non-Muslims

## Claim Details

| Date of electronic application submission: 21/08/2025 | Deposit approval date and fee payment notification: 26/08/2025 | Date of payment of fees and insurance: 26/08/2025 |
|---|---|---|

**Filing fees and insurance**

| | **Value** |
|---|---|
| Personal Status Claims and Applications Fees | 100.00 |
| Advertising Fees - Sharia Cases | 52.50 |
| Knowledge Dirham Fee | 10.00 |
| Innovation Dirham Fee - Sharia Cases (General) | 10.00 |
| **Total Fees Due** | 172.50 |

**Presented by**

| | Category | Name | Date of Birth | Religion | Gender | Agent's Name |
|---|---|---|---|---|---|---|
| 1- | Claimant | Aditya Berlia | 30/01/1985 | Hinduism | Male | By attorney: Awatif Muhammad Shawqi |

**Address:** UAE - Emirate of Dubai - Sheikh Zayed Road - H Hotel Building - Office Entrance - Awatif Mohamed Shawky Law Firm and Legal Consultancy - 29th Floor - Office No.: 2901, awf@awfuae.com, 0505248005

**Against**

**1. Defendant** **Parnika Aditya Berlia**
**Address:** UAE, Emirate of Dubai, Bur Dubai - Bur Dubai, Al Safa District, 1 Street No. 43A, Villa No. 19
paberlia@gmail.com - 0501207688 - 0501207688

ورد كرافت للترجمة القانونية
WORDCRAFT LEGAL TRANSLATION
REG. NO.: 700 رقم القيد: ٧٠٠
ANTAR BITAT عنتر بيطاط
مترجم قانوني محلف معتمد من وزارة العدل - إ.ع.م
انجليزي-عربي وبالعكس
SWORN LEGAL TRANSLATOR
CERTIFIED BY MINISTRY OF JUSTICE, U.A.E
ENGLISH-ARABIC & VICE VERSA

ووردكرافت للترجمة القانونية
WORDCRAFT LEGAL TRANSLATION

www.wordcraft.ae
info@wordcraft.ae
800 9673

**Subject:** Claim for Dissolution of Marriage

**Facts and Legal Grounds**

**First: Summary of the facts of the case.**

- By virtue of a marital relationship between the two parties to the dispute, pursuant to the marriage civil registration Certificate attestation dated 05/11/2015, concluded in the place of nationality of the two parties to the dispute in India and duly authenticated in the United Arab Emirates.

Please see Document No. 1: Marriage Civil Registration Certificate Attestation Concluded Between the Two Parties to the Dispute and Duly Authenticated in the UAE + Legal Translation.

- The marital relationship resulted in the parties to the case being blessed, on the lawful matrimonial bed, with two daughters.:

Daughter: (

Son: (V ,ed 6 years, born on

Please provide document No. 2, "Daughter ' 'dentity Documents"

Please provide document No. 3, "Daughter dentity Documents"

- Given that marital life has become unstable between the two parties to the dispute, making it impossible for them to continue living together, and that the defendant wife has deliberately created problems and crises within the marital home, severing all ties of affection and compassion between the two parties to the dispute.
- Until the marital relationship has become dominated by nothing but hatred, making it impossible for the two parties to continue living together in a just and respectful manner, the plaintiff has resorted to your esteemed altar of justice, to grant him all the requests contained in the conclusion of his petition. You are the epitome of justice and the antidote to injustice, and those who seek your help after God will not be disappointed. This is based on and founded on the following:

**Second: By law and legal grounds:**

1. Claiming divorce and separation between the plaintiff and the defendant.

- Pursuant to Article (7) of Federal Law No. (41) of 2022 regarding civil personal status:

"To request and sign a divorce, it is sufficient for one of the spouses to express before the court their desire to separate and cease the marital relationship, without the need to justify that request, state harm, or place blame on the other party."

ووردكرافت للترجمة القانونية
WORDCRAFT LEGAL TRANSLATION
REG. NO.: 700 رقم القيد: ٧٠٠
ANTAR BITAT عنتر بيطاط
مترجم قانوني محلف.معتمد من وزارة العدل- إ.ع.م
إنجليزي- عربي وبالعكس
SWORN LEGAL TRANSLATOR
CERTIFIED BY MINISTRY OF JUSTICE, U.A.E
ENGLISH-ARABIC & VICE VERSA
Tel.: +971 4 239 6262

وورد كرافت
للترجمة القانونية
WORDCRAFT
LEGAL TRANSLATION

www.wordcraft.ae
info@wordcraft.ae
800 9673

- Pursuant to the text of Article (8) of the aforementioned Federal Law:

"Either spouse may request a divorce without the need to prove harm, in accordance with the form prepared for that purpose. The divorce shall take place by court ruling after the other party is notified."

Although the Civil Personal Status Law does not require providing reasons for the response to a divorce claim between non-Muslim spouses, the plaintiff has many reasons that indicate that he has suffered grave harm as a result and direct cause of the defendant's violations, which can be summarized and we can prove them if the court desires to address the reasons, which we are honored to present in the following brief points:

**First reason: The wife's aggression toward her husband, due to her mental and emotional cruelty toward him.**

- Since the beginning of the marital relationship, the defendant wife began to show signs of volatility, aggression, and depression. The plaintiff discovered that she had concealed from him the fact that she had been receiving psychological treatment for years before the marriage.
- Initially, the plaintiff wanted to support her by enabling her to continue psychological treatment after marriage, whether in the (United Arab Emirates, India, or the United States of America). However, the plaintiff did not find any improvement in her condition, as she always displayed aggressive behavior towards him, and her aggressive behavior prevented the plaintiff and the two daughters from remaining in a stable home.

**Second reason:**

- The defendant suffers from a severe degree of severe depression, which affects her decisions and behavior with the plaintiff and her children.

**The third reason: The defendant's infidelity.**

- The plaintiff did not stop at the matter of aggression alone - she did not take into account the decent life provided by the plaintiff, his support for her, and his kind treatment of her - in addition to her decision to raise the banner of tyranny when she decided to enter into a relationship with another man during the continuation of the marital relationship.
- In 2024, the plaintiff suffered a health problem that led to his hospitalization and surgery. Instead of supporting her husband through his health ordeal, she decided to make excuses to stay in touch with that person.

وورد كرافت للترجمة القانونية
WORDCRAFT LEGAL TRANSLATION
REG. NO.: 700 رقم القيد: ٧٠٠
ANTAR BITAT عنتر بيطاط
مترجم قانوني محلف.معتمد من وزارة العدل- إ.ع.م
إنجليزي- عربي وبالعكس
SWORN LEGAL TRANSLATOR
CERTIFIED BY MINISTRY OF JUSTICE, U.A.E
ENGLISH-ARABIC & VICE VERSA

وورد كرافت للترجمة القانونية
WORDCRAFT LEGAL TRANSLATION

www.wordcraft.ae
info@wordcraft.ae
800 9673

- The plaintiff later discovered that her relationship with that person had been ongoing for approximately a year, involving explicit photos and regular sexual correspondence. She also communicated with other men.
- After they confronted the defendant, he confessed to her. She promised him that she would stop these forbidden practices and end her relationship with all the men she was in contact with.
- However, the defendant decided to terminate the marital relationship by filing the present lawsuit, citing his refusal to accept this breach, which renders the continuation of the marital relationship between them unsustainable under any circumstances.
- He decided to file the present lawsuit to obtain a divorce, remedy the harm inflicted upon him, and grant him all of his requests included at the end of his present lawsuit.

5. The matter that the plaintiff is advocating for from your esteemed court is to grant him a divorce from the defendant, due to the impossibility of life and cohabitation between the spouses.

***** For these reasons, and for other reasons that the esteemed court deems more general and comprehensive, to be considered, considered, and accepted*****

**Final Requests**

| Claim Serial | Claim Description |
|---|---|
| 1 | The plaintiff requests that the esteemed court:<br>1. Order the plaintiff and defendant to divorce.<br>2. Obligate the defendant to pay all court fees, expenses, and attorney's fees. |

**Documents**

| Serial No. | Description |
|---|---|

وورد كرافت للترجمة القانونية
WORDCRAFT LEGAL TRANSLATION
REG. NO.: 700 رقم القيد: ٧٠٠
ANTAR BITAT عنتر بيطاط
مترجم قانوني محلف معتمد من وزارة العدل - إ.ع.م
إنجليزي - عربي وبالعكس
SWORN LEGAL TRANSLATOR
CERTIFIED BY MINISTRY OF JUSTICE, UAE
ENGLISH-ARABIC & VICE VERSA
Tel.: +971 4 239 6262

ووردكرافت للترجمة القانونية
WORDCRAFT LEGAL TRANSLATION

www.wordcraft.ae
info@wordcraft.ae
800 9673

**Smart regulations**

| S No. | Description | |
|---|---|---|
| 1 | Proof of identity or company license | Review |
| 2 | Proof of identity (Aditya Birla) | Review |
| 3 | Power of attorney (Awatif Muhammad Shawqi on behalf of Aditya Birla) | Review |
| 4 | Proof of identity (Parnika Aditya Birla) | Review |
| 5 | Claims of claim | Review |
| 6 | Document folder (front of folder) | Review |
| 7 | Exhibit 1 (Certificate of marriage civil registration Certificate concluded between the two parties and duly certified by the government + legal translation) | Review |
| 8 | Exhibit 2 - Identity documents of daughter Viveka | Review |
| 9 | Exhibit 3 - Identity documents of daughter Vianna | Review |

Agent's Signature

Awatif Mohamed Shawky

CR2025/320417/554365/21-08-2025

ووردكرافت للترجمة القانونية
WORDCRAFT LEGAL TRANSLATION
REG. NO.: 700 رقم القيد: ٧٠٠
ANTAR BITAT عنتر بيطاط
مترجم قانوني محلف.معتمد من وزارة العدل- إ.ع.م
إنجليزي- عربي وبالعكس
SWORN LEGAL TRANSLATOR
CERTIFIED BY MINISTRY OF JUSTICE, U.A.E.
ENGLISH-ARABIC & VICE VERSA
Tel : +971 4 239 6262

محاكـم دبـــي
DUBAI COURTS

# نظام الوثائق

وورد كرافت للترجمة القانونية
WORDCRAFT LEGAL TRANSLATION
REG. NO.: 700 رقم القيد: ٧٠٠
ANTAR BITAT عنتر بيطاط
مترجم قانوني محلف معتمد من وزارة العدل- إ.ع.م
إنجليزي- عربي وبالعكس
SWORN LEGAL TRANSLATOR
CERTIFIED BY MINISTRY OF JUSTICE, U.A.E
ENGLISH-ARABIC & VICE VERSA
Tel.: +971 4 239 6262

حكومـــة دبـــي
GOVERNMENT OF DUBAI

محاكم دبي
DUBAI COURTS

SNTC-2025/239416-SMSN-2025/407454-REQ-2412590

محاكم دبي الابتدائية

| | | | |
|---|---|---|---|
| رقم الإعلان | 2025 / 239416 | تاريخ الإعلان | 28-08-2025 |
| | | رقم المهمة | 2025 / 407454 |

**إعلان بالحضور أمام مكتب إدارة الدعوى**

| | |
|---|---|
| في الدعوى رقم | 105 / 2025 / 639 - احوال نفس غير مسلمين |
| المنظورة في | إدارة الدعوى الابتدائية السادسة والعشرين رقم 438 |
| موضوع الدعوى | دعوى للمطالبة بالتطليق |
| المدعى | اديتيا برليا |
| عنوانه | الإمارات-إمارة دبي-? شارع الشيخ زايد ? بناية فندق إتش ? مدخل المكاتب ? مكتب عواطف محمد شوقي للمحاماة والاستشارات القانونية - الطابق التاسع والعشرون ? مكتب رقم (2901) - 0505248005 |
| المطلوب إعلانه | بارنيكا اديتيا بيرليا |
| الصفة | مدعى عليه |
| عنوانه: | الإمارات-إمارة دبي-بر دبي - بر دبي ? منطقة الصفا 1 ? شارع رقم 43 أ ? فيلا رقم 19 - 0501207688 - paberlia@gmail.com |
| موضوع الإعلان | نود إعلامكم أنه قد تم تسجيل الدعوى المذكورة بياناتها أعلاه ضدكم ويقتضي حضوركم أمام إدارة الدعوى الابتدائية (-------26 ) بقاعة التقاضي عن بُعد التي يمكن الوصول إليها من خلال موقع محاكم دبي الالكتروني - خدماتنا الالكترونية العامة - جداول جلسات القضايا في يوم الاربعاء الموافق 03-09-2025 وذلك من الساعة 9:00 ص ولغاية الساعة 12:00 ظ لتقديم جوابكم على صحيفة الدعوى ومرفقاتها. |
| وسيلة التبليغ | رسالة نصية قصيرة (SMS) |

- للإطلاع على تفاصيل الدعوى واللوائح والمذكرات وتقديم الدفاع والطلبات لابد من استخدام خدمات محاكم دبي الالكترونية والذكية. للاشتراك يرجى الضغط على الرابط.

| | | | |
|---|---|---|---|
| إعداد | شريفه علي سالمين | تاريخ الإعتماد | 28-08-2025 09:03:52 |

**نتيجة المهام**



وردكرافت للترجمة القانونية
WORDCRAFT LEGAL TRANSLATION
REG. NO.: 700 رقم القيد ٧٠٠
ANTAR BITAT عنتر بطاط
مترجم قانوني محلف معتمد من وزارة العدل- إ.ع.م
إنجليزي- عربي وبالعكس
SWORN LEGAL TRANSLATOR
CERTIFIED BY MINISTRY OF JUSTICE, U.A.E
ENGLISH-ARABIC & VICE VERSA
Tel.: +971 4 239 6262

حكومـــة دبــــي
GOVERNMENT OF DUBAI

محاكـم دبــي
DUBAI COURTS

| | | | |
|---|---|---|---|
| رقم المهمة | 2025/407454 | المُعلِن | شريفه علي سالمين |
| تفاصيل العنوان | الإمارات-إمارة دبي-بر دبي - بر دبي ? منطقة الصفا 1 ? شارع رقم 43 أ ? فيلا رقم 19 | الهاتف المتحرك | 0501207688 |
| البريد الالكتروني | paberlia@gmail.com | نتيجة التبليغ الهاتف المحمول | تم الاعلان بواسطة الرسائل النصية الهاتفية على |
| وسيلة الإعلان | رسالة نصية قصيرة (SMS) | | |
| نوع النتيجة | تم الاعلان بواسطة الرسائل النصية الهاتفية على الهاتف المحمول | | |
| تاريخ نتيجة الإعلان | 2025-08-28 09:23:31 | | |
| محضر التبليغ | رسالة نصية من قبل النظام | | |
| ملاحظات | تم الإرسال من قبل النظام | | |

| | | | |
|---|---|---|---|
| رقم المهمة | 2025/407466 | المُعلِن | شريفه علي سالمين |
| تفاصيل العنوان | الإمارات-إمارة دبي-بر دبي - بر دبي ? منطقة الصفا 1 ? شارع رقم 43 أ ? فيلا رقم 19 | الهاتف المتحرك | 0501207688 |
| البريد الالكتروني | paberlia@gmail.com | نتيجة التبليغ | تم الاعلان بواسطة البريد الالكتروني |
| وسيلة الإعلان | البريد الالكتروني | | |
| نوع النتيجة | تم الاعلان بواسطة البريد الالكتروني | | |
| تاريخ نتيجة الإعلان | 2025-08-28 09:09:24 | | |
| محضر التبليغ | بريد إلكترونى من قبل النظام | | |
| ملاحظات | تم الإرسال من قبل النظام | | |

makan مكاني 3089993465
EXPO 2020 DUBAI إكسبو 2020 دبي
+971 4 3347777 info@dc.gov.ae DubaiCourts 0563347777

وردكرافت للترجمة القانونية
WORDCRAFT LEGAL TRANSLATION
REG. 1060
ANTAR BITAT عنتر بيطاط
مترجم قانوني محلف.معتمد من وزارة العدل- إ.ع.م
إنجليزي- عربي وبالعكس
SWORN LEGAL TRANSLATOR
CERTIFIED BY MINISTRY OF JUSTICE, U.A.E
ENGLISH-ARABIC & VICE VERSA
Tel.: +971 4 239 6262

اللوائح الذكية

## محاكم دبي الابتدائية
## صحيفة دعوى

### الدعـوى رقــم : ١٠٥ / ٢٠٢٥ / ٦٣٩ احوال نفس غير مسلمين

### بيانات الدعوى

تاريخ تقديم الطلب الإلكتروني : 21-08-2025 تاريخ إعتماد الإيداع والإشعار بسداد الرسوم : 26-08-2025 تاريخ سداد الرسوم و التأمينات : 26-08-2025

### رسوم و تأمينات تسجيل الدعوى

| | القيمة |
|---|---|
| رسم دعاوي وطلبات الاحوال الشخصية | 100.00 |
| مصاريف إعلانات - القضايا الشرعية | 52.50 |
| رسم درهم المعرفة | 10.00 |
| رسم درهم الابتكار - الدعاوي الشرعية (عام) | 10.00 |
| إجمالي الرسوم المستحقة | 172.50 |

### مقدمة من

| | الفئة | الاسم | تاريخ الميلاد | الديانة | الجنس | اسم الوكيل |
|---|---|---|---|---|---|---|
| .1 | مدعى | اديتيا برليا | 30-01-1985 | الهندوسية | ذكر | بوكالة: عواطف محمد شوقي |

عنوانه: الإمارات-إمارة دبي-- شارع الشيخ زايد – بناية فندق إتش – مدخل المكاتب – مكتب عواطف محمد شوقي للمحاماة والاستشارات القانونية - الطابق التاسع والعشرون – مكتب رقم (2901) 0505248005 awf@awfuae.com

### ضـــد

.1 مدعى عليه بارنيكا اديتيا بيرليا

عنوانه: الإمارات-إمارة دبي-بر دبي - بر دبي – منطقة الصفا 1 – شارع رقم 43 أ – فيلا رقم 19 0501207688 0501207688 paberlia@gmail.com

**الموضوع:** دعوى للمطالبة بالتطليق

الوقائع والأسانيد القانونية

**أولاً/ ملخص وقائع الدعوى.**



ووردكرافت للترجمة القانونية
WORDCRAFT LEGAL TRANSLATION
REG. NO.: 700 رقم القيد ٧٠٠
ANTAR BITAT عنتر بيطاط
مترجم قانوني محلف معتمد من وزارة العدل- إ.ع.م
إنجليزي- عربي وبالعكس
SWORN LEGAL TRANSLATOR
CERTIFIED BY MINISTRY OF JUSTICE, U.A.E
ENGLISH-ARABIC & VICE VERSA
Tel.: +971 4 239 6262

7

# اللوائح الذكية

- **بموجب علاقة زوجية جمعت بين طرفي التداعي، بموجب إشهاد عقد الزواج والمؤرخ في 11/05/2015، والمُبرم بموطن طرفي التداعي بدولة الهند والمصدق أصولاً بدولة الإمارات العربية المتحدة.**

**لطفاً المستند رقم /1/ "اشهاد عقد الزواج المبرم بين طرفي التداعي والمصدق اصولاً بالدولة + الترجمة القانونية".**

- **وأسفرت العلاقة الزوجية برزق طرفي التداعي على فراش الزوجية الصحيح بالابنتين:**

**الأبنة: (فيفيكا) والبالغة من العمر 6 سنوات لكونها من مواليد 14/08/2019.**

**الأبن: (فيانا) والبالغة من العمر 6 سنوات لكونها من مواليد 14/08/2019.**

**لطفاً المستند رقم /2/ "أوراق ثبوتية الابنة فيفيكا"**

**لطفاً المستند رقم /3/ "أوراق ثبوتية الابنة فيانا"**

- **نظراً لكون الحياة الزوجية أصبحت غير مستقرة بين طرفي التداعي بما يستحيل معها دوام العشرة بينهما، واصبحت الزوجة (المدعى عليها) تتعمد اختلاق المشكلات والأزمات داخل منزل الزوجية، مما قطع جميع اوصال المودة والرحمة بين طرفي التداعي.**
- **حتى أصبحت العلاقة الزوجية لا يسودها سوى البغضاء بما يستحيل معه دوام العشرة بين طرفي التداعي بالمعروف، الأمر الذي هذا حدا بالمدعي باللجوء لمحراب عدالتكم الموقر، للقضاء له بكافة طلباتها الواردة بختام لائحته الماثلة، لكونكم عنوان العدل وصنوان الظلم، ولا يرجع من لجئ إليكم بعد الله بالخذلان، وذلك استنادا وتأسيسا على: -**

**<u>ثانياً/ بالقانون والأسانيد القانونية:</u>**

1. **المطالبة بالتطليق والتفريق بين المدعى للمدعى عليها.**

- **عملاً بنص المادة (7) من القانون الاتحادي رقم (41) لسنة 2022 في شأن الأحوال الشخصية المدني:**

**" يكتفي لطلب الطلاق وتوقيعه ان يبدي أحد الزوجين أمام المحكمة رغبته في الانفصال وعدم الاستمرار في العلاقة الزوجية، <u>دون الحاجة لتبرير ذلك</u> الطلب او بيان الضرر او إلقاء اللوم على الطرف الأخر".**

- **فعملاً بنص المادة (8) من القانون الاتحادي سالف الذكر:**

**" <u>يجوز لأي من الزوجين طلب الطلاق دون الحاجة لإثبات الضرر</u>، وذلك وفق النموذج المعد لذلك، ويقع الطلاق بحكم المحكمة بعد إعلان الطرف الأخر"**

- **فعلى الرغم من ان قانون الأحوال الشخصية المدنية لم يشترط ادلاء أسباب لإجابة مطالبة التطليق بين الزوجين الغير مسلمين – إلا ان – المدعى لديه العديد من الأسباب التي تفيد وقوع الضرر الفاحش ضده نتيجة وكسبب مباشر لاخلالات المدعى عليها، والتي يمكن ايجازها ونستطيع من اثباتها ان اتجهت رغبة المحكمة للوقوف على الأسباب التي نتشرف بعرضها بالنقاط المختصرة التالية:**

**السبب الأول: عدوانية الزوجة ضد الزوج لما ابدته من قسوة ذهنية ومعنوية في معاملة الزوج.**

- **فمنذ بداية العلاقة الزوجية والزوجة (المدعى عليها) أصبحت تظهر عليها علامات التقلب والعدوانية والاكتئاب – إذ ان المدعى – اكتشف انها قد اخفت عليه انها كانت تتلقى العلاج النفسي لسنوات قبل الزواج.**



ووردكرافت للترجمة القانونية
WORDCRAFT LEGAL TRANSLATION
REG. NO.: 700 رقم القيد: ٧٠٠
ANTAR BITAT عنتر بيطاط
مترجم قانوني محلف معتمد من وزارة العدل- إ.ع.م
إنجليزي- عربي وبالعكس
SWORN LEGAL TRANSLATOR
CERTIFIED BY MINISTRY OF JUSTICE, U.A.E
ENGLISH-ARABIC & VICE VERSA
Tel.: +971 4 239 6262

## اللوائح الذكية

- بداية أراد المدعى دعمها من خلال تمكينها من متابعة العلاج النفسي بعد الزواج سواء (بدولة الإمارات العربية المتحدة – الهند – الولايات المتحدة الامريكية) إلا ان المدعى لم يجد أي تحسن بحالتها - اذ انها - دائماً تظهر تصرفات عدوانية تجاهه وتحول تصرفاتها العدوانية من عدم استطاعت المدعي والابنتين من البقاء بمنزل مستقر.

- السبب الثاني: المدعى عليه مصابة بدرجة خطيرة من الاكتئاب الحاد الجسيم والتي تؤثر على قرارتها وتصرفاتها مع المدعى ومع اولادها.

السبب الثالث: خيانة المدعى عليها.

- لم تتوقف المدعية على مسألة العدوانية فحسب – إذ انها – لم تراعي الحياة الكريمة التي يوفرها المدعى ودعمه لها ومعاشرتها بالإحسان – إذ انها – قررت رفع راية الطغيان عندما قررت الدخول بعلاقة برجل اخر اثناء استمرار العلاقة الزوجية.

- ففي خلال عام 2024 تعرض المدعى لوعكة صحية دخل على إثرها للمستشفى وتم اجراء عملية جراحية له – وبدلاً من ان – تقف بجاب زوجها بمحنته الصحية قررت اختلاق الاعذار لتظل على تواصل مع ذلك الشخص.

- واكتشف المدعى بعد ذلك ان علاقتها بذلك الشخص مستمرة لمدة سنة تقريباً متضمنة صور فاضحة ومراسلات جنسية بشكل منتظم – بجانب انها – كانت تتواصل مع رجال اخرين.
- وبعدما واجها المدعى – قام بالاعتراف له – واعدته بانها ستوقف على الفعل تلك الممارسات المحرمة وستنهي علاقتها بجميع الرجال التي على تواصل وعلاقة بهم.

- إلا ان المدعى عليه قرر انهاء العلاقة الزوجية بقيد دعواه الماثلة لعدم تقبله على ذلك الخرق الذي لا يمكن ان تستقيم معه استمرار العلاقة الزوجية بينه وبينها بالمستقبل باي حال من الأحوال.

- وقرر اللجوء لقيد دعواه الماثلة للقضاء له بالتطليق ورفع الضرر الواقع عليه والقضاء له بكافة طلباته الواردة بختام لائحة دعواه الماثلة.

5. الأمر الذي معه يتمسك مع المدعى من مقامكم الموقر: القضاء له بالتطليق من (المدعى عليها) لاستحالة الحياة والعشرة بين الزوجين.

*** فلهذه الأسباب وللأسباب الاخرى التي تراها عدالة المحكمة الموقرة أعم وأحرى وأشمل بالنظر والاعتبار والقبول

**الطلبات الختامية**

| مسلسل المطالبة | وصف المطالبة |
|---|---|
| 1 | يلتمس المدعى من عدالة المحكمة الموقرة<br>1- القضاء بالتطليق بين المدعي والمدعى عليها.<br>2- إلزام المدعي عليها بكافة الرسوم والمصاريف القضائية ومقابل اتعاب المحاماة. |

**المستندات**

| المسلسل | الوصف |
|---|---|

ووردكرافت للترجمة القانونية
WORDCRAFT LEGAL TRANSLATION
REG. NO.: 700 رقم القيد ٧٠٠
ANTAR BITAT عنتر بيطاط
مترجم قانوني محلف معتمد من وزارة العدل- إ.ع.م
إنجليزي- عربي وبالعكس
SWORN LEGAL TRANSLATOR
CERTIFIED BY MINISTRY OF JUSTICE, U.A.E
ENGLISH-ARABIC & VICE VERSA
Tel.: +971 4 239 6262

# اللوائح الذكية

| المسلسل | الوصف | |
|---|---|---|
| 1 | اثبات الشخصية او الرخصة للشركة | استعراض |
| 2 | إثبات الشخصية ( اديتيا برليا ) | استعراض |
| 3 | الوكالة ( عواطف محمد شوقي عن اديتيا برليا ) | استعراض |
| 4 | إثبات الشخصية ( بارنيكا اديتيا بيرليا ) | استعراض |
| 5 | لائحه الدعوي | استعراض |
| 6 | حافظه مستندات (وجه الحافظه) | استعراض |
| 7 | مستند1(اشهاد عقد الزواج المبرم بين طرفي التداعي والمصدق اصولاً بالدولة + الترجمة القانونية) | استعراض |
| 8 | مستند2(أوراق ثبوتية الابنة فيفيكا.) | استعراض |
| 9 | مستند3(أوراق ثبوتية الابنة فيانا. | استعراض |

توقيع الوكيل

عواطف محمد شوقي

CR2025/320417/554365/21-08-2025

وورد كرافت للترجمة القانونية
WORDCRAFT LEGAL TRANSLATION
REG. NO.: 700 رقم القيد ٧٠٠
ANTAR BITAT عنتر بيطاط
مترجم قانوني محلف، معتمد من وزارة العدل - إ.ع.م
إنجليزي - عربي وبالعكس
SWORN LEGAL TRANSLATOR
CERTIFIED BY MINISTRY OF JUSTICE, U.A.E
ENGLISH-ARABIC & VICE VERSA
Tel.: +971 4 239 6262

محاكم دبي
DUBAI COURTS

# نظام الوثائق

عبدالرحمن احمد للمحاماة والاستشارات القانونية
ABDUL RAHMAN AHMED ADVOCATES & LEGAL CONSULTANTS
Advocate & Notary
P.O. Box: 450319
Dubai - U.A.E.
18 SEP 2025

حكومـــة دبي
GOVERNMENT OF DUBAI

محاكـم دبـي
DUBAI COURTS

SNTC-2025/239416-SMSN-2025/407454-REQ-2412590

محاكم دبي الابتدائية

| | | | |
|---|---|---|---|
| رقم الإعلان | 2025 / 239416 | تاريخ الإعلان | 28-08-2025 |
| | | رقم المهمة | 2025 / 407454 |

## إعلان بالحضور أمام مكتب إدارة الدعوى

| | |
|---|---|
| في الدعوى رقم | 105 / 2025 / 639 - احوال نفس غير مسلمين |
| المنظورة في | إدارة الدعوى الابتدائية السادسة والعشرين رقم 438 |
| موضوع الدعوى | دعوى للمطالبة بالتطليق |
| المدعى | اديتيا برليا |
| عنوانه | الإمارات-إمارة دبي-? شارع الشيخ زايد ? بناية فندق إتش ? مدخل المكاتب ? مكتب عواطف محمد شوقي للمحاماة والاستشارات القانونية - الطابق التاسع والعشرون ? مكتب رقم (2901) - 0505248005 |
| المطلوب إعلانه | بارنيكا اديتيا بيرليا |
| الصفة | مدعى عليه |
| عنوانه: | الإمارات-إمارة دبي-بر دبي - بر دبي ? منطقة الصفا 1 ? شارع رقم 43 أ ? فيلا رقم 19 - 0501207688 - paberlia@gmail.com |
| موضوع الإعلان | نود إعلامكم أنه قد تم تسجيل الدعوى المذكورة بياناتها أعلاه ضدكم ويقتضي حضوركم أمام إدارة الدعوى الابتدائية (-------26 ) بقاعة التقاضي عن بُعد التي يمكن الوصول إليها من خلال موقع محاكم دبي الالكتروني - خدماتنا الالكترونية العامة - جداول جلسات القضايا في يوم الاربعاء الموافق 03-09-2025 وذلك من الساعة 9:00 ص ولغاية الساعة 12:00 ظ لتقديم جوابكم على صحيفة الدعوى ومرفقاتها. |
| وسيلة التبليغ | رسالة نصية قصيرة (SMS) |

- للإطلاع على تفاصيل الدعوى واللوائح والمذكرات وتقديم الدفاع والطلبات لابد من استخدام خدمات محاكم دبي الالكترونية والذكية. للاشتراك يرجى الضغط على الرابط.

| | | | |
|---|---|---|---|
| إعداد | شريفه علي سالمين | تاريخ الإعتماد | 28-08-2025 09:03:52 |

نتيجة المهام

TRUE COPY ATTESTED
Sign: ..............................
ABDUL RAHMAN AHMED, ABDULLAH,
ADVOCATE AND NOTARY
DUBAI COURTS REG: 158/340
P.O. BOX: 450319, DUBAI - U.A.E.
Date: 18 SEP 2025

عبدالرحمن احمد للمحاماة والاستشارات القانونية
ABDUL RAHMAN AHMED ADVOCATES & LEGAL CONSULTANTS
Advocate & Notary
P.O. Box: 450319
Dubai - U.A.E.
18 SEP 2025

حكومـــة دبـــي
GOVERNMENT OF DUBAI

محاكـم دبـــي
DUBAI COURTS

| | | | |
|---|---|---|---|
| رقم المهمة | 2025/407454 | المُعلن | شريفه علي سالمين |
| تفاصيل العنوان | الإمارات-إمارة دبي-بر دبي - بر دبي ? منطقة الصفا 1 ? شارع رقم 43 أ ? فيلا رقم 19 | الهاتف المتحرك | 0501207688 |
| البريد الالكتروني | paberlia@gmail.com | نتيجة التبليغ الهاتف المحمول | تم الاعلان بواسطة الرسائل النصية الهاتفية على |

وسيلة الإعلان رسالة نصية قصيرة (SMS)

نوع النتيجة تم الاعلان بواسطة الرسائل النصية الهاتفية على الهاتف المحمول

تاريخ نتيجة الإعلان 28-08-2025 09:23:31

محضر التبليغ رسالة نصية من قبل النظام

ملاحظات تم الإرسال من قبل النظام

| | | | |
|---|---|---|---|
| رقم المهمة | 2025/407466 | المُعلن | شريفه علي سالمين |
| تفاصيل العنوان | الإمارات-إمارة دبي-بر دبي - بر دبي ? منطقة الصفا 1 ? شارع رقم 43 أ ? فيلا رقم 19 | الهاتف المتحرك | 0501207688 |
| البريد الالكتروني | paberlia@gmail.com | نتيجة التبليغ | تم الاعلان بواسطة البريد الالكتروني |

وسيلة الإعلان البريد الالكتروني

نوع النتيجة تم الاعلان بواسطة البريد الالكتروني

تاريخ نتيجة الإعلان 28-08-2025 09:09:24

محضر التبليغ بريد إلكتروني من قبل النظام

ملاحظات تم الإرسال من قبل النظام

عبدالرحمن احمد للمحاماة والاستشارات القانونية
ABDUL RAHMAN AHMED ADVOCATES & LEGAL CONSULTANTS
Advocate & Notary
P.O. Box: 450319
Dubai - U.A.E.
18 SEP 2025

اللوائح الذكية

# محاكم دبي الابتدائية
# صحيفة دعوى

## الدعـوى رقــم : ١٠٥ / ٢٠٢٥ / ٦٣٩ احوال نفس غير مسلمين

### بيانات الدعوى

تاريخ تقديم الطلب الإلكتروني ، 2025-08-21 تاريخ إعتماد الإيداع والإشعار بسداد الرسوم ، 26-08-2025 تاريخ سداد الرسوم و التأمينات ، 26-08-2025

### رسوم و تأمينات تسجيل الدعوى

| | القيمة |
|---|---|
| رسم دعاوي وطلبات الاحوال الشخصية | 100.00 |
| مصاريف إعلانات - القضايا الشرعية | 52.50 |
| رسم درهم المعرفة | 10.00 |
| رسم درهم الابتكار - الدعاوي الشرعية (عام) | 10.00 |
| إجمالي الرسوم المستحقة | 172.50 |

### مقدمة من

| | الفئة | الاسم | تاريخ الميلاد | الديانة | الجنس | اسم الوكيل |
|---|---|---|---|---|---|---|
| 1. | مدعى | اديتيا برليا | 30-01-1985 | الهندوسية | ذكر | بوكالة: عواطف محمد شوقي |

عنوانه: الإمارات-إمارة دبي-- شارع الشيخ زايد – بناية فندق إتش – مدخل المكاتب – مكتب عواطف محمد شوقي للمحاماة والاستشارات القانونية - الطابق التاسع والعشرون – مكتب رقم (2901) 0505248005 awf@awfuae.com

### ضـــــد

| | | |
|---|---|---|
| 1. | مدعى عليه | بارنيكا اديتيا بيرليا |

عنوانه: الإمارات-إمارة دبي-بر دبي - بر دبي – منطقة الصفا 1 – شارع رقم 43 أ – فيلا رقم 19 0501207688 0501207688 paberlia@gmail.com

**الموضوع:** دعوى للمطالبة بالتطليق

الوقائع والأسانيد القانونية

**أولاً/ ملخص وقائع الدعوى.**

Advocate & Notary P.O. Box: 450319 Dubai - U.A.E. عبدالرحمن احمد للمحاماة والاستشارات القانونية ABDUL RAHMAN ... CONSULTANTS 18 SEP 2025

# اللوائح الذكية

- بموجب علاقة زوجية جمعت بين طرفي التداعي، بموجب إشهاد عقد الزواج والمؤرخ في 11/05/2015، والمُبرم بموطن طرفي التداعي بدولة الهند والمصدق أصولاً بدولة الإمارات العربية المتحدة.

**لطفاً المستند رقم /1/ "اشهاد عقد الزواج المبرم بين طرفي التداعي والمصدق اصولاً بالدولة + الترجمة القانونية".**

- وأسفرت العلاقة الزوجية برزق طرفي التداعي على فراش الزوجية الصحيح بالابنتين:

**الأبنة: (فيفيكا) والبالغة من العمر 6 سنوات لكونها من مواليد 14/08/2019.**

**الأبن: (فيانا) والبالغة من العمر 6 سنوات لكونها من مواليد 14/08/2019.**

**لطفاً المستند رقم /2/ "أوراق ثبوتية الابنة فيفيكا"**

**لطفاً المستند رقم /3/ "أوراق ثبوتية الابنة فيانا"**

- نظراً لكون الحياة الزوجية أصبحت غير مستقرة بين طرفي التداعي بما يستحيل معها دوام العشرة بينهما، واصبحت الزوجة (المدعى عليها) تتعمد اختلاق المشكلات والأزمات داخل منزل الزوجية، مما قطع جميع اوصال المودة والرحمة بين طرفي التداعي.
- حتى أصبحت العلاقة الزوجية لا يسودها سوى البغضاء بما يستحيل معه دوام العشرة بين طرفي التداعي بالمعروف، الأمر الذي هذا حدا بالمدعى باللجوء لمحراب عدالتكم الموقر، للقضاء له بكافة طلباتها الواردة بختام لائحته الماثلة، لكونكم عنوان العدل وصنوان الظلم، ولا يرجع من لجئ إليكم بعد الله بالخذلان، وذلك استنادا وتأسيسا على: -

**<u>ثانياً/ بالقانون والأسانيد القانونية:</u>**

1. **المطالبة بالتطليق والتفريق بين المدعى للمدعى عليها.**

- عملاً بنص المادة (7) من القانون الاتحادي رقم (41) لسنة 2022 في شأن الأحوال الشخصية المدني:

**" يكتفي لطلب الطلاق وتوقيعه ان يبدي أحد الزوجين أمام المحكمة رغبته في الانفصال وعدم الاستمرار في العلاقة الزوجية، <u>دون الحاجة لتبرير ذلك</u> الطلب او بيان الضرر او إلقاء اللوم على الطرف الأخر".**

- فعملاً بنص المادة (8) من القانون الاتحادي سالف الذكر:

" <u>يجوز لأي من الزوجين طلب الطلاق دون الحاجة لإثبات الضرر</u> وذلك وفق النموذج المعد لذلك، ويقع الطلاق بحكم المحكمة بعد إعلان الطرف الأخر"

- فعلى الرغم من ان قانون الأحوال الشخصية المدنية لم يشترط ادلاء أسباب لإجابة مطالبة التطليق بين الزوجين الغير مسلمين – إلا ان – المدعى لديه العديد من الأسباب التي تفيد وقوع الضرر الفاحش ضده نتيجة وكسبب مباشر لاخلالات المدعى عليها، والتي يمكن ايجازها ونستطيع من اثباتها ان اتجهت رغبة المحكمة للوقوف على الأسباب التي نتشرف بعرضها بالنقاط المختصرة التالية:

**السبب الأول: عدوانية الزوجة ضد الزوج لما ابدته من قسوة ذهنية ومعنوية في معاملة الزوج.**

- فمنذ بداية العلاقة الزوجية والزوجة (المدعى عليها) أصبحت تظهر عليها علامات التقلب والعدوانية والاكتئاب – إذ ان المدعى – اكتشف انها قد اخفت عليه انها كانت تتلقى العلاج النفسي لسنوات قبل الزواج.

عبدالرحمن احمد للمحاماة والاستشارات القانونية
ABDUL RAHMAN AHMED ... LEGAL CONSULTANTS
Advocate & Notary
P.O. Box: 450319
Dubai - U.A.E.
18 SEP 2025

# اللوائح الذكية

- بداية أراد المدعى دعمها من خلال تمكينها من متابعة العلاج النفسي بعد الزواج سواء (بدولة الإمارات العربية المتحدة – الهند – الولايات المتحدة الامريكية) إلا ان المدعى لم يجد أي تحسن بحالتها - اذ انها - دائماً تظهر تصرفات عدوانية تجاهه وتحول تصرفاتها العدوانية من عدم استطاعت المدعى والابنتين من البقاء بمنزل مستقر.

- السبب الثاني: المدعى عليه مصابة بدرجة خطيرة من الاكتئاب الحاد الجسيم والتي تؤثر على قرارتها وتصرفاتها مع المدعى ومع اولادها.

السبب الثالث: خيانة المدعى عليها.

- لم تتوقف المدعية على مسألة العدوانية فحسب – إذ انها – لم تراعي الحياة الكريمة التي يوفرها المدعى ودعمه لها ومعاشرتها بالإحسان – إذ انها – قررت رفع راية الطغيان عندما قررت الدخول بعلاقة برجل اخر اثناء استمرار العلاقة الزوجية.

- ففي خلال عام 2024 تعرض المدعى لوعكة صحية دخل على إثرها للمستشفى وتم اجراء عملية جراحية له – وبدلاً من ان – تقف بجاب زوجها بمحنته الصحية قررت اختلاق الاعذار لتظل على تواصل مع ذلك الشخص.

- واكتشف المدعى بعد ذلك ان علاقتها بذلك الشخص مستمرة لمدة سنة تقريباً متضمنة صور فاضحة ومراسلات جنسية بشكل منتظم – بجانب انها – كانت تتواصل مع رجال اخرين.
- وبعدما واجها المدعى – قام بالاعتراف له – واعدته بانها ستوقف على الفعل تلك الممارسات المحرمة وستنهي علاقتها بجميع الرجال التي على تواصل وعلاقة بهم.

- إلا ان المدعى عليه قرر انهاء العلاقة الزوجية بقيد دعواه الماثلة لعدم تقبله على ذلك الخرق الذي لا يمكن ان تستقيم معه استمرار العلاقة الزوجية بينه وبينها بالمستقبل باي حال من الأحوال.

- وقرر اللجوء لقيد دعواه الماثلة للقضاء له بالتطليق ورفع الضرر الواقع عليه والقضاء له بكافة طلباته الواردة بختام لائحة دعواه الماثلة.

5. الأمر الذي معه يتمسك مع المدعى من مقامكم الموقر: القضاء له بالتطليق من (المدعى عليها) لاستحالة الحياة والعشرة بين الزوجين.

*** فلهذه الأسباب وللأسباب الاخرى التي تراها عدالة المحكمة الموقرة أعم وأحرى وأشمل بالنظر والاعتبار والقبول

## الطلبات الختامية

| مسلسل المطالبة | وصف المطالبة |
|---|---|
| 1 | يلتمس المدعى من عدالة المحكمة الموقرة<br>1- القضاء بالتطليق بين المدعي والمدعى عليها.<br>2- إلزام المدعي عليها بكافة الرسوم والمصاريف القضائية ومقابل اتعاب المحاماة. |

## المستندات

| المسلسل | الوصف |
|---|---|

عبدالرحمن احمد للمحاماة والاستشارات القانونية
Advocate & Notary
P.O. Box: 450319
Dubai - U.A.E.
18 SEP 2025
ABDUL RAHMAN AHMED ADVOCATES & LEGAL CONSULTANTS

# اللوائح الذكية

| المسلسل | الوصف | |
|---|---|---|
| 1 | اثبات الشخصية او الرخصة للشركة | استعراض |
| 2 | إثبات الشخصية ( اديتيا برليا ) | استعراض |
| 3 | الوكالة ( عواطف محمد شوقي عن اديتيا برليا ) | استعراض |
| 4 | إثبات الشخصية ( بارنيكا اديتيا بيرليا ) | استعراض |
| 5 | لائحه الدعوي | استعراض |
| 6 | حافظه مستندات (وجه الحافظه) | استعراض |
| 7 | مستند1(اشهاد عقد الزواج المبرم بين طرفي التداعي والمصدق اصولاً بالدولة + الترجمة القانونية) | استعراض |
| 8 | مستند2(أوراق ثبوتية الابنة فيفيكا.) | استعراض |
| 9 | مستند3(أوراق ثبوتية الابنة فيانا. | استعراض |

توقيع الوكيل

عواطف محمد شوقي

CR2025/320417/554365/21-08-2025

عبد الرحمن احمد للمحاماة والاستشارات القانونية
Advocate & Notary
P.O. Box: 450319
Dubai - U.A.E.
18 SEP 2025
ABDUL RAHMAN AHMED ADVOCATES & LEGAL CONSULTANTS