# EXHIBIT A-2

Petition for Child Custody / Case No. 491/2025/702

وردكرافت للترجمة القانونية
WORDCRAFT LEGAL TRANSLATION

www.wordcraft.ae
info@wordcraft.ae
800 9673

**Smart Petitions**
**Amicable Settlements**
**Case No. 491/2025/702 – Non-Muslim Marital Cases**
**Submitted by**

| | Category | Name | Date of Birth | Religion | Sex | Agent's Name |
|---|---|---|---|---|---|---|
| 1 | Petitioner | Aditya Berlia | 30-01-1985 | Hindu | Male | By Power of Attorney: Awatif Mohammed Shawqi |
| **Address:** United Arab Emirates – Emirate of Dubai – Bur Dubai – Dubai- 0504628302- aberlia@gmail.com | | | | | | |

**Defendant**

| | | |
|---|---|---|
| 2 | Petitioner | Parnika Aditya Berlia |
| Address: UAE - Emirate of Dubai - Al Barsha 1 - Bur Dubai - Dubai 0501207688 paberlia@gmail.com | | |

**Subject:**

1. Divorce
2. Custody
3. Prohibition on taking the children outside the United Arab Emirates without the father's consent
4. Guardianship
5. Retention of the original passports of the children
6. Provisionally: Visitation rights

**Documents**

| Sl NO | Description | |
|---|---|---|
| 1 | Copy of the Marriage Contract | Review |
| 2 | Copy of the Passport or Identity Proof | Review |
| 3 | Proof of Identity (Aditya Berlia) | Review |
| 4 | Power of Attorney (Awatif Mohammed Shawqi on behalf of Aditya Berlia) | Review |
| 5 | Proof of Identity (Parnika Aditya Berlia) | Review |

Agent's Signature: Awatif Mohammed Shawqi

وردكرافت للترجمة القانونية
WORDCRAFT LEGAL TRANSLATION
REG. NO.: 700 رقم القيد: ٧٠٠
ANTAR BITAT عنتر بيطاط
مترجم قانوني محلف معتمد من وزارة العدل- إ.ع.م
إنجليزي- عربي وبالعكس
SWORN LEGAL TRANSLATOR
CERTIFIED BY MINISTRY OF JUSTICE, U.A.E
ENGLISH-ARABIC & VICE VERSA

# اللوائح الذكية

## التسويات الودية

## : ٤٩١ / ٢٠٢٥ / ٧٠٢ حالات زوجية غير مسلمين

## مقدمة من

| | الفئة | الاسم | تاريخ الميلاد | الديانة | الجنس | اسم الوكيل |
|---|---|---|---|---|---|---|
| .1 | مستدعي | اديتها برليا | 30-01-1985 | الهندوسية | ذكر | بوكالة: عواطف محمد شوقي |

عنوانه: الإمارات-إمارة دبي-بر دبي - دبي 0504628302 aberlia@gmail.com

## ضـــــد

| | | |
|---|---|---|
| .2 | مستدعى | بارنيكا اديتيا بيرليا |

عنوانه: الإمارات-إمارة دبي-البرشاء الاولى - بر دبي - دبي 0501207688 paberlia@gmail.com

**الموضوع:** 1- الطلاق
**2- الحضانة**
**3- عدم نقل الأطفال خارج دولة الإمارات العربية المتحدة دون موافقة الأب**
**4-الولاية**
**5-الاحتفاظ بأصول جوازات سفر الأبناء**
**6-احتياطياً الرؤية**

## المستندات

| المسلسل | الوصف | |
|---|---|---|
| 1 | صورة عن عقد الزواج | استعراض |
| 2 | صورة عن جواز السفر أو اثبات الهوية | استعراض |
| 3 | إثبات الشخصية ( اديتيا برليا ) | استعراض |
| 4 | الوكالة ( عواطف محمد شوقي عن اديتيا برليا ) | استعراض |
| 5 | إثبات الشخصية ( بارنيكا اديتيا بيرليا ) | استعراض |

WORDCRAFT LEGAL TRANSLATION
REG. NO. 900
SWORN LEGAL TRANSLATOR
CERTIFIED BY MINISTRY OF JUSTICE, U.A.E
ENGLISH-ARABIC & VICE VERSA

# اللوائح الذكية

## التسويات الودية

## ٤٩١ / ٢٠٢٥ / ٧٠٢ حالات زوجية غير مسلمين :

## مقدمة من

| | الفئة | الاسم | تاريخ الميلاد | الديانة | الجلس | اسم الوكيل |
|---|---|---|---|---|---|---|
| .1 | مستدعي | اديتيا برليا | 30-01-1985 | الهندوسية | ذكر | بوكالة: عواطف محمد شوقي |

عنوانه: الإمارات-إمارة دبي-بر دبي - دبي 0504628302 aberlia@gmail.com

## ضـــد

| | | |
|---|---|---|
| .2 | مستدعى | بارنيكا اديتيا بيرليا |

عنوانه: الإمارات-إمارة دبي-البرشاء الاولى - بر دبي - دبي 0501207688 paberlia@gmail.com

**الموضوع:** 1- الطلاق
2- الحضانة
3- عدم نقل الأطفال خارج دولة الإمارات العربية المتحدة دون موافقة الأب
4-الولاية
5-الاحتفاظ بأصول جوازات سفر الأبناء
6-احتياطياً الرؤية

**المستندات**

| المسلسل | الوصف | |
|---|---|---|
| 1 | صورة عن عقد الزواج | استعراض |
| 2 | صورة عن جواز السفر أو اثبات الهوية | استعراض |
| 3 | إثبات الشخصية ( اديتيا برليا ) | استعراض |
| 4 | الوكالة ( عواطف محمد شوقي عن اديتيا برليا ) | استعراض |
| 5 | إثبات الشخصية ( بارنيكا اديتيا بيرليا ) | استعراض |



وردكرافت للترجمة القانونية
WORDCRAFT LEGAL TRANSLATION
REG. NO.: 700
ANTAR BITAT
رقم القيد: ٧٠٠
عنتر بيطاط
مترجم قانوني محلف.معتمد من وزارة العدل- إ.ع.م
إنجليزي- عربي وبالعكس
SWORN LEGAL TRANSLATOR
CERTIFIED BY MINISTRY OF JUSTICE, U.A.E
ENGLISH-ARABIC & VICE VERSA
Tel : +971 4 239 6262

اللوائح الذكية

توقيع الوكيل

عواطف محمد شوقي

CR2025/319880/554365/21-08-2025

وردكرافت للترجمة القانونية
WORDCRAFT LEGAL TRANSLATION
REG. NO.: 700
رقم القيد: ٧٠٠
ANTAR BITAT
عنتر بيطاط
مترجم قانوني محلف، معتمد من وزارة العدل - إ.ع.م
إنجليزي- عربي وبالعكس
SWORN LEGAL TRANSLATOR
CERTIFIED BY MINISTRY OF JUSTICE, U.A.E
ENGLISH-ARABIC & VICE VERSA
Tel.: +971 4 239 6262