# EXHIBIT A-3

## Application for Travel Ban For Children

ووردكرافت للترجمة القانونية
WORDCRAFT LEGAL TRANSLATION
www.wordcraft.ae
info@wordcraft.ae
800 9673

AWATIF MOHAMMAD SHOQI ADVOCATES & LEGAL CONSULTANCY

**((Before the Honorable Dubai Court of First Instance))**

**His Excellency the Judge of Temporary and Summary Matters**

**In Case No. ____/2025 Legal Order on Petition**

**Statement of Claim**

Filed by:

**Claimant/ Aditya Berlia** – Dual Nationality: (Malta – Grenada).

**Elected Domicile:** United Arab Emirates – Emirate of Dubai – Sheikh Zayed Road – The H Hotel Building – Office Entrance – Awatif Mohammad Shoqi Advocates & Legal Consultancy – 29th Floor – Office No. (2901) – Makani No. 2746691529 – P.O. Box: 40073 – Tel: 043254000 – Fax: 043589494 – Email: awf@awfuae.com.

**Represented by Attorney/ Awatif Mohammad**

Vs.

**Respondent: Parnika Aditya Berlia**– Dual Nationality: (Malta – Grenada).

**Address:** United Arab Emirates – Emirate of Dubai – Bur Dubai – Al Safa 1 Area – Street No. 43A – Villa No. 19 – Email: paberlia@gmail.com– Tel: +971501207688.

ووردكرافت للترجمة القانونية
WORDCRAFT LEGAL TRANSLATION
REG. NO.: 700 رقم القيد: ٧٠٠
ANTAR BITAT عنتر بيطاط
مترجم قانوني محلف معتمد من وزارة العدل- إ.ع.م
إنجليزي- عربي وبالعكس
SWORN LEGAL TRANSLATOR
CERTIFIED BY MINISTRY OF JUSTICE, U.A.E
ENGLISH-ARABIC & VICE VERSA
Tel.: +971 4 239 6262

وورد كرافت
للترجمة القانونية
WORDCRAFT
LEGAL TRANSLATION

www.wordcraft.ae
info@wordcraft.ae
800 9673

**Subject: Claim for issuing an order on a petition to prevent the two daughters/ (VIVIKA ) and (Viana), aged (6) years, from traveling and to circulate this matter to all the state's border crossings**

**First: Summary of the Case Facts**

- By virtue of a marital relationship between the parties to this litigation, pursuant to the marriage certificate dated 11/05/2015, executed in the domicile of the parties of litigation in the State of India and duly attested in the United Arab Emirates.

**"Kindly refer to Exhibit No. 1: marriage certificate executed between the parties of litigation and duly attested in the state"**

- The marital relationship resulted in the parties of litigation having two daughters:

**Daughter:** [illegible] aged **6 years,** born on [illegible]

**Daughter** [illegible] aged **6 years,** born on [illegible].

**"Kindly refer to Exhibit No. 2: "Identification Documents of the daughter/ [illegible]"**

**"Kindly refer to Exhibit No. 3: "Identification Documents of the daughter/ [illegible]"**

- The marital life has become unstable between the parties and is now marred by disputes that make it impossible for the parties of litigation to continue living together. This is due to the insistence of the wife (the Respondent) on creating problems and crises within the marital home, which has completely severed the bonds of affection and compassion between the parties of litigation.
- Accordingly, the Claimant resorted to the Dubai Courts to file his complaint, which is currently being registered, requesting divorce, guardianship, custody, and receipt of the two daughters' passports.

**"Kindly refer to Exhibit No. 4: "Statement from the Dubai Courts electronic system stating that there is a family dispute being registered by the Claimant, demanding divorce, custody, guardianship, and retention of the original passports of the two daughters."**

- The matter did not end there, as the Respondent has continued to escalate matters by threatening and indicating that she will take the two daughters away, depriving the Claimant of his daughters, and ensuring that he will have no access to them.

وورد كرافت للترجمة القانونية
WORDCRAFT LEGAL TRANSLATION
REG. NO : 700 رقم القيد: ٧٠٠
ANTAR BITAT عنتر بيطاط
مترجم قانوني محلف معتمد من وزارة العدل- إ ع م
إنجليزي- عربي وبالعكس
SWORN LEGAL TRANSLATOR
CERTIFIED BY MINISTRY OF JUSTICE, U.A.E
ENGLISH-ARABIC & VICE VERSA
Tel.: +971 4 239 6262

وورد كرافت للترجمة القانونية
WORDCRAFT LEGAL TRANSLATION
www.wordcraft.ae
info@wordcraft.ae
800 9673

- Accordingly, (the Claimant) fears that the Respondent will carry out her threat and travel with the two daughters outside the state without the consent and knowledge of their legal guardian, especially since she took the original passports of the two daughters and planned to kidnap them and flee with them outside the state on the 19th and 20th of August 2025.
- When the Respondent's plan failed and the (Claimant) was able to take the passports of the two daughters, she decided to travel alone to her homeland, leaving the two daughters (6 years old) with the grandparents (the Respondent's parents). The Claimant fears that she may have traveled to obtain new passports and come to the state to attempt another kidnapping or send the originals of the new passports to the grandparents to help her get the two daughters out of the state.
- In view of the foregoing, and given that the two minor daughters are currently residing with their grandparents (the parents of the Respondent), there are serious reasons and justifications that substantiate the Claimant's genuine concern of being deprived of his daughters.
- Which has driven him to seek refuge in the revered chambers of Your Honorable Court, requesting a ruling granting him all the relief sought in his present petition, as Your Court embodies justice and stands in contrast to injustice. None who turn to Your authority, after God Almighty, are met with disappointment. This is especially so given that the two minor daughters reside permanently in the country, were born here, and are enrolled in its schools, which entitles the Claimant to seek a request preventing their travel without his consent, on the following grounds:

**Second: On the Legal Pleas and Grounds.**

- Whereas, it is established in the Case Law of the Dubai Court of Cassation that:

"The judge of urgent matters, pursuant to Article 28(1) of the Civil Procedure Law, has jurisdiction to **render judgments**, without prejudice to the merits of the Case, **in urgent matters where there is a risk of detriment due to delay**. The basis of such jurisdiction is that the relief sought shall be an order to take an urgent decision, **provided that this order does not affect the substantive right**, which remains for the parties to litigate in the substantive Case."

This Rule was affirmed by the Dubai Court of Cassation in its judgment of 25-04-2010

In Appeal No. 47/2010 Civil Appeal.

وورد كرافت للترجمة القانونية
WORDCRAFT LEGAL TRANSLATION
REG. NO.: 700 رقم القيد: ٧٠٠
ANTAR BITAT عنتر بيطاط
مترجم قانوني محلف معتمد من وزارة العدل - إ ع م
إنجليزي - عربي وبالعكس
SWORN LEGAL TRANSLATOR
CERTIFIED BY MINISTRY OF JUSTICE, U.A.E
ENGLISH-ARABIC & VICE VERSA
Tel.: +971 4 239 6262

ووردكرافت للترجمة القانونية
WORDCRAFT LEGAL TRANSLATION

www.wordcraft.ae
info@wordcraft.ae
800 9673

- Pursuant to Article (116) of the Federal Personal Status Law, which provides:

"(1) The custodial parent may travel with the minor **outside the State with the written consent of the other parent or the legal guardian of the person** in the event of the father's death."

- Whereas, it is established in the Case Law of the Dubai Court of Cassation that:

"Pursuant to Articles 149 and 150 of the Personal Status Law, **the custodial mother or the mother, during the subsistence of marriage or during the waiting period of a revocable divorce, may not travel with the minor outside the State except with the written consent of the legal guardian of the person. This prohibition is general and not subject to exceptions for any reason, as stated in the Explanatory Memorandum to the Law.** Should the guardian refuse such consent, the matter shall be referred to the judge. **It is also established that the existence of a genuine risk that the custodial parent may travel with the minor outside the State without the guardian's permission constitutes grounds for prohibiting the minor from traveling. This, however, is a matter of fact left to the discretion of the trial court, based on its assessment** of the evidence and documents submitted, provided that its ruling is grounded in sound reasoning with an evidentiary basis in the record and sufficient to support its judgment."

This Rule was affirmed by the Dubai Court of Cassation in its judgment of 02-04-2013

In Appeal No. 122/2012 Personal Status Appeal.

- By applying the aforementioned-legal provisions and established judicial precedents to the facts of the Present Case:
- Since the two daughters are currently in the custody of their mother (the Respondent) and given the existence of disputes between the parties to the litigation that have already reached the courts, this demonstrates the impossibility of continuing marital life between them.
- Accordingly, the Claimant has a legitimate concern that the Respondent may travel with the two daughters without the consent of their legal guardian, thereby depriving him of his children (whose travel he seeks to prohibit). This justifies the Claimant's recourse to Your Honorable Court through the Present Case.

**** For all the reasons set forth above, and for any other reasons that Your Honorable Court may deem more comprehensive, pertinent, and deserving of acceptance, consideration, and adjudication.**

ووردكرافت للترجمة القانونية
WORDCRAFT LEGAL TRANSLATION
REG. NO.: 700 رقم القيد: ٧٠٠
ANTAR BITAT عنتر بيطاط
مترجم قانوني محلف معتمد من وزارة العدل- إ.ع.م
إنجليزي- عربي وبالعكس
SWORN LEGAL TRANSLATOR
CERTIFIED BY MINISTRY OF JUSTICE, U.A.E
ENGLISH-ARABIC & VICE VERSA
Tel.: +971 4 239 6262

ووردكرافت للترجمة القانونية
WORDCRAFT
LEGAL TRANSLATION

www.wordcraft.ae
info@wordcraft.ae
800 9673

**The Claimant respectfully petitions this Honorable Court to render a judgment on an urgent basis as follows:**

**First**: To render a judgment by your Honorable Court to prohibit the minor, [illegible], holder of UAE ID No. [illegible] Malta Passport No. [illegible] and Grenada Passport No. [illegible], from traveling except with the written consent of her legal guardian, and directing that this travel ban be circulated to all land, sea, and air exit points of the State.

**Second**: To render a judgment by your Honorable Court to prohibit the minor, [illegible], holder of UAE ID No. ([illegible]), Malta Passport No. ([illegible]) and Grenada Passport No. ([illegible]), from traveling except with the written consent of her legal guardian, and directing that this travel ban be circulated to all land, sea, and air exit points of the State.

**Third**: To oblige the Respondent to bear the costs and attorney's fees and directing that the judgment be rendered immediately enforceable.

Regards,

**Represented by Attorney:**

**Awatif Mohammad Shoqi**

**(SEAL: AWATIF MOHAMMAD SHOQI ADVOCATES & LEGAL CONSULTANCY – DUBAI – U.A.E)**



ووردكرافت للترجمة القانونية
WORDCRAFT LEGAL TRANSLATION
REG. NO: 700 | رقم القيد: ٧٠٠
ANTAR BITAT | عنتر بيطاط
مترجم قانوني محلف معتمد من وزارة العدل- إ.ع.م
إنجليزي- عربي وبالعكس
SWORN LEGAL TRANSLATOR
CERTIFIED BY MINISTRY OF JUSTICE, U.A.E
ENGLISH-ARABIC & VICE VERSA
Tel.: +971 4 239 6262

AWATIF
عـــــواطف
محمد شوقي للمحاماة والاستشارات القانونية

# ((لدى مقام محكمة دبي الابتدائية الموقرة))

## سعادة قاضي الأمور الوقتية والمستعجلة

## بالدعوي رقم      /2025 أمر علي عريضة شرعي

## لائحة الدعوى

مقدمة من:

**طالب الامر/ اديتيا برليا** – مزدوج الجنسية (مالطا - غرينادا).

**English Name:** Aditya Berlia.

**عنوانه المختار:** الإمارات العربية المتحدة- إمارة دبي – شـــارع الشـــيخ زايد – بناية فندق إتش – مدخل المكاتب – مكتب عواطف محمد شـوقي للمحاماة والاستشـارات القانونية - الطابق التاسـع والعشرــون – مكتب رقم (2901) – رقم مكاني/ 2746691529 - ص.ب/ 40073 – هاتف/ 043254000 – فاكس/ 043589494 – البريد الإلكتروني: awf@awfuae.com.

**بوكالة المحامية/ عواطف محمد**

ضد:

**المستدعى ضدها/ بارنيكا اديتيا بيرليا** – مزدوجة الجنسية (مالطا - غرينادا).

**English Name:** Parnika Aditya Berlia.

**عنوانها:** - الإمارات العربية المتحدة - إمارة دبي – بر دبي – منطقة الصفا 1 – شـارع رقم 43 أ – فيلا رقم 19 – البريد الإلكتروني/ paberlia@gmail.com - رقم الهاتف/ +971501207688.

وورد كرافت للترجمة القانونية
WORDCRAFT LEGAL TRANSLATION
REG. NO.: 700 رقم القيد: ٧٠٠
ANTAR BITAT عنتر بيطاط
مترجم قانوني محلف معتمد من وزارة العدل إ.ع.م
إنجليزي- عربي وبالعكس
SWORN LEGAL TRANSLATOR
CERTIFIED BY MINISTRY OF JUSTICE, U.A.E
ENGLISH-ARABIC & VICE VERSA
Tel.: +971 4 239 6262

AWATIF
عـــــــواطف
محمد شوقي للمحاماة والاستشارات القانونية

# الموضوع / مطالبة باستصدار أمر على عريضة بمنع الصغيرة/ (فيفيكا) والصغيرة/(فيانا) والبالغتين من العمر (6 سنوات) من السفر والتعميم بذلك على كافة منافذ الدولة الحدودية.

## أولاً/ ملخص وقائع الدعوى.

- بموجب علاقة زوجية جمعت بين طرفي التداعي، بموجب إشـــهاد عقد الزواج والمؤرخ في 2015/05/11، والمُبرم بموطن طرفي التداعي بدولة الهند والمصـــدق أصــولاً بدولة الإمارات العربية المتحدة.

**لطفاً المستند رقم /1/ "اشهاد عقد الزواج المبرم بين طرفي التداعي والمصدق اصولاً بالدولة".**

- وأسفرت العلاقة الزوجية برزق طرفي التداعي على فراش الزوجية الصحيح بالابنتين:

**الأبنة:** (**فيفيكا**) والبالغة من العمر **6 سنوات** لكونها من مواليد 2019/08/14.

**الأبنة:** (**فيانا**) والبالغة من العمر **6 سنوات** لكونها من مواليد 2019/08/14.

**لطفاً المستند رقم /2/ "أوراق ثبوتية الابنة فيفيكا"**

**لطفاً المستند رقم /3/ "أوراق ثبوتية الابنة فيانا"**

- أصـــبحت الحياة الزوجية غير مســـتقرة بين طرفي وأصـــبحت تتخللها النزاعات التي يســـتحيل معها دوام العشرـة بين طرفي التداعي، وذلك لإصرار الزوجة (المســـتدعى ضدها) اختلاق المشكلات والأزمات داخل مَنزل الزوجية، مما قطع جميع اوصال المودة والرحمة بين طرفي التداعي.

وورد كرافت للترجمة القانونية
WORDCRAFT LEGAL TRANSLATION
REG. NO.: 700 رقم القيد: ٧٠٠
ANTAR BITAT عنتر بيطاط
مترجم قانوني محلف.معتمد من وزارة العدل- إ.ع.م
إنجليزي- عربي وبالعكس
SWORN LEGAL TRANSLATOR
CERTIFIED BY MINISTRY OF JUSTICE, U.A.E
ENGLISH-ARABIC & VICE VERSA
Tel.: +971 4 239 6262

AWATIF
عـــــــواطف

- مما دفع (طالب الامر) يقوم باللجوء لمحاكم دبي لتحريك شكواه التي قيد التسجيل والتي يطالب بمقتضاها (بالتطليق والولاية والحضانة واستلام جوازات سفر الصغيرتين).

**لطفاً المستند رقم /4/ "إفادة من داخل النظام الإلكتروني لمحاكم دبي يفيد وجود نزاع أسرى قيد التسجيل من قبل طالب الامر للمطالبة بالطلاق والحضانة والولاية والاحتفاظ بأصول جوازات سفر الابنتين"**

- ولم يقف الامر عند ذلك الحد – إذ ان – المستدعي ضدها أصبحت تتمادى وتهدد وتلوح بإنها ستأخذ الابنتين وستحرص على ان تحرم طالب الامر من بناته وانه لن يستطيع الوصول إليهما.

- مما أصبح معه (طالب الامر) يخشى من ان تقوم المستدعي ضدها بتنفيذ تهديدها والسفر بالابنتين لخارج الدولة دون موافقة وعلم وليهم الشرعي، وخاصة وإنها قامت بأخذ أصول جوازات سفر الابنتين، وخططت لاختطافهم والهرب بهم لخارج الدولة خلال يومي (19 و20) من شهر أغسطس 2025.

- وعندما فشل مخطط المستدعي ضدها وتمكن (طالب الامر) من اخذ جوازات سفر الصغيرتين، قررت السفر بمفردها لموطنها تاركة الابنتين البالغتين (6 سنوات) مع الأجداد (والدي المستدعى ضدها)، ويخشى طالب الامر ان تكون قد سافرت لاستخراج جوازات سفر جديدة والقدوم للدولة لإعادة محاولة الاختطاف مرة أخرى او ارسال أصول الجوازات السفر الجديدة للأجداد ليساعدوها على اخراج الصغيرتين من الدولة.

ووردكرافت للترجمة القانونية
WORDCRAFT LEGAL TRANSLATION
REG. NO.: 700 رقم القيد: ٧٠٠
ANTAR BITAT عنتر بيطاط
مترجم قانوني محلف معتمد من وزارة العدل- إ.ع.م
إنجليزي- عربي وبالعكس
SWORN LEGAL TRANSLATOR
CERTIFIED BY MINISTRY OF JUSTICE, UAE
ENGLISH-ARABIC & VICE VERSA
Tel.: +971 4 239 6262

AWATIF
عواطف

- فلما كان ذلك ولما كان الصغيرتين حالياً مع اجدادهما (والدي المستدعي ضدها) الأمر الذي يتضح معه وجود أسباب ومبررات جدية تبرر الخشية التي تملكت نفس طالب الامر من ان يحرم من بناته.

- مما حدا به القيام باللجوء لمحراب عدالتكم الموقر، للقضاء له بكافة طلباتها الواردة بختام لائحته الماثلة، لكونكم عنوان العدل وصنوان الظلم، ولا يرجع من لجئ إليكم بعد الله بالخذلان، وخاصة وان الصغيرتين مستقرتين بالدولة ومولودين بها وملتحقين بمدارسها، بما يبيح لطالب الامر طلب منعهما من السفر دون اذنه، وذلك استنادا وتأسيسا على:

-

## **ثانياً: بالدفوع والأسانيد القانونية.**

- ولما كان من المستقر عليه بقضاء محكمة التميز بدبي:

"أن قاضي الأمور المستعجلة - وفقا لما تقضي به المادة 28 / 1 من قانون الإجراءات المدنية يختص **بالحكم بصفة مؤقتة** مع عدم المساس بأصل الحق **في المسائل المستعجلة التي يخشى عليها من فوات الوقت**. فأساس اختصاصه أن يكون المطلوب هو الأمر **باتخاذ قرار عاجل، وألا يمس هذا القرار بأصل الحق** الذي يترك لذوي الشأن التناضل فيه عند نظر الدعوى الموضوعية.

**القاعدة التي تضمنها حكم محكمة التمييز - دبي بتاريخ 25-04-2010**

**في الطعن رقم 2010 / 47 طعن مدني**

ووردكرافت للترجمة القانونية
WORDCRAFT LEGAL TRANSLATION
REG. NO.: 700 رقم القيد: ٧٠٠
ANTAR BITAT عنتر بيطاط
مترجم قانوني محلف معتمد من وزارة العدل إ.ع.م
إنجليزي- عربي وبالعكس
SWORN LEGAL TRANSLATOR
CERTIFIED BY MINISTRY OF JUSTICE, U.A.E
ENGLISH-ARABIC & VICE VERSA
Tel.: +971 4 239 6262

- وعملاً بنص المادة (116) من قانون الاحوال الشخصية الاتحادي على انه:

((1. يجوز للحاضن من الوالدين السفر بالمحضون **إلى خارج الدولة بموافقة خطية من الوالد الآخر أو الولي على النفس** في حال وفاة الأب))

- ولما كان من المستقر عليه بقضاء محكمة التمييز بدبي:

"المقرر وفق ما تقضي به المادتان 149 ، 150 من قانون الأحوال الشخصية أنه **لا يجوز للحاضنة أو الأم حال قيام الزوجية أو في عدة الطلاق الرجعي السفر بالمحضون خارج الدولة إلا بموافقة ولي النفس خطياً وهو حظر عام غير مخصص بأي سبب حسب ما ورد في المذكرة الإيضاحية للقانون**، وإذا امتنع الولي عن ذلك رفع الأمر إلى القاضي، **ومن المقرر كذلك ان توافر الخشية من سفر الحاضنة بالمحضون خارج الدولة بغير إذن ولي النفس المبرر لمنع المحضون من السفر هو من مسائل الواقع التي يترك تقديرها إلى محكمة الموضوع** بما تستخلصه من واقع ما هو مطروح عليها من الأدلة والمستندات متى أقامت قضاءها على أسباب سائغه لها أصل ثابت بالأوراق وكافيه لحمل قضائها.

**القاعدة التي تضمنها حكم محكمة التمييز - دبي بتاريخ 02-04-2013**
**في الطعن رقم 2012 / 122 طعن أحوال شخصية**

- وبإنزال النصوص القانونية والمستقرات القضائية سالفة الذكر على وقائع الدعوى الماثلة:

- فلما كانت الابنتين بيد والدتها (المستدعى ضدها) بالوقت الحالي، ويوجد خلافات بين طرفي التداعي وصلت بهما إلى ساحات التقاضي، الأمر الذي يثبت استحالة دوام العشرة بين طرفي التداعي.

ووردكرافت للترجمة القانونية
WORDCRAFT LEGAL TRANSLATION
REG NO. 700 رقم القيد: ٧٠٠
ANTAR BITAT عنتر بيطاط
مترجم قانوني محلف معتمد من وزارة العدل- إ.ع.م
إنجليزي- عربي وبالعكس
SWORN LEGAL TRANSLATOR
CERTIFIED BY MINISTRY OF JUSTICE, U.A.E
ENGLISH-ARABIC & VICE VERSA
Tel.: +971 4 239 6262

AWATIF
عـــــــواطف
محمد شوقي للمحاماة والاستشارات القانونية

- الأمر الذي معه يخشى- طالب الامر من قيام المستدعى ضدها بالسفر بالابنتين دون إذن الولي الشرعي وحرمانه من بناته (المطلوب منعهم من السفر) الأمر الذي يبرر لجوء المستدعى بدعواه الماثلة لمقامكم الموقر.

**** فلجميع الأسباب التي اثرناها اعلاه وللأسباب الأخرى التي تراه عدالة المحكمة الموقرة أقيم وأشمل وأعم وأحرى بالقبول والنظر والاعتبار.**

**<u>يلتمس المستدعى من عدالة المحكمة الموقرة القضاء وبصفة مستعجلة:</u>**

**أولا:** إصدار قراركم الموقر إصدار قراركم الموقر بمنع الصغيرة (فيفيكا) والتي تحمل هوية إماراتية رقم (784201987214901) وجواز سفر دولة مالطا رقم (MT278072) وجواز سفر غرينادا رقم (GA084472)، وعدم السماح لها بالسفر إلا بإذن خطي من الولي الشرعي، والتعميم بهذا المنع من السفر على جميع منافِذ الدولة البرية والبحرية والجوية.

**ثانياً:** إصدار قراركم الموقر إصدار قراركم الموقر بمنع الصغيرة (فيانا) والتي تحمل هوية إماراتية رقم (784201925875821) وجواز سفر دولة مالطا رقم (MT183072) وجواز سفر غرينادا رقم (GA084471)، وعدم السماح لها بالسفر إلا بإذن خطي من الولي الشرعي، والتعميم بهذا المنع من السفر على جميع منافِذ الدولة البرية والبحرية والجوية.

**ثالثاً:** إلزام المستدعى ضدها بالمصروفات ومقابل أتعاب المحاماة، وشمول القرار بالنفاذ المعجل.

وتفضلوا سيادتكم بقبول وافر الاحترام والتقدير،

وكيل المستدعي
عواطف محمد شوقي

وورد كرافت للترجمة القانونية
WORDCRAFT LEGAL TRANSLATION
DUBAI - U.A.E
REG. NO. 700 رقم القيد: ٧٠٠
ANTAR BITAR
مترجم قانوني محلف معتمد من وزارة العدل - إ ع م
إنجليزي- عربي وبالعكس
SWORN LEGAL TRANSLATOR
CERTIFIED BY MINISTRY OF JUSTICE, U.A.E
ENGLISH-ARABIC & VICE VERSA
Tel.: +971 4 239 6262