# EXHIBIT A-4

Orders Granting Travel Ban For Two Minor Children

وورد كرافت للترجمة القانونية
WORDCRAFT LEGAL TRANSLATION

www.wordcraft.ae
info@wordcraft.ae
800 9673

**DUBAI COURTS** **GOVERNMENT OF DUBAI**

| | | |
|---|---|---|
| //QR CODE// | **Dubai Court of First Instance**<br>**Travel Ban Order** | //BAR CODE//<br>RO56/2025/3653/25082025 |

M/S Respected Sirs, Wanted Persons Department – General Department of Criminal Investigation

Greetings...

**<u>Subject: Travel ban order in case No. 3653/2025/56 Order on petition – Sharia</u>**

Wanted travel bar [illegible] ADITYA BERLIA

| | | | | | |
|---|---|---|---|---|---|
| **Latin name** | : | [illegible] ADITYA BERLIA | | | |
| **status** | : | banned from travel | **Nationality** | : | Malta |
| **Gender** | : | Female | **date of birth:** | : | [illegible] |
| **ID number:** | : | [illegible] | **Unified number** | : | |
| **address** | : | UAE Emirate of Dubai Bur Dubai - Dubai | | | |

**<u>Decision</u>**

Judge's Decision: It is hereby ordered to prohibit the two minors, (Vivica) and (Viana), from travelling abroad except with the approval of the applicant or the competent judge. This order shall be circulated to the competent authorities, and the respondent shall be notified accordingly.

Date Decision: 25-08-2025

REGARDS

Signature
Judge/ Adel Fadl Ahmed Fadl
//BAR CODE//
RO56/2025/3653/25082025//J12797

This document is signed and electronically certified.

| | |
|---|---|
| **makan** | **EXPO 2020** DUBAI, UNITED ARAB EMIRATES |
| **3089993465** | T. +971 4 334777, F +97143344477, PO Box 4700 Dubai, UAE, E-mail: info@dc.gov.ae |

وورد كرافت للترجمة القانونية
WORDCRAFT LEGAL TRANSLATION
REG. NO.: 700 رقم القيد: ٧٠٠
ANTAR BITAT عنتر بيطاط
مترجم قانوني محلف.معتمد من وزارة العدل- إ.ع.م
إنجليزي- عربي وبالعكس
SWORN LEGAL TRANSLATOR
CERTIFIED BY MINISTRY OF JUSTICE - U.A.E

حكومة دبي
GOVERNMENT OF DUBAI

محاكم دبي
DUBAI COURTS

RO56/2025/3653/25082025/

**محكمة دبي الابتدائية**

**أمر منع من السفر**

**السادة إدارة المطلوبين - الإدارة العامة للتحريات و المباحث الجنائية المحترمين**

**تحية طيبة وبعد ،،،**

**الموضوع: أمر منع من السفر في القضية رقم: 3653/2025/56 أمر على عريضة - شرعي**

المطلوب منعه من السفر : **فيانا اديتيا برليا**

الاسم اللاتيني: **VIANA ADITYA BERLIA**

صفته: **ممنوع من السفر** الجنسية: **مالطا**

الجنس: **انثى** تاريخ الميلاد: **14-08-2019**

رقم الهوية: **784201925875821** الرقم الموحد:

العنوان: **الإمارات-إمارة دبي-بر دبي - دبي**

| القـــــــــــرار |
|---|

قرار المختص: **نأمر بمنع الصغيرتين (فيفيك) و(فيانا) من السفر الا بموافقه طالب الامر او القاضي المختص ويعمم ويخطر المعروض ضده بالقرار**

تاريخ القرار: **25-08-2025**

**وتفضلوا بقبول فائق الاحترام و التقدير ،،،**

**التوقيع**

**القاضي/ عادل فضل احمد فضل**

J12797

* هذا المستند موقع و معتمد الكترونيا

مكان makan EXPO 2020 إكسبو 2020

ووردكرافت للترجمة القانونية
WORDCRAFT LEGAL TRANSLATION
REG. NO.: 700
ANTAR BITAT
رقم القيد: ٧٠٠
عنتر بيطاط
مترجم قانوني محلف معتمد من وزارة العدل- إ ع م
إنجليزي- عربي وبالعكس

وورد كرافت
للترجمة القانونية
WORDCRAFT®
LEGAL TRANSLATION

www.wordcraft.ae
info@wordcraft.ae
800 9673

**DUBAI COURTS** **GOVERNMENT OF DUBAI**

| | | |
|---|---|---|
| //QR CODE// | **Dubai Court of First Instance**<br>**Travel Ban Order** | //BAR CODE//<br>RO56/2025/3653/25082025 |

---

M/S Respected Sirs, Wanted Persons Department – General Department of Criminal Investigation

Greetings...

**<u>Subject: Travel ban order in case No. 3653/2025/56 Order on petition – Sharia</u>**

Wanted travel ban [illegible] ADITYA BERLIA

| | | | | | |
|---|---|---|---|---|---|
| **Latin name** | : | [illegible] ADITYA BERLIA | | | |
| **status** | : | banned from travel | **Nationality** | : | Malta |
| **Gender** | : | Female | **date of birth:** | : | [illegible] |
| **ID number:** | : | [illegible] | **Unified number** | : | |
| **address** | : | UAE Emirate of Dubai Bur Dubai - Dubai | | | |

**<u>Decision</u>**

Judge's Decision: It is hereby ordered to prohibit the two minors, (Vivica) and (Viana), from travelling abroad except with the approval of the applicant or the competent judge. This order shall be circulated to the competent authorities, and the respondent shall be notified accordingly.

Date Decision: 25-08-2025

REGARDS

Signature
Judge/ Adel Fadl Ahmed Fadl
//BAR CODE//
RO56/2025/3653/25082025//J12797

This document is signed and electronically certified.

| | |
|---|---|
| **makan**<br>**3089993465** | **EXPO 2020** DUBAI, UNITED ARAB EMIRATES<br>T. +971 4 334777, F +97143344477, PO Box 4700 Dubai, UAE, E-mail: info@dc.gov.ae |

وورد كرافت للترجمة القانونية
WORDCRAFT LEGAL TRANSLATION
REG. NO.: 700 رقم القيد: ٧٠٠
ANTAR BITAT عنتر بيطاط
مترجم قانوني محلف معتمد من وزارة العدل- إ.ع.م
إنجليزي- عربي وبالعكس
SWORN LEGAL TRANSLATOR
CERTIFIED BY MINISTRY OF JUSTICE

حكومة دبي
GOVERNMENT OF DUBAI

محاكم دبي
DUBAI COURTS

RO56/2025/3653/25082025/

**محكمة دبي الابتدائية**

**أمر منع من السفر**

**السادة إدارة المطلوبين - الإدارة العامة للتحريات و المباحث الجنائية المحترمين**

**تحية طيبة وبعد ،،،**

**الموضوع: امر منع من السفر في القضية رقم: 3653/2025/56 امر على عريضة - شرعي**

| | |
|---|---|
| المطلوب منعه من السفر : | فيفيكا اديتيا برليا |
| الاسم اللاتيني: | VIVIKA ADITYA BERLIA |
| صفته: | ممنوع من السفر |
| الجنسية: | مالطا |
| الجنس: | انثى |
| تاريخ الميلاد: | 14-08-2019 |
| رقم الهوية: | 784201987214901 |
| الرقم الموحد: | |
| عنوانه: | الإمارات-إمارة دبي-بر دبي - دبي |

**القـــــــــــرار**

| | |
|---|---|
| قرار القاضي: | نامر بمنع الصغيرتين (فيفيكا) و(فيانا) من السفر الا بموافقه طالب الامر او القاضي المختص ويعمم ويخطر المعروض ضده بالقرار |
| تاريخ القرار: | 25-08-2025 |

**وتفضلوا بقبول فائق الاحترام و التقدير ،،،**

**التوقيع**

**القاضي/ عادل فضل احمد فضل**

RO56/2025/3653/25082025//JI2797

هذا المستند موقع ومعتمد الكترونياً

وورد كرافت للترجمة القانونية
WORDCRAFT LEGAL TRANSLATION
REG. NO.: 700 رقم القيد: ٧٠٠
ANTAR BITAT عنتر بيطاط
مترجم قانوني محلف معتمد من وزارة العدل - إ.ع.م
إنجليزي- عربي وبالعكس
SWORN LEGAL TRANSLATOR
CERTIFIED BY MINISTRY OF JUSTICE, U.A.E
ENGLISH-ARABIC & VICE VERSA
Tel : +971 4 239 6262

مكاني makan 3089993465

EXPO 2020 إكسبو 2020