# EXHIBIT A-5

## Official Statement of Party's Cases

## Dubai Courts / Government of Dubai

يونك للترجمة القانونية - ذ.م.م - ش.ش.و
UNIQUE LEGAL TRANSLATION - L.L.C - O.P.C

DUBAI COURTS GOVERNMENT OF DUBAI

## Statement of the Party's Cases

Page:1 of 1

| Party No.: 5282810 | ADITYA BERLIA | | **Report**: Total number of Cases: 2 | |
|---|---|---|---|---|
| Case No. | Case Description | Registration Date | Party Status | Case Status |
| 105 / 2025 / 639 | Personal Status (Non-Muslims) | 26-08-2025 | Claimant | Under Preparation |
| **Parties** | | | | |
| 5282810 | ADITYA BERLIA | | - Claimant | |
| 8366853 | PARNIKA ADITYA BERLIA | | - Defendant | |
| 702 / 2025 / 491 | Marital Status (Non-Muslims) | 27-08-2025 | Applicant | First Hearing |
| **Parties** | | | | |
| 5282810 | ADITYA BERLIA | | - Applicant | |
| 8366853 | PARNIKA ADITYA BERLIA | | - Applicant | |

| Party No.: 8380430 | ADITYA BERLIA | | **Report**: Total number of Cases: 1 | |
|---|---|---|---|---|
| Case No. | Case Description | Registration Date | Party Status | Case Status |
| 56 / 2025 / 3653 | Order on Petition - Sharia | 25-08-2025 | Claimant | Determined |
| **Parties** | | | | |
| 8380430 | ADITYA BERLIA | | - Claimant | |
| 8380431 | VIANA ADITYA BERLIA | | - Travel-banned | |
| 8380432 | VIVIKA ADITYA BERLIA | | - Travel-banned | |
| 8366853 | PARNIKA ADITYA BERLIA | | - Defendant | |

Printed by: FATHIYA ALI ABDULLAH on 17-09-2025 at: 09:10PM 15CSCCRQ

يونك للترجمة القانونية
إياس محمد العتوم
مترجم قانوني
إنجليزي - عربي وبالعكس
رقم القيد : ٦٠٠
Eyas Mohammad Alatoom
Legal Translator
English - Arabic & Vice Versa
Reg. No.: 600
UNIQUE LEGAL TRANSLATION

حكومة دبي
GOVERNMENT OF DUBAI

مجاكم دبي
DUBAI COURTS

# كشف بقضايا الطرف

الصفحة : 1 من 1

رقم الطرف : 5282810 اديتيا برليا
تقرير مجموع عدد القضايا : 2

| رقم القضيـــة | وصـف القضيـة | تـاريخ التسجي | وضعية الطـرف | وضعية القضيـة |
|---|---|---|---|---|
| 2025/105 /639 | احوال نفس غير مسلمين | 2025-08-26 | مدعى | قيد التحضير |

الأطـراف

| | | |
|---|---|---|
| 5282810 | اديتيا برليا | ـ مدعى |
| 8366853 | بارنيكا اديتيا بيرليا | ـ مدعى عليه |

| رقم القضيـة | وصـف القضيـة | تـاريخ التسجي | وضعية الطـرف | وضعية القضيـة |
|---|---|---|---|---|
| 2025/491 /702 | حالات زوجية غير مسلمين | 2025-08-27 | مستدعي | أول جلسة |

الأطـراف

| | | |
|---|---|---|
| 5282810 | اديتيا برليا | ـ مستدعي |
| 8366853 | بارنيكا اديتيا بيرليا | ـ مستدعي |

رقم الطرف : 8380430 اديتيا برليا
تقرير مجموع عدد القضايا : 1

| رقم القضيـــة | وصـف القضيـة | تـاريخ التسجي | وضعية الطـرف | وضعية القضيـة |
|---|---|---|---|---|
| 2025/56 /3653 | امر على عريضة - شرعي | 2025-08-25 | مدعى | مفصولة |

الأطـراف

| | | |
|---|---|---|
| 8380430 | اديتيا برليا | ـ مدعى |
| 8380431 | فيانا اديتيا برليا | ـ ممنوع من السفر |
| 8380432 | فيفيكا اديتيا برليا | ـ ممنوع من السفر |
| 8366853 | بارنيكا اديتيا بيرليا | ـ مدعى عليه |

يونيك للترجمة القانونية
إياس محمد العتوم
مترجم قانوني
إنجليزي - عربي وبالعكس
رقم القيد : ٦٠٠
Eyas Mohammad Alatoom
Legal Translator
English - Arabic & Vice Versa
Reg. No.: 600
UNIQUE LEGAL TRANSLATION