# EXHIBIT A-6

Notice of Court Hearing on October 10, 2025

ووردكرافت للترجمة القانونية
WORDCRAFT LEGAL TRANSLATION
www.wordcraft.ae
info@wordcraft.ae
800 9673

**DUBAI COURTS**
**//QR Code//**

**GOVERNMENT OF DUBAI**
**//Barcode//**

Amicable Settlements
2025Notification Number 2025 / 49033

Date of Notification 10-09-
Task Number 2025 / 429935

Notification of a Remote Session Appointment [Family Guidance and Reform]

| | |
|---|---|
| In Case No.: | 491 / 702 / 2025 – Non-Muslim Marital Cases |
| Viewed in: | Guidance and Reform Department 7, No. 707 |
| Subject of the Case: | **1.** Divorce<br>**2.** Custody<br>**3.** Prohibition on taking the children outside the United Arab Emirates without the father's consent<br>**4.** Guardianship<br>**5.** Retention of the children's passport originals<br>**6.** Provisionally: Visitation rights |
| Respondent | Parnika Aditya Berlia |
| Address | UAE - Emirate of Dubai - Al Barsha 1 - Bur Dubai - Dubai – 0501207688 |
| The person to be notified | Aditya Berlia |
| Capacity | Petitioner |
| Address | UAE - Emirate of Dubai - Bur Dubai - Dubai - 0504628302 - aberlia@gmail.com |
| Subject of the Notification | We hereby inform you that a session has been scheduled for you at the Family Guidance and Reform Department on Monday, 06-10-2025, at 08:30 AM to discuss the above-mentioned case file. Please note that the session will be held remotely via the MS Teams program.<br><br>To join the session, please click on the following link: https://tinyurl.com/2p8mr4ry, then enter the case number, click on "Search," and finally click on the video icon to join. |
| Means of Notification | Short Message Service (SMS) |

ووردكرافت للترجمة القانونية
WORDCRAFT LEGAL TRANSLATION
REG. NO. 700 رقم القيد: ٧٠٠
ANTAR BITAT عنتر بيطاط
مترجم قانوني محلف معتمد من وزارة العدل- إ.ع.م
إنجليزي- عربي وبالعكس
SWORN LEGAL TRANSLATOR
CERTIFIED BY MINISTRY OF JUSTICE, UAE
ENGLISH-ARABIC & VICE VERSA
Tel.: +971 4 239 6262

وورد كرافت للترجمة القانونية
WORDCRAFT LEGAL TRANSLATION

www.wordcraft.ae
info@wordcraft.ae
800 9673

To review the case details, pleadings, memoranda, and to submit defences and requests, you must use the Dubai Courts electronic and smart services. To register, please click on the link.

Prepared by: Alya Khalifa Al Ketbi Date of Approval: 10-09-2025 12:08:07

Result of Tasks

| | | | |
|---|---|---|---|
| Task Number | 2025/429935 | Notifier: | Alya Khalifa Al Ketbi |
| Address Details | UAE – Emirate of Dubai – Bur Dubai – Dubai | Mobile Phone | 0504628302 |
| Email | aberlia@gmail.com | Notification Outcome: | The notification was made via SMS text message to the mobile phone |
| Means of Notification | Short Message Service (SMS) | | |
| Type of Result | The notification was made via SMS text message to the mobile phone | | |
| Date of Notification Result | 10-09-2025 14:30:25 | | |
| Notification Report | System-generated text message | | |
| Remarks | Sent by the system | | |

وورد كرافت للترجمة القانونية
WORDCRAFT LEGAL TRANSLATION
REG. NO.: 700 رقم القيد: ٧٠٠
ANTAR BITAT عنتر بيطاط
مترجم قانوني محلف معتمد من وزارة العدل
إنجليزي- عربي وبالعكس
SWORN LEGAL TRANSLATOR
CERTIFIED BY MINISTRY OF JUSTICE, U.A.E
ENGLISH-ARABIC & VICE VERSA

محاكم دبي
DUBAI COURTS

# نظام الوثائق

وردكرافت للترجمة القانونية
WORDCRAFT LEGAL TRANSLATION
REG. NO.: 700
ANTAR BITAT
رقم القيد: ٧٠٠
عنتر بيطاط
مترجم قانوني محلف معتمد من وزارة العدل- إ.ع.م
إنجليزي- عربي وبالعكس
SWORN LEGAL TRANSLATOR
CERTIFIED BY MINISTRY OF JUSTICE, U.A.E
ENGLISH-ARABIC & VICE VERSA
Tel.: +971 4 239 6262

حكومـــة دبـــي
GOVERNMENT OF DUBAI

محاكـم دبـــي
DUBAI COURTS

SNTC-2025/49033-SMSN-2025/429935-REQ-2467710

التسويات الودية

| | | | |
|---|---|---|---|
| رقم الإعلان | 2025 / 49033 | تاريخ الإعلان | 10-09-2025 |
| | | رقم المهمة | 2025 / 429935 |

## إعلان بموعد جلسة مرئية [توجيه وإصلاح أسري]

في الحالة رقم: 491 / 2025 / 702 - حالات زوجية غير مسلمين

المنظورة في: دائرة الاصلاح والتوجيه 7 رقم 707

موضوع الحالة:
1- الطلاق
2- الحضانة
3- عدم نقل الأطفال خارج دولة الإمارات العربية المتحدة دون موافقة الأب
4-الولاية
5-الاحتفاظ بأصول جوازات سفر الأبناء
6-احتياطياً الرؤية

المستدعى: بارنيكا اديتيا بيرليا

عنوانه: الإمارات-إمارة دبي-البرشاء الاولى - بر دبي - دبي - 0501207688

المطلوب إعلانه: اديتيا برليا

الصفة: مستدعي

عنوانه: الإمارات-إمارة دبي-بر دبي - دبي - 0504628302 - aberlia@gmail.com

موضوع الإعلان: نعلنكم بأنه حددت لكم جلسة لدى قسم التوجيه والإصلاح الأسري وذلك يوم الاثنين الموافق 06-10-2025 الساعة 08:30 صباحا للتباحث حول الملف المذكور أعلاه؛ علماً بأن الجلسة تُعقد عن بُعد عبر برنامج MS Teams للوصول للجلسة يرجى الضغط على الرابط https://tinyurl.com/2p8mr4ry ومن ثم إدخال رقم الحالة والضغط على بحث ومن ثم علامة الفيديو.

وسيلة التبليغ: رسالة نصية قصيرة (SMS)

- للإطلاع على تفاصيل الدعوى واللوائح والمذكرات وتقديم الدفاع والطلبات لابد من استخدام خدمات محاكم دبي الالكترونية والذكية. للاشتراك يرجى الضغط على الرابط.

إعداد: علياء خليفه الكتبي    تاريخ الإعتماد: 10-09-2025 12:08:07

مكاني makan 3089993465
EXPO 2020 DUBAI, UNITED ARAB EMIRATES إكسبو 2020 دبي الإمارات العربية المتحدة
+971 4 3347777 info@dc.gov.ae DubaiCourts 0563347777

وردكرافت للترجمة القانونية
WORDCRAFT LEGAL TRANSLATION
REG. NO. 700
ANTAR BITAT
رقم القيد ٧٠٠
عنتر بيطاط
مترجم قانوني محلف معتمد من وزارة العدل - إ.ع.م
إنجليزي - عربي وبالعكس
SWORN LEGAL TRANSLATOR
CERTIFIED BY MINISTRY OF JUSTICE, U.A.E
ENGLISH-ARABIC & VICE VERSA
Tel.: +971 4 239 6363

حكومـــة دبـــي
GOVERNMENT OF DUBAI

محاكـم دبـــي
DUBAI COURTS

## نتيجة المهام

| | | | |
|---|---|---|---|
| رقم المهمة | 2025/429935 | المُعلِن | علياء خليفه الكتبي |
| تفاصيل العنوان | الإمارات-إمارة دبي-بر دبي - دبي | الهاتف المتحرك | 0504628302 |
| البريد الالكتروني | aberlia@gmail.com | نتيجة التبليغ | تم الاعلان بواسطة الرسائل النصية الهاتفية على الهاتف المحمول |

وسيلة الإعلان رسالة نصية قصيرة (SMS)

نوع النتيجة تم الاعلان بواسطة الرسائل النصية الهاتفية على الهاتف المحمول

تاريخ نتيجة الإعلان 2025-09-10 14:30:25

محضر التبليغ رسالة نصية من قبل النظام

ملاحظات تم الإرسال من قبل النظام

ووردكرافت للترجمة القانونية
WORDCRAFT LEGAL TRANSLATION
REG. NO.: 700 رقم القيد: ٧٠٠
ANTAR BITAT عنتر بيطاط
مترجم قانوني محلف معتمد من وزارة العدل - إ.ع.م
إنجليزي - عربي وبالعكس
SWORN LEGAL TRANSLATOR
CERTIFIED BY MINISTRY OF JUSTICE, U.A.E
ENGLISH-ARABIC & VICE VERSA
Tel.: +971 4 239 6262



وردكرافت للترجمة القانونية
WORDCRAFT LEGAL TRANSLATION
REG. NO.: 700 رقم القيد ٧٠٠
ANTAR BITAT عنتر بيطاط
مترجم قانوني محلف معتمد من وزارة العدل- إ ع م
إنجليزي- عربي وبالعكس
SWORN LEGAL TRANSLATOR
CERTIFIED BY MINISTRY OF JUSTICE, U.A.E
ENGLISH-ARABIC & VICE VERSA
Tel.: +971 4 239 6262