# EXHIBIT A-7

Discord Website / Channel "What Lovers Do"


What lovers do ›
Search
No words left unsaid
# cant-get-enough-of-you
# love-notes
Spoken from the heart
# making-music-together
Waiting to hear your voice
expression of our love
# passion-with-pics
# linked-for-u
# funnies
# toys-to-try
# naughty-needs
# foodies-on-the-prowl
RaylaMoon
# cant-get-enough-of-you ›
Simp For Taco 12/05/2024 10:11 PM
Perfect to give you a sponge bath in my nurse outfit
Sponsor My Heart 12/05/2024 10:12 PM
Well cum through
Simp For Taco 12/05/2024 10:12 PM
Message #cant-get-enough-of-you


Mon Dec 9
What lovers do ›
Search
No words left unsaid
# love-notes
# cant-get-enough-of-you
Spoken from the heart
# making-music-together
Waiting to hear your voice
expression of our love
# passion-with-pics
# linked-for-u
# funnies
# toys-to-try
# naughty-needs
# foodies-on-the-prowl
RaylaMoon
# cant-get-enough-of-you ›
Sponsor My Heart
jlostfaith
15 Mutual Friends • 2 Mutual Servers
Message
Voice Call
Video Call
About Me
I stood on the edge of time and called for you. Waiting for the wind to echo back. Will you be there? I'm yours, when will you be mine?
Member Since
Aug 9, 2018 • Sep 24, 2024
Roles
Her Man