# EXHIBIT A-8

Discord Website

Channel Post:

“Disappearing Act”

“So kidnap them”


Faithfully Yours ›
Move to America full time.
RaylaMoon 09/12/2024 9:38 PM
And how would I do that
Faithfully Yours 09/12/2024 9:49 PM
Visa for work green card. Immigration laws for Indians are pretty good.
Or. We could go my way.
RaylaMoon 09/12/2024 9:50 PM
Lol what's your way
Faithfully Yours 09/12/2024 9:50 PM
The magic trick.
Disappearing act
RaylaMoon 09/12/2024 9:50 PM
Oh gosh
Silly goose
Faithfully Yours Visa for work green card. Immigration laws for Indians are pretty good.
RaylaMoon 09/12/2024 9:53 PM
And if I do this I'd still be without my kids
Faithfully Yours 09/12/2024 9:54 PM
Nah
If your kids move to the USA too.
Then they are also protected
Message @Faithfully Yours

•••

**Faithfully Yours ›**

**RaylaMoon** 09/12/2024 9:54 PM
So kidnap them

**Faithfully Yours** 09/12/2024 9:54 PM
Ooooor
Stay married on paper. And get. Ajob in the USA and transfer the kids to the USA schools t
him you are divorced. Quite quit his ass

**RaylaMoon** 09/12/2024 9:56 PM
Not. Possible lol we both have to appear in court to be granted divorce. Ain't no quiet way

**Faithfully Yours** 09/12/2024 9:57 PM
Girl you missed the whole joke
There is something called quite quitting
Where you do just the bare minimum.
So you would still be married by law..
Meaning he could not take the kods
But you would be "Working" lol
In America
Away from his family

**RaylaMoon** 09/12/2024 10:04 PM
Oh
Well. How would I know that lol

September 13, 2024

**Faithfully Yours** 09/13/2024 4:31 AM

35m
s your day t...
1d
e doing okay.
1d
1d
2d
ck anytime
3d
4d
5d
nor.com/view/dog...
aper

Message @Faithfully Yours