# EXHIBIT A-9

Discord Server / Channel

“Body Count”


Faithfully Yours ›
too many names popping up to keep up with.
RaylaMoon 08/28/2024 8:52 PM
I told u there was a guy I talked to and hit it off with both him and his wife
That's him
Faithfully Yours 08/28/2024 8:53 PM
Oh OK
Well he has nothing to worry about.
I'm not going to bother.
If he was truly worried I'll give him the Addy. And we can shoot it out. Texas allows duals
RaylaMoon 08/28/2024 8:53 PM
Anyway he only pops up now and then these days. We don't all that much anymore
Lol hes not serious about that
There's nothing to fight over
Sorry I thought it would give u a chuckle
Faithfully Yours 08/28/2024 8:55 PM
I'm not fighting. I'm open. If you like him and want more go for it. I am not interested in other people. Just you. B
if he thinks I'm an enemy. Just let him know. I'm trained to kill and have a true body count after ten years of military
RaylaMoon 08/28/2024 8:56 PM
No I don't like him or want to go for it. U can tell from my responses. I'm not into him. Just you
Faithfully Yours 08/28/2024 8:56 PM
Message @Faithfully Yours