IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aditya Berlia,<br><br>*Applicant*.<br><br>FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO OBTAIN DISCOVERY IN AID OF FOREIGN PROCEEDINGS | No.: |

**[PROPOSED] ORDER GRANTING MR. ADITYA BERLIA's APPLICATION FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782**

This matter came before the Court on the *Ex Parte* Application of Mr. Aditya Berlia for an Order Pursuant to 28 U.S.C. § 1782 to Obtain Discovery for Use in Foreign Proceedings (the "Application"), in aid of actions pending in the Emirate of Dubai, United Arab Emirates. The Applicant seeks to issue a subpoena for documents and testimony to Discord Inc. (the "Respondent"). In addition to the Application, the Court has considered Applicant's memorandum of law in support of the Application, and the exhibits and declarations attached thereto.

This Court is authorized by 28 U.S.C. § 1782 to order a person to give testimony or produce documents for use in a foreign or international tribunal if: (1) the person from whom discovery is sought resides or is found in the district of the district court to which application is made; (2) the discovery is for use in a proceeding before a foreign or international tribunal; and (3) the application is made by a foreign or international tribunal or an interested person. In determining whether to order such discovery the Court considers the following factors: (1) whether the person from whom discovery is sought is a participant in the foreign or international proceeding; (2) the receptivity of the international tribunal to receiving such evidence; (3) whether the application is an attempt to circumvent proof gathering restrictions; and (4) whether the requested discovery is

unduly intrusive of burdensome. *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241, 264-65 (2004).

This Court has determined that the foregoing factors have been satisfied for issuance of the Order requested. Accordingly, it is hereby Ordered that the Subpoena to Discord Inc. (Exhibit 1) may be issued and served.

Dated: October ___, 2025

______________________________
PRESIDING JUDGE