UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADITYA BERLIA,

Petitioner,

v.

DISCORD INC.,

Respondent.

Case No. 25-mc-80306-LJC

**ORDER RE: EX PARTE APPLICATION FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782**

Re: Dkt. No. 1

Petitioner Aditya Berlia filed an ex parte application for an order pursuant to 28 U.S.C. § 1782 requiring Respondent Discord Inc. (Discord) to produce document and deposition testimony, to be used in a foreign legal proceeding in Dubai, the United Arab Emirates. ECF Nos. 1; 1-2. The Court cannot decide the application without the consent of all parties. *See CPC Pat. Techs. Pty Ltd. v. Apple, Inc.*, 34 F.4th 801, 808 (9th Cir. 2022) (holding that section 1782 applications for discovery are dispositive within the meaning of 28 U.S.C. § 636(b)(1)).

Accordingly, Petitioner shall serve the application and this Order on Discord by no later than November 5, 2025, and file proof of service. Discord shall file any response to the application by no later than November 26, 2025. By the same deadline, the parties shall file either the consent or declination form indicating whether they consent to the jurisdiction of the Magistrate Judge in this matter. The forms are available at http://cand.uscourts.gov/civilforms. Any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences.

//

//

//

United States District Court
Northern District of California

United States District Court
Northern District of California

If the parties do not consent, the case will be randomly assigned to a District Judge of this Court.

**IT IS SO ORDERED.**

Dated: October 22, 2025

LISA J. CISNEROS
United States Magistrate Judge