**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**Aditya Berlia,** CASE NO. : 25-MC-80306-LJC

**vs** ***Petitioner***

**Discord Inc.,**

***Respondent***

## PROOF OF SERVICE

I am not a party herein, am over 18 years of age and reside in the state of Delaware,

That on **10/28/2025** at **11:23 AM** at **1209 Orange Street, Wilmington, DE 19801**

I served a(n) **Order Re: Ex Parte Application for Discovery Pursuant to 28 U.S.C §1782, Ex-Parte Application of Aditya Berlia for an Order Pursuant to 28 U.S.C. §1782 to Obtain Discovery for Use in a Foreign Proceeding with Exhibit 1, Memorandum in Support of Application for an Order Pursuant to 28 U.S.C §1782 to Conduct Discovery for Use in a Foreign Proceeding with Exhibits A to A-9, and (Proposed) Order Granting Mr. Aditya Berlia's Application for Judicial Assistance to 28 U.S.C. §1782**

on **Discord Inc., c/o The Corporation Trust Company, Registered Agent**,

by delivering thereat a true copy of each to **Robin Hutt-Banks, Intake Specialist** personally, who stated that he/she is **authorized to accept service** thereof.

Description Of Person Served Based On Undersigned's Perception:
Gender: Female
Race: Black
Hair: Black
Age: 50 - 65 Yrs.
Height: 5' 4" - 5' 8"
Weight:161-200 Lbs.
Other:

I declare under penalty of perjury that the foregoing is true and correct.

Date: 10/29/25

Lisa Joyner