IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aditya Berlia,<br><br>*Applicant*.<br><br>FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO OBTAIN DISCOVERY IN AID OF FOREIGN PROCEEDINGS | |

**REPLY TO DISCORD INC.'S REPONSE TO APPLICANT ADITYA BERLIA'S APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN A FOREIGN PROCEEDING**

Applicant Aditya Berlia files this Reply to Respondent Discord Inc.'s response opposing Berlia's application under 28 U.S.C. 1782.

The application is not unduly burdensome or intrusive for at least three reasons:

First, Applicant agrees to allow Discord Inc. to produce documents at the courthouse, by agreement on location, or via electronic means, which is the general custom in discovery today, thus the subpoena does not violate Fed. Rule Civ. P. 45(c)(2)(A).

Second, Applicant agrees to tailor the subpoena to specific identifiers, which are: the server "What lovers do"; email address <jlostfaith@yahoo.com>; and phone number (903) 744-5686. This is sufficient information to allow Discord Inc. to comply with the subpoena.

Third, The Stored Communications Act, which Discord Inc. relies upon in part, contains certain exceptions that allow Discord Inc. to produce the requested materials, including when the originator or addressee – in this case, Mr. Godwin – provides his consent. 18 U.S.C.S. § 2702 (b)(3), (c)(2). In this case, the individual related to the server, email address, and telephone number in question is Godwin. Mr. Godwin consents and authorizes Discord Inc. to access the server and

to produce the requested information, as shown by his attached sworn affidavit and deposition testimony.  See Exh. 1, Aff. Godwin (Dec. 16, 2025); Exh. 2, Depo. Tr. at 91:24 – 93:06.

Applicant Aditya Berlia files a Memorandum in Support and declaration simultaneously with this Application.

December 16, 2025.

                                              Respectfully submitted,

                                              CURTIS, MALLET-PREVOST,
                                                COLT & MOSLE LLP

By:   */s/ Eric J. Cassidy*
        Eric J. Cassidy
        Fed. Bar No. 30001
        Tex. Bar No. 24031807
        Two Houston Center
        909 Fannin Street, Suite 3800
        Houston, Texas 77010
        Tel. (713) 331-2456
        Fax: (&13) 759-0712
        ecassidy@curtis.com

*Attorneys for Applicant*

## CERTICATE OF SERVICE

I certify that a copy of this document was served to all parties via the electronic filing system on December 16, 2025, including to:

Olivier Kiefer
ZWILLGEN LAW LLP
369 Pine Street, Suite 506
San Francisco, CA 94104

*Attorneys for Discord Inc.*

                                                */s/ Eric J. Cassidy*
                                                Eric J. Cassidy