CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP
Jerrold L. Bregman
C.A. Bar No. 149896
101 Park Avenue
New York, New York 10178
Tel.: (212) 696-6000
Email: jerry.bregman@curtis.com

Eric J. Cassidy (*pro hace vice* granted)
CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP
Two Houston Center
909 Fannin Street, Ste. 3800
Houston, Texas 77010
Tel.: 759-9555
Fax: (713) 759-0712
Email: ecassidy@curtis.com

*Attorney for Applicant*
*Aditya Berlia*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Aditya Berlia, *Applicant*,<br><br>v.<br><br>Discord Inc., *Respondent*. | Case No. 3:25-MC-80306-LJC<br><br>**APPLICANT'S MOTION TO RESET APRIL 30, 2026 IN-PERSON CONFERENCE** |

Applicant Adiya Berlia requests that the Court reset the Meet and Confer Conference set for April 30, 2026 at 09:00 a.m. in San Francisco, California, at the US District Court, Northern California, at Courtroom G, 15th Floor before Magistrate Judge Lisa J. Cisneros. (Dkt. 26).

The Court issued an Order on April 26, 2026 setting an in-person conference on April 30, 2026. *Id*. Since the Court issued the Order, the parties have exchanged draft stipulations and have held a meeting conferring with one another on the issue. The parties are filing a joint stipulation resolving the issue today, which should moot the need for a conference.

In an abundance of caution, to the extent the Court determines that a conference is still necessary, Applicant requests that the April 30, 2026 conference be reset because Applicant's attorney is scheduled to attend commencement and graduation proceedings for his wife's graduation from the University of Michigan with a Master of Science on April 30, 2026.

Applicant has conferred with Discord Inc., who does not oppose the request. However, Discord Inc.'s attorney is unavailable the week of May 4, 2026 because of a family medical situation.

Accordingly, Applicant requests that, to the extent a stipulation is not agreed upon by the parties, that the in-person conference set for April 30, 2026 be reset for the week of May 11 or for a date and time that is convenient to the Court.

Respectfully submitted,
**CURTIS, MALLET-PREVOST,**
**COLT & MOSLE LLP**

By: */s/ Eric J. Cassidy*
Eric J. Cassidy
Fed. Bar No. 30001
Tex. Bar No. 24031807
Two Houston Center
909 Fannin Street, Suite 3800
Houston, Texas 77010
Tel. (713) 331-2456
Fax: (713) 759-0712
ecassidy@curtis.com
Attorneys for Applicant Aditya Berlia

Dated: April 28, 2026

## SIGNATURE ATTESTATION

I, Jerrold Bregman, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all counsel have concurred in this filing.

Dated: April 28, 2026

/s/ *Jerrold Bregman*
Jerrold Bregman (SBN )

*Attorney for Applicant Aditya Berlia*

**[PROPOSED] ORDER**

**PURSUANT TO THE APPLICANT'S MOTION, IT IS HEREBY ORDERED THAT:**

1. The in-person conference to confer on the issuance of a subpoena set for April 30, 2026 ordered by the Court (Dkt. 26) is reset at the request of Applicant to May __, 2026 at __ a.m./p.m.
2. All other deadlines set in the Court's Order remain the same.

**IT IS SO ORDERED.**

Dated: ________________________________

Honorable Lisa J. Cisneros
United States Magistrate Judge