Oliver M. Kiefer (SBN 332830)
ZwillGen Law LLP
369 Pine Street, Suite 506
San Francisco, CA 94101
Telephone: (415) 590-2335
Facsimile: (202) 706-5298
Oliver.Kiefer@zwillgen.com

*Attorney for Respondent*
*Discord Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Aditya Berlia, *Applicant*,<br><br>v.<br>Discord Inc., *Respondent*. | Case No. 3:25-MC-80306-LJC<br><br>**JOINT STIPULATION AND PROPOSED SUBPOENA ATTACHMENT** |

## JOINT STIPULATION

Applicant Aditya Berlia and Respondent Discord Inc. (collectively, the "Parties"), by and through their respective undersigned counsel, submit this Stipulation pursuant to the Court's April 24, 2026 Order Regarding Status Report (Dkt. 26). The parties hereby stipulate and agree as follows:

**WHEREAS**, on October 6, 2025, Applicant submitted an *ex parte* application pursuant to 28 U.S.C. § 1782 seeking discovery from Respondent in aid of a foreign proceeding;

**WHEREAS**, on November 26, 2025, Respondent opposed the application on grounds that the proposed subpoena was facially overbroad, unduly burdensome, and sought information that Respondent is legally prohibited from disclosing under the Stored Communications Act ("SCA"), 18 U.S.C. §§ 2701–12;

**WHEREAS**, on December 16, 2025, Applicant replied to Respondent's opposition, raising subscriber consent and other possible avenues for resolution;

**WHEREAS**, on December 22, 2025, the Court ordered the parties to meet and confer regarding the possibility of resolving the dispute;

**WHEREAS**, on January 29, 2026, the Court adopted the Parties' stipulation that provided, in part, "[t]hat Respondent will not object, on the grounds of overbreadth or undue burden, to the Court's issuance of a subpoena that seeks only specific categories or items of non-content information and identifies the target account(s) by a valid Discord username or user identification number" and that "Applicant shall submit to the Court any proposed subpoena(s)." (Dkt. 20).

**WHEREAS**, the Court's April 24, 2026 Order directs that, if the parties reached an agreement as to a subpoena that complies with the previous stipulation, "they should submit it promptly with a further stipulation[.]" (Dkt. 26).

**WHEREAS**, the parties agree that the proposed subpoena and attachment submitted herewith as Exhibit A comply with the January 29, 2026 Order, and Discord Inc. will not assert objections to the subpoena and attachment on the grounds of overbreadth or undue burden, with the following clarification: Discord has advised Applicant that the server name "What lovers do"

is not a unique identifier and Discord will be unable to produce records based on that identifier.

**WHEREAS**, the Parties disagree as to the proper method of service, as follows:

1. Applicant Berlia's position is that Applicant Berlia requested that Discord Inc.'s attorneys accept service of the subpoena from Respondent on the date the Court signs an order issuing the subpoena to expedite the production of documents. Discord Inc. refuses to accept service and will require that Applicant formally serve Discord Inc.'s registered agent a second time.
2. Discord's position is that legal process must be served in compliance with applicable law, including 18 U.S.C. § 1782 and Federal Rule of Civil Procedure 45(b).

**WHEREAS**, nothing in this stipulation abrogates the terms of the January 29, 2026 Order. Applicant expressly reserves the right to submit to the Court additional subpoena(s) that comply with the January 29, 2026 Order.

**NOW, THEREFORE, THE PARTIES STIPULATE AND REQUEST**, through their respective counsel, and subject to the Court's approval, that the Court issue the proposed subpoena.

**IT IS SO STIPULATED.**

Dated: April 29, 2026

Respectfully submitted,

**CURTIS, MALLET-PREVOST, COLT & MOSLE LLP**

By: <u>*/s/ Eric J. Cassidy*</u>
Eric J. Cassidy
Fed. Bar No. 30001
Tex. Bar No. 24031807
Two Houston Center
909 Fannin Street, Suite 3800
Houston, Texas 77010
Tel. (713) 331-2456
Fax: (713) 759-0712
ecassidy@curtis.com
Attorneys for Applicant

Dated: April 29, 2026

**ZWILLGEN LAW LLP**

By: /s/ *Oliver M. Kiefer*
Oliver M. Kiefer (SBN 332830)
ZwillGen Law LLP
369 Pine Street, Suite 506
San Francisco, CA 94101
Telephone: (415) 590-2335
Facsimile: (202) 706-5298

*Attorney for Respondent*
*Discord Inc.*

**SIGNATURE ATTESTATION**

I, Oliver M. Kiefer, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all counsel have concurred in this filing.

Dated: April 29, 2026

/s/ *Oliver M. Kiefer*
Oliver M. Kiefer (SBN 332830)
Oliver.Kiefer@zwillgen.com

*Attorney for Respondent*
*Discord Inc.*

**[PROPOSED] ORDER**

**PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY ORDERED THAT:**

1. The proposed subpoena submitted as Exhibit A is consistent with the Court's January 29, 2026 Order (Dkt. 20).
2. The Clerk of Court is authorized to issue the proposed subpoena.

**IT IS SO ORDERED.**

Dated:

_______________________________
Honorable Lisa J. Cisneros
United States Magistrate Judge