**From:** Laura-Kate Bernstein <Laura-Kate@zwillgen.com>
**Sent:** Friday, January 16, 2026 2:06 PM
**To:** Cassidy, Eric <ecassidy@curtis.com>
**Subject:** Re: Case No. 3;25-mc-80306-LJC: In re Discord Inc.

*****EXTERNAL EMAIL*****

Discord can produce the data requested in the consent affidavit - but note, that affidavit does not include consent for all subscriber records; it appears to be limited to information about a single server from his account. So what you could do is either (1) get a second affidavit that includes consent for all non-content; or (2) get the subpoena for the non-content data you want. (Or (3), have Godwin pull his own data, but it sounds like that route doesn't work for you?).

Discord will need the consent affidavit to come from the email address associated with the Discord account.

Would that work for what you need? We could stipulate that Discord will not oppose a subpoena for non-content (that identifies an account by unique identifier) and that the parties have reached an agreement regarding records produced per Godwin's consent.

**From:** Cassidy, Eric <ecassidy@curtis.com>
**Date:** Friday, January 16, 2026 at 12:06 PM
**To:** Laura-Kate Bernstein <Laura-Kate@zwillgen.com>
**Subject:** RE: Case No. 3;25-mc-80306-LJC: In re Discord Inc.

We would like that.

Given Godwin's consent, I'd assume Discord would be willing to provide the content related to him specifically. Is that correct? Would metadata be included? And what does "customer support records" include?

**Eric J. Cassidy**
Curtis, Mallet-Prevost, Colt & Mosle LLP
M: (832) 331-6778 / D: (713) 331-2456

**From:** Laura-Kate Bernstein <Laura-Kate@zwillgen.com>
**Sent:** Friday, January 16, 2026 11:58 AM
**To:** Cassidy, Eric <ecassidy@curtis.com>
**Subject:** Re: Case No. 3;25-mc-80306-LJC: In re Discord Inc.

*****EXTERNAL EMAIL*****

Non-content would include basic subscriber records (name, username, email address, phone number, service start/end date), customer support records, and transactional records (session start times, IP addresses, etc.).

I can send over a proposed joint letter and stipulation for your review if that would be helpful.

**Laura-Kate Bernstein**
**Legal Director | ZwillGen**
+1 (202) 706-5252 | she, her, hers
zwillgen.com | X | LinkedIn

**From:** Cassidy, Eric <ecassidy@curtis.com>
**Date:** Friday, January 16, 2026 at 11:51 AM
**To:** Laura-Kate Bernstein <Laura-Kate@zwillgen.com>
**Subject:** RE: Case No. 3;25-mc-80306-LJC: In re Discord Inc.

External Sender - From: ("Cassidy, Eric" <ecassidy@curtis.com>) Learn More
This message came from outside your organization.

Laura-Kate,

When you say non-content, what exactly do you mean? What kind of information would that produce? Information about users, metadata…?

Godwin has given us his permission to access the servers he used and provided a sworn affidavit to that end.

But, in general, we are interested in working out a solution and stipulation, depending on its terms (and what it means), would work for us.

**Eric J. Cassidy**
Curtis, Mallet-Prevost, Colt & Mosle LLP
M: (832) 331-6778 / D: (713) 331-2456

**From:** Laura-Kate Bernstein <Laura-Kate@zwillgen.com>
**Sent:** Thursday, January 15, 2026 10:49 PM
**To:** Cassidy, Eric <ecassidy@curtis.com>
**Subject:** Re: Case No. 3;25-mc-80306-LJC: In re Discord Inc.

*****EXTERNAL EMAIL*****

Hi Eric —

I gave this some more thought today, and I'm not sure it makes sense to continue pushing for court involvement here. Would you be amenable to a stipulation agreeing that the court may authorize a subpoena for non-content information for Discord account(s) identified by unique user ID?

As we discussed, Discord would object to any subpoena for content, and there are alternatives for your witness to obtain content directly from his own account. As you've explained, you're awaiting your witness's consent to proceed, but Discord has no role in that process. From our end, we'd like to get this resolved and behind us.

Let me know your thoughts - thanks!

Best,
Laura-Kate

**Laura-Kate Bernstein**
**Legal Director | ZwillGen**
+1 (202) 706-5252 | she, her, hers
zwillgen.com | X | LinkedIn