**From:** Laura-Kate Bernstein <Laura-Kate@zwillgen.com>
**Sent:** Friday, February 6, 2026 2:05 PM
**To:** Cassidy, Eric <ecassidy@curtis.com>
**Subject:** Re: Case No. 3:25-MC-80306-LJC: In re Berlia (Discord Inc.)

*****EXTERNAL EMAIL*****

Thanks for sending - "what lovers do" is not an identifier that Discord can search (they'd need a unique server ID). If you list Godwin's email/phone as the identifiers, the list of documents you requested covers any records about servers associated with his account.

That's the only change I'd still recommend - otherwise looks good.

I know the compliance team is slammed - I will flag that this is coming in, but they may ultimately for an extension.

Have a nice weekend!

LK

**Laura-Kate Bernstein**
**Legal Director | ZwillGen**
+1 (202) 706-5252 | she, her, hers
zwillgen.com | X | LinkedIn