AFFIDAVIT OF JEFFREY GODWIN

STATE OF TEXAS §
§
COUNTY OF COLLIN §

BEFORE ME, the undersigned authority, on this day personally appeared JEFFREY GODWIN ("Affiant"), who, being by me duly sworn, upon oath stated as follows:

I. IDENTITY AND PURPOSE

1. My name is Jeffrey Godwin. I am over the age of eighteen (18), of sound mind, and capable of making this affidavit.
2. At all relevant times, I resided at 106 Pecan Street, Blue Ridge, Texas 75424.
3. I am a veteran of the United States Army with approximately ten (10) years of service, including combat deployments. I am the father of five children. I am currently a student pursuing a master's degree in cybersecurity.
4. I make this affidavit voluntarily to set forth truthful facts regarding (a) my relationship with Parnika Berlia and (b) conduct involving her minor children that I personally observed or that she personally communicated to me. (c) Exhibit A
5. I am not making this affidavit to harass or harm Parnika Berlia. I am providing these facts because they relate to the safety and privacy of minor children.

II. INITIAL CONTACT AND ONLINE RELATIONSHIP

6. I met Parnika Berlia online in the middle of 2024 through a gaming platform known as Last War.
7. Our initial communications occurred in group chats related to the game.
8. By approximately late summer 2024, our communications moved to Discord, including both group chats and private chats.
9. Over time, the relationship developed into a romantic and sexual relationship over multiple platforms including Discord and Lovesense.
10. The relationship continued until approximately August 2025.
11. During much of the relationship, we communicated daily, often for one (1) to three (3) hours per day, by text, pictures, and at times by voice and video.

III. MARITAL STATUS AND REPRESENTATIONS

13. During the relationship, I understood that Parnika Berlia was married.

14. Parnika Berlia discussed her marriage with me, including conflicts with her husband's family.

15. Parnika Berlia represented to me that she was polyamorous and was seeking an open marriage meaning a marriage that would permit her to engage in sexual relationships with multiple partners concurrently. She further represented that her husband was not agreeable to this arrangement.

16. I practice ethical non-monogamy (polyamory), which I explained to her as requiring honesty, transparency, and consent among all involved parties.

17. I operated under the belief that I was her primary relationship outside her marriage. I later learned she was maintaining simultaneous sexual relationships with multiple other individuals.

18. I never communicated directly with Parnika Berlia's husband.

## IV. ONLINE SEXUAL CONDUCT (INCLUDING REMOTE-CONTROLLED SEX TOYS)

19. Parnika Berlia and I communicated in multiple Discord spaces including a private Discord server titled **"What Lovers Do,"** including a sub-chat titled **"Can't Get Enough of You."**

20. Our relationship included sexual conversations ("sexting"), and the exchange of sexually explicit pictures, messages, videos and other content.

21. Periodically we also engaged in live sexual activity by video, including mutual masturbation.

22. Parnika Berlia introduced me to app-controlled sexual devices (remote-controlled sex toys, including a remote-controlled dildo/vibrator) that allow one person to control a device used by another person. She permitted me to remotely control the device during online sexual activity, but the majority of the time she controlled them on herself.

23. While I remotely controlled such devices on her, I did not appeal to me, and I avoided making it a regular practice.

24. Parnika Berlia discussed and shared explicit sexual topics with me, including "anal training."

25. Parnika Berlia later disclosed to me that certain sexual activities she discussed (including "anal training") were conducted with a man she identified as "Adam/Dom" whom I do not know, not her husband.

## V. ADULT-CONTENT DISCORD GROUPS ADMINISTERED BY PARNIKA BERLIA

27. During this time, Parnika Berlia founded and administered Discord groups or channels dedicated to adult posting self-pornographic, sexual and exhibitionist content.

28. I personally observed Parnika Berlia post pornographic sexually explicit images and videos of herself in Discord. I also observed her live-stream pornographic explicit content, including while showering, in Discord spaces.

29. Parnika Berlia initially described some of these spaces as small and private. Over time, I observed that membership expanded significantly, to approximately ninety (19) or more people.

30. As the groups expanded to include numerous unverified individuals, I became concerned about being in a group with large groups of strangers.

31. For those reasons and other reasons, I voluntarily left those adult-content groups. To my knowledge, Parnika Berlia remained a leader and administrator after I left.

## VI. MINOR CHILDREN: SHARING OF IMAGES/INFORMATION AND CHILD SAFETY CONCERNS

32. While participating in Discord servers and chats, I personally observed Parnika Berlia share images and information regarding her minor children in the "Boo Chat."

33. I also personally observed Parnika Berlia share images of other people's children (such as children from school or events) in Discord spaces again in the "Boo Chat."

34. Some of the servers, groups and spaces where these images were shared included large groups of unverified individuals.

35. Parnika Berlia asked me at one point to delete images of children from one of these groups, indicating concern about strangers having access to them.

36. I later observed that she continued sharing images and information about her children in Discord spaces and Boo Chat after that request.

37. Parnika Berlia shared private medical information and medical images relating to her children in Discord chats.

38. I acknowledge that sharing a child's private medical information or medical images in online chats is inappropriate and can place a child's privacy and safety at risk.

39. During live streams interactions, Parnika Berlia's children entered the room and interacted with me, knowing me by my username "Taco." However, I had my screen blocked where they could not see me.

40. During video calls, I observed Parnika Berlia frequently vape, and observed a photo vaping in front of her children. I advised her against vaping in front of them.

VII. ADDRESS AND GIFTS

42. Parnika Berlia provided me with her home address in Dubai.

43. I sent Parnika Berlia two (2) gifts using that address.

VIII. DISCUSSIONS ABOUT REMOVING THE CHILDREN / "KIDNAP" STATEMENT

45. In private chats, Parnika Berlia discussed wanting to leave her husband's family and discussed moving to the United States and finding ways to take the children with her.

46. During one conversation about her moving to the United States, Parnika Berlia stated, "So kidnap them," referring to her children.

47. At the time, I treated that statement as banter.

48. In or around August 2025, Parnika Berlia contacted me while intoxicated and upset, claiming her husband had taken the children and passports.

49. I later learned that the courts had put a travel ban on the children due to removal risk.

50. I understand that communications discussing "kidnapping" or removing children from their location could reasonably be viewed by a parent or a court as alarming or as evidence of an intent to evade lawful custody or travel restrictions, even though I had no intention to participate.

IX. RECORDS, EXHIBITS, AND DELETION

51. I recognize screenshots and chat records previously shown to me (including those identified as Exhibit A in this matter) as true and accurate representations of chats in which I participated.

52. The username "Rayla Moon" and "simp for Taco" referred to Parnika Berlia. I used usernames including "Faithfully Yours," "Taco," and "Sponsor my Heart."

53. After the relationship ended, I deleted chats associated with the relationship.

54. In December 2025, I received a message from Parnika, during the conversation, Parnika stated she had sexual relationships with only ten other men during the same time frame as me. Parnika clarified that she only loved me though. I asked her not to contact me again and blocked her number. She called from either her 646 or 971 phone number.

X. GIRLS ONLY GROUP

55. I am aware Parnika was a participant in a "girls only" chat that also exchanged explicit photos.

XI. VERIFICATION

56. I declare under oath that the foregoing statements are true and correct to the best of my knowledge and belief.

Jeffrey Godwin
Jeffrey Godwin, Affiant

SUBSCRIBED AND SWORN TO BEFORE ME on this 23rd day of December, 20.25

Martha Renae Thorpe, Notary Public
Notary Public, State of Texas
My Commission Expires: 02/10/2029

MARTHA RENAE THORPE
Notary ID #132920701
My Commission Expires
February 10, 2029