**AFFIDAVIT OF ESTEFANIA ORTEGA**

**STATE OF CALIFORNIA** §

BEFORE ME, the undersigned authority, on this day personally appeared **ESTEFANIA ORTEGA** ("Affiant"), who, being by me duly sworn, upon oath stated as follows:

1. My name is **Estefania Ortega**. I am over the age of eighteen (18), mentally competent, and legally capable of making this sworn statement. I provide this affidavit voluntarily and based on my personal knowledge and direct observations.
2. During all relevant times described in this affidavit, I resided in **Redwood City, California, United States of America**.
3. This affidavit is submitted to truthfully describe:
   a. My communications and relationship with the individual using the online name "Rayla Moon" I later learned her name as **Parnika Berlia.** Hereinafter, "Parnika"
   b. Her repeated and extreme engagement in explicit pornographic sexual behavior conducted online; and
   c. Her unsafe and inappropriate sharing of images of minor children, including her own children, within environments where sexual content was being exchanged.
   d. Exhibit A consists of screenshots and digital records of online communications that I personally retained.
4. I first became acquainted with the individual known as "Rayla Moon" in approximately the middle of 2024 through an online game known as Last War.
5. Initial interactions occurred in public group chats related to the game. From an early stage, Parnika frequently redirected discussions away from the game and toward explicit sexual topics.
6. By approximately late Summer 2024, communications moved to the Discord platform, including:
   1. Large mixed-gender group servers;
   2. The "Boo" discord Chat
   3. A private group identified as a "girls only" chat; and
   4. Direct private messages.
7. Across all communication platforms, Parnika displayed a persistent and uncontrolled pattern of sexualized behavior. Conversations routinely became sexual regardless of context, participants, or setting.

8. Parnika repeatedly described explicit pornographic sexual acts, sexual fantasies, and sexual behavior she desired or claimed to have engaged in. These descriptions were detailed, deliberate, and intended to provoke sexual interest and attention from others.

9. She openly discussed sexual relationships with multiple individuals, including both men and women, and consistently attempted to involve others in sexual dialogue.

10. Within a "girls only" group chat, Parnika discussed same-sex (lesbian) sexual relationships and encouraged sexually explicit discussion, online sexual acts, and the sharing of pornographic selfies and videos among participants.

11. Parnika frequently shared pornographic explicit photographs, streams, and videos of herself, including images designed to displaying her body in a pornographic manner, images and videos involving nudity, sex lingerie, sexual poses / acts.

12. I personally witnessed more than 100+ of these shared in the groups.

13. Many of these images of herself were intentionally deleted shortly after posting or shared using features that automatically removed the images after viewing, indicating awareness that the content was inappropriate or risky.

14. Of serious concern, Parnika shared photographs of her minor children in the same online chat groups and servers where explicit sexual conversations and sexually explicit images were actively being exchanged.

15. These images included photographs of her children wearing swimming clothes, school uniforms, images taken in school-related environments, and personal family photographs.

16. Parnika also shared photographs of other minor children, identified as classmates or children associated with her children's school. These images of minors were shared with adult individuals, many of whom were strangers and were actively participating in sexual discussions or exchanging explicit images.

17. The coexistence of pornographic sexual material and images of children within the same online spaces created a highly unsafe environment and demonstrated reckless disregard for the safety, privacy, and protection of minors.

18. At no time did Parnika express concern regarding the possible misuse of these images or the risks posed to the children depicted.

19. Parnika informed me that she was a founder, administrator and active participant in Discord servers dedicated to pornographic sexual content, including servers where users shared, viewed, and evaluated explicit images and videos of themselves.

20. Parnika stated she engaged in sex acts, sexualized communications and pornographic acts with numerous male individuals connected to the gaming community.

21. Based on my direct observations, approximately ninety percent (90%) of Parnika's interactions with male participants involved sexual discussion or sexual imagery.

22. Based on her online interactions and communications Parnika frequently spent more than 12+ hrs on these channels, gaming communities and other spaces.

23. Based on my direct observations and interactions she intermingled these online pornographic sexual experiences with her home life with her children around her during her activities.

24. Parnika also made repeated statements indicating emotional instability, including statements about her suicide attempts. Feeling trapped, believing she would not be missed if she disappeared.

25. Parnika also shared intimate details about her children and family life. Including details of her their medical issues, pictures from hospital, and other sensitive private topics within these groups.

PLEASE SI
ACKNOWLEDC
FROM NO

26. I have located records from one of the "girls only" group chat dated approximately August 18, 2024 through September 28, 2024, as well as direct messages exchanged with Parnika. I provided screenshots these materials. (Exhibit A)

27. This "girls only" group chat included myself, Parnika, and others.

28. My final communication with Parnika occurred approximately six months prior to the date of this affidavit, after which she ceased contact and left the online gaming community.

29. I declare under penalty of perjury under the laws of the State of California, United States of America, that the foregoing statements are true and correct to the best of my knowledge.

**Executed on:** 12/23/25
**Date:** 12/23/25
**Signature:** [signature]
**Estefania Ortega**

PLEASE SEE ATTACHED
ACKNOWLEDGMENT OR JURAT
FROM NOTARY PUBLIC

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of San Mateo

Subscribed and sworn to (or affirmed) before me on this 23rd day of December, 2025, by Estefania Ortega, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

E ATTACHED
MENT OR JURAT
ARY PUBLIC

JASON JAVIER ESCOBEDO
COMM. # 2514530
NOTARY PUBLIC • CALIFORNIA
SAN MATEO COUNTY
Comm. Exp. MAR. 16, 2029
MGC1

(Seal) Signature ____________

# EXHIBIT A

E.O

9:51 98

deleted_user_...

Deleted User 9/7/24, 9:58 AM

Nah I don't really serve a purpose anymore all I do now is clash with everyone

Plus taco still hasn't said a word to me. So whatever



❤️ 1

**HarleyQueen** 9/7/24, 9:59 AM

But if you leave things will start going south again

Message @delet...

Intials ______ ED

9:57

deleted_user_...

aren't in it, I would change it




**HarleyQueen** 11/5/24, 8:36 AM
Why is he so romantic 😭😭
Omg taco really is such a sweetheart

**Deleted User** 11/5/24, 9:01 AM
I don't even understand how he does this

**Deleted User** 11/5/24, 6:53 PM
OMG he did not just tell the whole wc he

Message @delet...

Intials E.O

9:56

deleted_user_... >



November 5, 2024

**Deleted User** 11/5/24, 7:32 AM
Babe?

**HarleyQueen** 11/5/24, 8:18 AM
I'm so sorry love I've had some crazy busy days
But you look good nonetheless. I wish I could lose weight so easily

**Deleted User** 11/5/24, 8:18 AM
You don't need to lose any wtf
You are pure goddess level

**HarleyQueen** 11/5/24, 8:19 AM
My PCOS makes it impossible to lose. I just gain it lol

**Deleted User** 11/5/24, 8:19 AM
I have the same

Message @delet...

Intials E.C

9:56

deleted_user_... >

Sooo lazyyyy



Went to circus show with the kiddos and they picked me to be on stage 🙈🙈 after I deliberately avoided eye contact too lol

**HarleyQueen** 10/19/24, 1:30 PM

Omg but you a hot momma I would have picked you too

October 20, 2024

**Deleted User** 10/20/24, 1:33 AM

Message @delet...

Intials E-O

9:59 98

deleted_user_... >

**Deleted User** 3/10/25, 5:35 PM

🥺

March 11, 2025

**Deleted User** 3/11/25, 4:47 AM

I miss you

**HarleyQueen** 3/11/25, 3:15 PM

I miss you too love

We are close to merge so I've been so busy with that

**Deleted User** 3/11/25, 7:32 PM

Yeah you said. I still miss you

March 12, 2025

**Deleted User** 3/12/25, 5:45 AM



Message @delet...

Intials E.G

9:56 98

deleted_user_... >



I did makeup today...

**HarleyQueen** 10/19/24, 8:34 AM
Omg you did good!!!
You made your eyes pop ❤️

**Deleted User** 10/19/24, 8:43 AM
Hehe thanks. I only did some eye liner, water ljne, and lipstick 🤣
Sooo lazyyyy

Message @delet...

Intials E.O

9:58 98

deleted_user_...

**HarleyQueen** 11/9/24, 8:46 AM
I just wished him a good morning. I don't have the energy to do this today tbh. I've been too drained these past days

**Deleted User** 11/9/24, 8:46 AM
Taco didn't talk to me much today either

**HarleyQueen** 11/9/24, 8:46 AM
Taco was busy with the war thing from what I know though

**Deleted User** 11/9/24, 8:47 AM
So I just left him a message saying I miss you and love you.

HarleyQueen Taco was busy with the war thing from what I know though

**Deleted User** 11/9/24, 8:47 AM
He has his military ball this weekend

But the point was he just loved that I did that because it showed him I was thinking of him even tho we didn't talk

Nothing loaded behind it. Just a simple declaration of how I feel.

But also. It did bother me.

**HarleyQueen** 11/9/24, 8:49 AM
I do this all the time though 💀 when he's
I always tell him that I miss him and I love

Message @delet...

Intials E.O

9:59 98

deleted_user_... >



March 14, 2025

**Deleted User** 3/14/25, 4:43 AM

Love you hun

**HarleyQueen** 3/14/25, 1:05 PM

Omg they look so cute in those gorgeous outfits!!!

They're growing too fast 😭😭😭

I love you and miss you my doll

**Deleted User** 3/14/25, 6:45 PM

Can you tell chance to be my friend again? I

Message @delet...

Intials E.G

9:56 98

deleted_user_... >

Super rare. Full makeup. I think I did pretty well with the eye shadow lol

**HarleyQueen** 10/28/24, 1:26 PM
You did good! I do love the eyeshadow it makes it look so much more natural

**Deleted User** 10/28/24, 8:13 PM
Thankyou!!





❤️ 1

You saying I did good is like praise from the queen lol

October 29, 2024

**HarleyQueen** 10/29/24, 4:49 PM
Rayla omg!! You are so gorgeous! Those light colors look amazing on you

**Deleted User** 10/29/24, 6:52 PM

Message @delet...

Intials E.O

9:58 98

deleted_user_...

**HarleyQueen** 11/9/24, 8:55 AM
Are you going to bring it up to him?

**Deleted User** 11/9/24, 8:55 AM
I don't know
One of the things that works well for us is we give each other space too
I think just with the fact he said he's gonna come see me
I'm getting all in my head
I'm terrified he won't like what he sees

**HarleyQueen** 11/9/24, 8:57 AM
Rayla he loves you. He speaks so highly of you and admires all of you. He's a true man

**Deleted User** 11/9/24, 8:57 AM
But he still hasn't met me in person
I look better in pics

**HarleyQueen** 11/9/24, 8:58 AM
He has video chatted you before though
I look better in pics too trust me
When I video chat Chance I actually rarely wear makeup and he sees me

**Deleted User** 11/9/24, 8:59 AM
Yeah I don't wear makeup either. And taco
stares... He picks up every detail
So without the blurriness of a camera, it's

Message @delet...

Intials EO

9:58 98

deleted_user_... >

Yeah I don't wear makeup either. And taco like stares... He picks up every detail

So without the blurriness of a camera, it's gonna be full HD lol

Absolutely no hiding

Also it turns out hotels are way too expensive so he's gonna stay with me for those 2 days

I'm freaking the fuck out

November 10, 2024

**Deleted User** 11/10/24, 6:22 AM

Girl I need you

**HarleyQueen** 11/10/24, 9:13 AM

I'm so sorry I just woke up

Are you okay

**Deleted User** 11/10/24, 9:13 AM

I'm okay I'm just freaking out about meeting him

**HarleyQueen** 11/10/24, 9:14 AM

When is he going again?

**Deleted User** 11/10/24, 9:15 AM

There is time it's a month from now

But I'm obsessing

**HarleyQueen** 11/10/24, 9:15 AM

Take it day by day. You will only stress yourself

Message @delet...

Intials

9:58 98

deleted_user_...

February 6, 2025

**HarleyQueen** 2/6/25, 8:46 AM
I don't use that app 🥲

**Deleted User** 2/6/25, 10:13 AM
Oh no. Telegram? I can't keep discord on my phone for long

**HarleyQueen** 2/6/25, 4:59 PM
Omg 🥲 I don't use anything outside of this app
Let me check to see if I can get whats app

**Deleted User** 2/6/25, 6:44 PM
Yay

February 7, 2025

**Deleted User** 2/7/25, 10:37 PM
Miss you girl

February 8, 2025

**HarleyQueen** 2/8/25, 12:05 PM
Send me your number for what's app

**Deleted User** 2/8/25, 2:31 PM
+971501207688

February 9, 2025

**HarleyQueen** 2/9/25, 10:51 AM

Message @delet...

Intials E.O

9:57 98

deleted_user_... >

**HarleyQueen** 11/5/24, 8:25 AM
Being the hopeless romantic I am I would pursue it 😭 but that's just me

**Deleted User** 11/5/24, 8:30 AM
I would if I could
But I'm not single
And niether is he
It's just imagination land lol

**HarleyQueen** 11/5/24, 8:32 AM
One could only wish. I would love to see you two happy in another life time. Sounds like you two were meant to be with each other

**Deleted User** 11/5/24, 8:33 AM
I told him I need to build the teleportation device so I can come see him. He said he will go to the future and come back just to get one. I said, what if you see something about us? And he said - I woild watch that movie over and over. Any ending with you is a good one.
And I said, what if you saw something bad. And he said - if I went to the future and saw you aren't in it, I would change it




Message @delet...

Intials E.O

9:58

deleted_user_...

**HarleyQueen** 12/17/24, 5:07 PM
Rayla 🥺

January 10, 2025

**Deleted User** 1/10/25, 12:55 AM
Hi honey

**Deleted User** 1/10/25, 1:24 AM
I'm sorry I had to disappear

**Deleted User** 1/10/25, 7:49 AM
Hope you've been doing well

February 5, 2025

**Deleted User** 2/5/25, 5:11 AM
Poke poke

**HarleyQueen** 2/5/25, 4:56 PM
Woman where have you been?!

**Deleted User** 2/5/25, 5:39 PM
WhatsApp me darling.

+971501207688

February 6, 2025

**HarleyQueen** 2/6/25, 8:46 AM
I don't use that app 🥲

**Deleted User** 2/6/25, 10:13 AM

Message @delet...

Intials E.O

9:57 98

deleted_user_... >

**HarleyQueen** 11/5/24, 8:22 AM
Tell me tell me

**Deleted User** 11/5/24, 8:23 AM
He wants to put a ring on it
Keep this between us

**HarleyQueen** 11/5/24, 8:23 AM
Tacoooo 😭😭😭😭
Rayls he LOVES you. I have not seen this man talk about anyone the way he talks about you

**Deleted User** 11/5/24, 8:23 AM
He said if we were both single, would I marry him and be the only ones for each other
He literally wants to send me a ring
He asked for my ring size

**HarleyQueen** 11/5/24, 8:24 AM
🥲 omg
How do you feel hun

**Deleted User** 11/5/24, 8:24 AM
It's craaaaazzzyyyyyy
But so romantic
Obv we can't really get married or whatever but the thought is so sweet

**HarleyQueen** 11/5/24, 8:25 AM
Being the hopeless romantic I am I would

Message @delet...

Intials E.O

9:59 98

deleted_user_...

**HarleyQueen** 3/1/25, 2:23 PM
Hey I'm driving you ok?

**Deleted User** 3/1/25, 2:23 PM
Me dryuuuunnkkkk

**HarleyQueen** 3/1/25, 2:24 PM
Omg omg 🤣🤣🤣

**Deleted User** 3/1/25, 2:24 PM
Teeeheeee

**HarleyQueen** 3/1/25, 2:24 PM
Aaahhhh let me finish this phone call

**Deleted User** 3/1/25, 2:24 PM
Okiely dokiely

**Deleted User** 3/1/25, 3:06 PM
Me passinnngggg outtt
When you done with your call mammmmaaaaa

**HarleyQueen** 3/1/25, 3:53 PM
Are you still up?

**Deleted User** 3/1/25, 4:02 PM
Yes maaaammm

March 6, 2025

**Deleted User** 3/6/25, 3:02 AM

Message @delet...

Intials E.O

9:58

deleted_user_...

I was like oop no sex I might be on my period at that time. And he goes, blood doesn't bother me.

**HarleyQueen** 11/10/24, 9:18 AM
Oh course he would say that 🤣

**Deleted User** 11/10/24, 9:18 AM
Lol right!?

**HarleyQueen** 11/10/24, 9:19 AM
He loves you Rayla
But don't over think things now
Take it more like a bliss
It will be worth it to see him and I can assure you that it will be special

**Deleted User** 11/10/24, 9:20 AM
Yes you're right
I'll try
For now I'm dying
Goodnight babe

**HarleyQueen** 11/10/24, 9:20 AM
Goodnight baby girl 🖤

December 17, 2024

**HarleyQueen** 12/17/24, 5:07 PM
Rayla 🥺

Message @delet...

Intials E O

9:46 98

deleted_user_...

**Deleted User** 7/13/24, 12:46 PM

Oh nice. Enjoy your vacation!

I am doing alright I came to new York again for my hubs surgery

Are you doing okay? Taco said you wanted to talk about something

**HarleyQueen** 7/13/24, 12:49 PM

Omg I'm so sorry to hear that love

Omg noooo I have to update you when I come back from vacation

> **HarleyQueen** Omg I'm so sorry to hear that love

**Deleted User** 7/13/24, 12:51 PM

It's okay he will be alright

> **HarleyQueen** Omg noooo I have to update you when I come back from vacation

**Deleted User** 7/13/24, 12:51 PM

I'll be here ❤️

July 19, 2024

**Deleted User** 7/19/24, 12:25 PM

Hi hun

Can we talk

**HarleyQueen** 7/19/24, 12:37 PM

Hey love what's up

**Deleted User** 7/19/24, 12:37 PM

Message @delet...

Intials E.O


9:46
98
deleted_user_...
HarleyQueen 7/19/24, 12:37 PM
Hey love what's up
Deleted User 7/19/24, 12:37 PM
Heyy just wanted to chat real quick
HarleyQueen 7/19/24, 12:39 PM
Yeah I'm here
Deleted User 7/19/24, 12:41 PM
Okay just gimme 5 I'm just in the middle of another chat now
HarleyQueen 7/19/24, 12:41 PM
You're fine love
Call Ended
a minute — 7/19/24, 12:49 PM
HarleyQueen 7/19/24, 12:50 PM
Hang up and call again
Deleted User 7/19/24, 12:50 PM
I can't hear you
Call Ended
14 minutes — 7/19/24, 12:50 PM
July 20, 2024
Message @delet...

Intials E.O

9:49 98

deleted_user_... >

HarleyQueen 8/18/24, 11:46 AM
https://discord.gg/67WevyT8

YOU SENT AN INVITE, BUT...
Invalid Invite
Try sending a new invite!

HarleyQueen 8/18/24, 12:19 PM
Keep this going with him!!! I am laughing so badly behind my phone 🤣

Deleted User 8/18/24, 12:20 PM
Lolll

Deleted User 8/18/24, 2:14 PM
Wanna see what I'm about to send taco

Deleted User 8/18/24, 2:25 PM
@HarleyQueen

HarleyQueen 8/18/24, 2:26 PM
Omg yes pleaseeee
You are so damn perfect!! 😍
Ugh he is gonna love these 🥺❤️

Deleted User 8/18/24, 2:27 PM
I hope so 🙈

HarleyQueen 8/18/24, 2:28 PM
You're so hot I swear

Message @delet...

Intials E.O

9:53

deleted_user_... >

Small private server I made for just me and 4-5 people I really consider my friends so we can just shoot the shit and hang out. No dirty stuff lol

**HarleyQueen** 9/28/24, 7:50 AM
lol thank you Rayla

**Deleted User** 9/28/24, 7:51 AM
Lol welcome. It might be a good server for you and taco to do your cod stream so both chance and I can watch
Plus we could maybe do like movie night together
I'm keeping it very limited
I don't want to just fill it with people
But wanna hear the funniest thing? (edited)

**HarleyQueen** 9/28/24, 7:53 AM
Omg I would love all of that 😭
Yes yes tell me

**Deleted User** 9/28/24, 7:54 AM
The other people in there are dork and jack. Both very very good friends of mine but also both say they love me. Before you and chance joined it was me and them three boys 🤣

**Sponsor My Heart** Today at 5:28 PM
Doesn't jack also wanna fuck you hal
Girl. You just put the 3 people who are in

Message @delet...

Intials E.O

9:53 98

deleted_user_... >

**HarleyQueen** 9/28/24, 7:56 AM
Well we are there now so taco doesn't have anything to worry about

**Deleted User** 9/28/24, 7:56 AM
Yesss
Well he had nothing to worry about before either 🤪
But yes

**HarleyQueen** 9/28/24, 7:57 AM
That's actually a cute comment too. I love this man for you 😭

**Deleted User** 9/28/24, 7:58 AM




Message @delet...

Intials EO

9:50 98

deleted_user_... >

**Deleted User** 8/21/24, 12:20 PM

Lol staahhhpp

Have you seen you?!

**HarleyQueen** 8/21/24, 12:21 PM




**Deleted User** 8/21/24, 12:21 PM

🤣

**HarleyQueen** 8/21/24, 12:21 PM

lol you and kinki my favorites I swear

**Deleted User** 8/21/24, 12:22 PM

Mine too

Message @delet...

Intials E.O

9:56 98

deleted_user_...

**Deleted User** 10/16/24, 9:14 PM

What do you want me to tell her? It seems like she doesn't want problems with you

October 17, 2024

**HarleyQueen** 10/17/24, 3:43 PM

Rayla she called me a cow in front of everyone then said we were making the WC dry like tf 🤣

**Deleted User** 10/17/24, 9:57 PM

She was just joking around with me but I can see how it looks from your perspective

It's upto you. I'm pro peace lol but I won't push you to make up with her if you don't want to

October 19, 2024

**Deleted User** 10/19/24, 8:27 AM



Message @delet...

Intials E.O

9:48 98

deleted_user_...

**Deleted User** 8/16/24, 9:08 AM
I'm glad. U deserve a good guy

**HarleyQueen** 8/16/24, 9:11 AM
Thank you doll ❤️ I appreciate you so much!!!

**Deleted User** 8/16/24, 9:11 AM
And I appreciate u too!! ❤️

**HarleyQueen** 8/16/24, 4:41 PM



Ready when you are

Message @delet...

Intials E-O

9:52 98

deleted_user_... >

**Deleted User** 9/27/24, 8:27 AM

I feel like something shifted in him. He's wanting to spend more time with me. He's being more sweet. He wants to learn more about me, my likes etc. I told him he can pick the next movie we watch and he goes nope. I want to see more of what you like

And this voice call thing for so long, no joke I tried to escape twice LOL

He didn't let me

🙈

I feel like I'm so awkward on calls because I get quiet and self conscious and I worry I'm gonna say something dumb

I like typing. I can fix what I say before I say it LOL

**HarleyQueen** 9/27/24, 8:36 AM

But he loves you or else he wouldn't be there!! He's honestly so sweet

**Deleted User** 9/27/24, 8:36 AM

He really is 😭

I realized something while spending all this time with him

Because of my history. Because of how things are with my hubs. I had kinda forgotten, w loving someone is really like

Message @delet...

Intials G.O

9:51

deleted_user_...

**Deleted User** 9/7/24, 9:53 AM
Heyy

**HarleyQueen** 9/7/24, 9:55 AM
Sorry mamas I'm jumping in every chat trying to catch up
Okay back here again
Do you really want to quit because of the politics and the gameplay?
I agree that a lot has changed
But you're also important to the team

**Deleted User** 9/7/24, 9:58 AM
Nah I don't really serve a purpose anymore all I do now is clash with everyone
Plus taco still hasn't said a word to me. So whatever



Message @delet...

Intials E.O

9:54

deleted_user_...

And then the other AI to make the music and song

I'll send it to him on his birthday

And I was thinking to get him once of those cups that have a heating thing because when we hang out sometimes he has gotten up to go get tea and stuff so it'll keep it warm for him

And also a nice comfy back support for his chair

What you think?

**HarleyQueen** 10/9/24, 9:10 AM

You're so thoughtful 😭

All of that is perfect and he will love it

**Deleted User** 10/9/24, 9:11 AM

Oh and he likes to take baths so I was thinking like a set of bath salts

**HarleyQueen** 10/9/24, 9:12 AM

Im thinking of making Chance a birthday boo basket. And write a personal letter to him. Put in a plush bunny I customized for both, a cologne I loved for him, something for his little, and more fun stuff I find

**Deleted User** 10/9/24, 9:13 AM

That's so sweet!! I love it and I wanna see it when you finish it!!

I think he will really appreciate that

Message @delet...

Intials EO

9:46 98

deleted_user_... >

**Call Ended**
14 minutes — 7/19/24, 12:50 PM

July 20, 2024

**Deleted User** 7/20/24, 8:47 PM
https://discord.com/invite/wJa4GJJs

YOU RECEIVED AN INVITE, BUT...
Invalid Invite
Ask Deleted User for a new invite!

August 1, 2024

**HarleyQueen** 8/1/24, 6:26 AM
You okay with the whole situation earlier?

**Deleted User** 8/1/24, 6:27 AM
Which situation love?

**HarleyQueen** 8/1/24, 6:27 AM
The event thing
I just read the whole convo

**Deleted User** 8/1/24, 6:27 AM
Ah. Im not sure. I understand exactly where russ is coming from (edited)

**HarleyQueen** 8/1/24, 6:28 AM
I do as well but a bunch did end up getting

Message @delet...

Intials E.O

9:53 98

deleted_user_... >



**Deleted User** 10/5/24, 11:25 AM
You look absolutely gorgeous!!

October 7, 2024

**Deleted User** 10/7/24, 12:08 AM
You there?

**HarleyQueen** 10/7/24, 9:37 AM
I am now

**Deleted User** 10/7/24, 9:37 AM

Message @delet...

Intials EO

9:48

deleted_user_...

Ready when you are

**Deleted User** 8/16/24, 4:43 PM
Oh my fucking god
You are an absolute goddess

**HarleyQueen** 8/16/24, 4:44 PM
Let's post!

**Deleted User** 8/16/24, 4:44 PM



Ready

**HarleyQueen** 8/16/24, 4:44 PM
Omg you're the true queen here
Okie go go go

**Deleted User** 8/16/24, 8:19 PM






Message @delet...

Intials EO

9:52 98

deleted_user_... >

**Deleted User** 9/27/24, 8:46 AM
Yeah. Just like how taco helps you with chance, he helps me with taco
I'm so glad u both worked things out honestly

**HarleyQueen** 9/27/24, 8:58 AM
I love this man. And I do want a future with him. He is very special to me

**Deleted User** 9/27/24, 9:03 AM
❤️❤️
I better be invited to the wedding

**HarleyQueen** 9/27/24, 1:52 PM
You and taco would be the first to be invited
❤️

September 28, 2024

**Deleted User** 9/28/24, 3:40 AM
https://discord.gg/eR5kv3g9

YOU RECEIVED AN INVITE, BUT...
**Invalid Invite**
Ask Deleted User for a new invite!

Small private server I made for just me and 4-5 people I really consider my friends so can just shoot the shit and hang out. No d... stuff lol

Message @delet...

Intials E.O

9:51 98+

deleted_user_... >

**Deleted User** 9/6/24, 7:39 PM

Theres multiple reasons I want to

10:40 21%

Areadown >

I'm pretty sure I'm gonna quit

**Areadown**

What's happening rayla? Taco?

**RaylaMoon**

He's still not speaking to me but whatever it's just more than that. I've not been feeling like my way of thinking matches so much with the rest of you anymore.

I feel like everyone is getting more selfish and more impulsive. Not even really thinking things through anymore.

It's no longer bridging fun play style along with overall alliance goals. It's just becoming more and more about who has spent how much money and what privileges they should get for that

It's pointless stupid drama like what happened today

Which was totally no reason to happen

I was out with my kids. And I was ignoring them trying to put out stupid game nonsense like wtf.

Everyone just over reacted. Taking swift action without even thinking. Getting heated. Jumping the gun

This is not how I like doing things

Message ...

**HarleyQueen** 9/6/24, 7:46 PM

Wait taco isn't speaking to you?

September 7, 2024

**Deleted User** 9/7/24, 3:00 AM

Yep.

But like I said it's not about that. Hes mac

me and it's whatever

Message @delet...

Intials E.G

9:51

deleted_user_...

**Deleted User** 9/7/24, 3:00 AM

Yep.

But like I said it's not about that. Hes mad at me and it's whatever

**Deleted User** 9/7/24, 5:20 AM

8:20

Faithfully Yours

Words have value

**RaylaMoon**
But I get. It's fine. I apologized. I use wrong words. I won't butt in again.

**Faithfully Yours**
I think I might quit the game. This is too much.

**RaylaMoon**
I'm quitting.

**RaylaMoon**
I'm home now. I was not able to talk properly before as I was out with the kids

**RaylaMoon**
After today I think I'm going to quit. I don't like the direction everything is going in and I feel like my thinking doesn't agree with anyone anymore. I might not have said things the right way, but you know me well enough to know I would never intentionally try to make you feel like your opinions don't matter or devalue you in any way. Lately I'm just pissing off everyone. I feel like it's best I get out of everyones way.

Message ...

These my last messages to him yesterday evening

**Deleted User** 9/7/24, 9:53 AM

Hey...

Message @delet...

Intials E.O

9:48

deleted_user_... >

**HarleyQueen** 8/13/24, 4:41 PM
Don't feel bad about Russ. He eventually comes around
He does the same to me

**Deleted User** 8/13/24, 4:41 PM
Okay
I anyway apologized

**HarleyQueen** 8/13/24, 9:30 PM
Just leave him be for now doll ❤️

August 15, 2024

**Deleted User** 8/15/24, 2:59 PM
Oh ma lawdddd




Message @delet...

Intials E.O

9:56

deleted_user_... >



I did makeup today...

**HarleyQueen** 10/19/24, 8:34 AM

Omg you did good!!!

You made your eyes pop ❤️

**Deleted User** 10/19/24, 8:43 AM

Hehe thanks. I only did some eye liner, water ljne, and lipstick 🤣

Sooo lazyyyy

Message @delet...

Intials E.O

9:48 98

deleted_user_... >

**Deleted User** 8/16/24, 8:19 PM




Just ordered these lmao

**HarleyQueen** 8/16/24, 8:20 PM
Oh my lawd!!!!!
I love them

**Deleted User** 8/16/24, 8:20 PM
I hope they fit right lol
I'll show u when I try em on

**HarleyQueen** 8/16/24, 8:21 PM
I need to buy more too

**Deleted User** 8/16/24, 8:21 PM
Did I show u the schoolgirl

**HarleyQueen** 8/16/24, 8:21 PM
You did!!!!

**Deleted User** 8/16/24, 8:21 PM

Message @delet...

Intials E.O

9:52

deleted_user_... >

**Deleted User** 9/27/24, 8:00 AM
Thankyou!
And which mascara do you use? All the ones I've tried dry out

**HarleyQueen** 9/27/24, 8:01 AM
I use "better than sex" by too faced

**Deleted User** 9/27/24, 8:02 AM
I'll look for it
But I doubt it's better than sex

**HarleyQueen** 9/27/24, 8:02 AM
It's not but it's my favorite one 🤣

**Deleted User** 9/27/24, 8:08 AM
Lol
Yesterday was a big day for me
I talked to taco for like 6 hours
I never done that

**HarleyQueen** 9/27/24, 8:26 AM
You two have been spending a lot of time together recently! How do you feel

**Deleted User** 9/27/24, 8:27 AM
I feel like something shifted in him. He's wanting to spend more time with me. He's being more sweet. He wants to learn more about me, my likes etc. I told him he can p the next movie we watch and he goes none I

Message @delet...

Intials

9:46

deleted_user_...

**Deleted User** 8/1/24, 6:34 AM
No actually I need to chat with area about russ tbh
He is very smart and has great ideas but he does need to tone it down a bit

**HarleyQueen** 8/1/24, 6:35 AM
Area might tell you what I told him yesterday
He said he needed to consult with you as well

**Deleted User** 8/1/24, 6:36 AM
He did message me yesterday but I was sleeping. Actually I'm not in the best of health myself and I take some meds that sometimes knock me out. And yesterday I went for that eye test that took frickin forever and the doc must've used like every machine on me lol. I came home like I can't see anything!!
So I was super exhausted from that. I stayed up as long as I could then passed out
I'll have a chat with him today

**HarleyQueen** 8/1/24, 6:37 AM
Please take care of your health first. You need to get more rest when you need it
Love ya doll ttyl

**Deleted User** 8/1/24, 6:38 AM
Love ya too. Thankyou so much hun really chat meant a lot to me ❤️

Message @delet...

Intials E.O