**From:** Discord Legal Response Team <legal-response-notice@discordapp.com>
**Sent:** Monday, May 11, 2026 12:14 PM
**To:** Cassidy, Eric <ecassidy@curtis.com>
**Cc:** Laura-Kate Bernstein <Laura-Kate@zwillgen.com>
**Subject:** Discord production - Aditya Berlia v. Discord

*****EXTERNAL EMAIL*****
Dear Mr. Cassidy,

Please find attached Discord's data production pursuant to the subpoena issued to Discord by the United States District Court for the Northern District of California on May 6, 2026.

Sincerely,
Discord Legal Response Team

| | |
|---|---|
| User ID: | 476983958597271552 |
| Username: | faithfully_yours1#0 |
| Email: | jlostfaith@yahoo.com |
| Email verified: | Yes |
| Phone number: | +19037445686 |
| Registration IP: | Not found |
| Registration Time (UTC): | 2018-08-09 05:23:57 |
| Last Seen Time (UTC): | 2026-05-07 10:30:34 |
| Last Seen IP: | 184.92.79.59 |

No session information found.

| | |
|---|---|
| User ID: | 773989491156844615 |
| Username: | harleyqueen650#0 |
| Email: | dulze650@gmail.com |
| Email verified: | Yes |
| Phone number: | Not found |
| Registration IP: | Not found |
| Registration Time (UTC): | 2020-11-05 19:17:54 |
| Last Seen Time (UTC): | 2026-05-07 06:15:03 |
| Last Seen IP: | 172.56.47.130 |

No session information found.

guild_history

| guild_id | deleted_guild |
| --- | --- |
| 868044327564238858 | FALSE |
| 1138660345804771378 | FALSE |
| 1455756039168196787 | FALSE |
| 1273039093474922556 | FALSE |
| 845256990942298113 | FALSE |
| 806137711203319809 | FALSE |
| 839946895233122365 | FALSE |
| 878828390428319764 | FALSE |
| 1138486108716544120 | FALSE |
| 914222562207211520 | FALSE |
| 906146672428613692 | FALSE |
| 1383197141958262864 | FALSE |
| 738009797798133761 | FALSE |
| 413838511104589834 | FALSE |
| 1181952838637723680 | FALSE |
| 747799477657796609 | FALSE |
| 1041461235482382456 | FALSE |
| 270500621403029504 | FALSE |
| 316687565006831626 | FALSE |
| 818848142853931038 | FALSE |
| 552146251605475329 | FALSE |
| 1101214922316189717 | FALSE |
| 856997158321520680 | FALSE |
| 1282077336291905679 | FALSE |
| 926518948206366780 | FALSE |
| 1262192611641262121 | FALSE |
| 1243013673014919249 | FALSE |
| 855659369609166858 | FALSE |
| 1222183098553466880 | FALSE |

| | |
|---|---|
| 478504544129515520 | FALSE |
| 1406204406520615002 | FALSE |
| 370262040323031040 | FALSE |
| 1445430333033156610 | FALSE |
| 1264006458282999918 | FALSE |
| 995312498586693642 | FALSE |
| 1070014494501244938 | FALSE |
| 788952706161049610 | FALSE |
| 686622375386808355 | FALSE |
| 474739462589382667 | FALSE |
| 864121755634237510 | FALSE |
| 892423350591316029 | FALSE |
| 654543221732540456 | FALSE |
| 584776707370909727 | FALSE |
| 900333068261425172 | FALSE |
| 918046959514837052 | FALSE |
| 1351994601447362643 | FALSE |
| 1442360527123648576 | FALSE |
| 835647968475611167 | FALSE |
| 1247721999153762376 | TRUE |
| 1253425775596671156 | TRUE |
| 1054582326664896543 | TRUE |
| 1141188989563437157 | TRUE |
| 673587267062988828 | TRUE |
| 746003066372882532 | TRUE |
| 683118963768819824 | TRUE |
| 673587267062988828 | TRUE |
| 683118963768819824 | TRUE |
| 1264505492567363708 | TRUE |
| 1054681064263647264 | TRUE |
| 683118963768819824 | TRUE |
| 673587267062988828 | TRUE |

| | |
|---|---|
| **1141188989563437157** | TRUE |
| **699232115199574076** | TRUE |
| **1289508699848839271** | TRUE |
| **746003066372882532** | TRUE |
| **493212460430393344** | TRUE |
| **1270555041131925605** | TRUE |
| **772171617190805515** | TRUE |
| **1247721999153762376** | TRUE |
| **1247721999153762376** | TRUE |
| **1181836826240106516** | TRUE |
| **683118963768819824** | TRUE |
| **656521442120171521** | TRUE |
| **656521442120171521** | TRUE |
| **804805434355351564** | TRUE |
| **893228404348973096** | TRUE |
| **1288097684267208734** | TRUE |
| **746003066372882532** | TRUE |
| **1259742848694222921** | TRUE |
| **804805434355351564** | TRUE |
| **699232115199574076** | TRUE |
| **1247721999153762376** | TRUE |
| **493212460430393344** | TRUE |

**CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)**

I, Nathan Beaman, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by Discord Inc. ("Discord"), and my title is Discord Legal Response Analyst. I am qualified to authenticate the records produced to the United States by Discord on May 7th , 2026 (the "Records") because I am familiar with how the Records were created, managed, stored, and retrieved. I state that the Records are true duplicates of the original records in the custody of Discord.

I further state that:

a. The Records were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of Discord, and they were made by Discord as a regular practice; and

b. The Records were generated by Discord electronic process or system that produces an accurate result, to wit:

1. the Records were copied from electronic device(s), storage medium(s), or file(s) in the custody of Discord in a manner to ensure that they are true duplicates of the original records; and

the process or system is regularly verified by Discord, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

[redacted]

Date

Signature