**From:** Laura-Kate Bernstein <Laura-Kate@zwillgen.com>
**Sent:** Wednesday, May 20, 2026 8:49 AM
**To:** Cassidy, Eric <ecassidy@curtis.com>; Oliver Kiefer <oliver.kiefer@zwillgen.com>
**Subject:** Re: Berlia Production

*****EXTERNAL EMAIL*****

Good morning Eric - confirming receipt of your email. I will confer with my client and respond to you shortly.

Thanks,

LK

Laura-Kate Bernstein
Legal Director | ZwillGen

**From:** Cassidy, Eric <ecassidy@curtis.com>
**Date:** Tuesday, May 19, 2026 at 10:55 AM
**To:** Laura-Kate Bernstein <Laura-Kate@zwillgen.com>; Oliver Kiefer <oliver.kiefer@zwillgen.com>
**Subject:** Berlia Production

External Sender - From: ("Cassidy, Eric" <ecassidy@curtis.com>) Learn More
This message came from outside your organization.

I'm writing regarding the Discord production. Without some form of context, the production is generally unintelligible. The documents produced, for example, contain what appears to be Discord code or "shorthand" that requires more information to know if it is responsive. More broadly, please confirm whether all "noncontent" "documents" were produced or, alternatively, please indicate whether more noncontent "documents" exist that were not within the scope of the subpoena?

I'd like to have a short deposition of the Discord records custodian to answer these questions and to provide context and background. I expect the deposition would be no more than 1.5 hours and most likely shorter. Could Discord produce for a deposition either the person who signed the affidavit or someone similar as a records custodian or limited corporate representative? I'd like to arrange something this week. Please let me know Discord's position on a deposition or any alternative means to obtain this information.

Regards,

EJC

**Eric J. Cassidy**
Partner

Curtis, Mallet-Prevost, Colt & Mosle LLP
Two Houston Center
909 Fannin Street, Suite 3800
Houston, Texas 77010-1010
Direct: 713-331-2456
Mobile: 832-331-6778

ecassidy@curtis.com

CURTIS
www.curtis.com