ZwillGen

1900 M Street NW, Suite 250
Washington, DC 20036

**Phone:** +1 (202) 296 3585
**Website:** www.zwillgen.com

Eric Cassidy
Partner
Curtis, Mallet-Prevost, Cole & Mosle LLP
ecassidy@curtis.com
*By email*

May 28, 2026

Dear Eric –

Thank you for your letter dated May 23, 2026.

As previously noted, Discord's May 11 production comprises the responsive records within its possession, custody, or control. For avoidance of doubt, Discord confirms that, after conducting a diligent search, it did not locate any message transaction logs or message deletion logs responsive to the accounts and timeframes identified in the May 6, 2026 subpoena issued by the United States District Court for the Northern District of California.

We appreciate your clarification that your client is not seeking content from Discord. We trust this addresses your questions and consider Discord's compliance with the subpoena complete.

Sincerely,

Laur[redacted]Bernstein
ZwillGen PLLC

cc: Oliver Kiefer