**From:** Cassidy, Eric
**Sent:** Thursday, July 23, 2026 2:37 PM
**To:** 'Laura-Kate Bernstein' <Laura-Kate@zwillgen.com>
**Cc:** 'Oliver Kiefer' <oliver.kiefer@zwillgen.com>
**Subject:** RE: Case No. 3:25-MC-80306-LJC: In re Discord Inc.

Laura-Kate,

On a more basic level, the 5-ages of documents produced, standing alone, provide no information without an explanation or context. The direct question is: what do the records mean? The answer cannot be provided without sworn testimony.

EJC

**Eric J. Cassidy**
Curtis, Mallet-Prevost, Colt & Mosle LLP
M: (832) 331-6778 / D: (713) 331-2456

**From:** Cassidy, Eric
**Sent:** Thursday, July 23, 2026 2:05 PM
**To:** 'Laura-Kate Bernstein' <Laura-Kate@zwillgen.com>
**Cc:** Oliver Kiefer <oliver.kiefer@zwillgen.com>
**Subject:** RE: Case No. 3:25-MC-80306-LJC: In re Discord Inc.

Laura-Kate,

We believe that Discord should have in its possession noncontent documents that were not produced. The request for a custodian of records deposition is to determine if that is in fact the case. We are looking for a statement from Discord stating that all noncontent documents in Discord's possession were produced. In addition to that issue, we are requesting to know the definition and parameters of what Discord considers to be documents are "noncontent" and what documents are "content": the parameters or metrics by which documents are judged noncontent and content; and the search protocol. This information is nonpublic and therefore we cannot determine whether Discord produced all noncontent documents or withheld certain categories of noncontent documents in response to the subpoena. To the extent that any "noncontent" documents were withheld, they should be produced to Berlia.

We will move to compel. However, we are open to reaching an agreement without court intervention.

Regards,

**Eric J. Cassidy**
Curtis, Mallet-Prevost, Colt & Mosle LLP
M: (832) 331-6778 / D: (713) 331-2456

**From:** Laura-Kate Bernstein <Laura-Kate@zwillgen.com>
**Sent:** Thursday, May 28, 2026 4:41 PM
**To:** Cassidy, Eric <ecassidy@curtis.com>
**Cc:** Oliver Kiefer <oliver.kiefer@zwillgen.com>
**Subject:** Re: Case No. 3:25-MC-80306-LJC: In re Discord Inc.

*****EXTERNAL EMAIL*****

Hi Eric -

If you believe there are specific categories of responsive documents that Discord has not produced, please identify them so that we can better understand your position.

My letter earlier today was intended to respond directly to your assertion that the "subpoena should have resulted in Discord producing certain metadata and noncontent materials" but that those materials were "not produced." In response to your assertion, Discord again reviewed its systems to confirm that no responsive records were inadvertently omitted from its May 11 production.

I'm looking at the subpoena again - of the five categories of records requested, Discord identified responsive records for Requests Nos. 1 and 5 and produced those records. Discord's searches did not identify responsive records for Requests Nos. 2, 3, or 4.

Discord has worked cooperatively and in good faith throughout this process, including by responding on expedited timelines and conducting an additional review in response to your concerns. Given that, it would be helpful to understand specifically what records you contend exist that would be the subject of a motion to compel.

Thanks,

LK

Laura-Kate Bernstein
Legal Director | ZwillGen

**From:** Cassidy, Eric <ecassidy@curtis.com>
**Date:** Thursday, May 28, 2026 at 3:52 PM
**To:** Laura-Kate Bernstein <Laura-Kate@zwillgen.com>
**Cc:** Oliver Kiefer <oliver.kiefer@zwillgen.com>
**Subject:** RE: Case No. 3:25-MC-80306-LJC: In re Discord Inc.

External Sender - From: ("Cassidy, Eric" <ecassidy@curtis.com>) [Learn More]
This message came from outside your organization.

Laura-Kate,

In response to your letter, Berlia pursue his motion to compel and for costs.

In addition, you misconstrue the content of my letter. You represented that Berlia would receive all noncontent documents in response to the subpoena. Berlia agreed to that not as a final request, but instead to determine whether a broader scope or "content" documents were necessary. Nothing more.

**Eric J. Cassidy**
Curtis, Mallet-Prevost, Colt & Mosle LLP
M: (832) 331-6778 / D: (713) 331-2456

**From:** Laura-Kate Bernstein <Laura-Kate@zwillgen.com>
**Sent:** Thursday, May 28, 2026 10:32 AM
**To:** Cassidy, Eric <ecassidy@curtis.com>
**Cc:** Oliver Kiefer <oliver.kiefer@zwillgen.com>
**Subject:** Re: Case No. 3:25-MC-80306-LJC: In re Discord Inc.

*****EXTERNAL EMAIL*****
Hi Eric - please see attached.

Best,

LK

Laura-Kate Bernstein
Legal Director | ZwillGen

**From:** Laura-Kate Bernstein <Laura-Kate@zwillgen.com>
**Date:** Tuesday, May 26, 2026 at 3:41 PM
**To:** Cassidy, Eric <ecassidy@curtis.com>
**Cc:** Oliver Kiefer <oliver.kiefer@zwillgen.com>
**Subject:** Re: Case No. 3:25-MC-80306-LJC: In re Discord Inc.
Hi Eric -

Confirming receipt. I see that you requested a response by close of business today. Given the timing, a one-business-day turnaround is unlikely. I understand this is urgent on your end; I am conferring with my client and will respond as soon as possible.

Thank you,

LK

Laura-Kate Bernstein
Legal Director | ZwillGen

**From:** Cassidy, Eric <ecassidy@curtis.com>
**Date:** Friday, May 22, 2026 at 4:45 PM
**To:** Laura-Kate Bernstein <Laura-Kate@zwillgen.com>
**Cc:** Oliver Kiefer <oliver.kiefer@zwillgen.com>
**Subject:** Case No. 3:25-MC-80306-LJC: In re Discord Inc.

External Sender - From: ("Cassidy, Eric" <ecassidy@curtis.com>) Learn More
This message came from outside your organization.

Please see the attached correspondence.

**Eric J. Cassidy**
Curtis, Mallet-Prevost, Colt & Mosle LLP
M: (832) 331-6778 / D: (713) 331-2456