**From:** Cassidy, Eric
**Sent:** Thursday, May 28, 2026 3:52 PM
**To:** 'Laura-Kate Bernstein' <Laura-Kate@zwillgen.com>
**Cc:** Oliver Kiefer <oliver.kiefer@zwillgen.com>
**Subject:** RE: Case No. 3:25-MC-80306-LJC: In re Discord Inc.

Laura-Kate,

In response to your letter, Berlia pursue his motion to compel and for costs.

In addition, you misconstrue the content of my letter. You represented that Berlia would receive all noncontent documents in response to the subpoena. Berlia agreed to that not as a final request, but instead to determine whether a broader scope or "content" documents were necessary. Nothing more.

**Eric J. Cassidy**
Curtis, Mallet-Prevost, Colt & Mosle LLP
M: (832) 331-6778 / D: (713) 331-2456