حكومـــة دبـــي
GOVERNMENT OF DUBAI

# الطلبات الذكية

محاكـم دبــي
DUBAI COURTS

في الدعوى 58/2026/105

SP-573968/2026

## طلب مقابلة القاضي وبيان السبب

58/2026/105 احوال نفس غير مسلمين

| | |
|---|---|
| **الرقم الالكتروني** : 573968 / 2026 | **رقم الطلب** : 8 |
| **تاريخ الطلب الالكتروني** : 08 إبريل 2026 | **تاريخ القرار** : 09 إبريل 2026 |
| **مقدم الطلب** : امل عبد الله سالم سعيد الراشدي | **صفته بالقضية** : وكيل |

## محتوى الطلب

سيادة القاضي ..... المحترم

تحية طيبه وبعد ........

يلتمس مقدم الطلب المدعي (( اديتيا برليا )) التصريح لنا بمخاطبة مركز شرطة بردبي للاستعلام عن البلاغ المقيد ضد المدعي عليها ((بارنيكا اديتيا بيرليا )) والتعميم الصادر بضبطها واحضارها مع التصريح للمدعي بالاستلام والتسلم باليد .
مرفق اثبات الشخصية للمدعي عليها

وتفضلوا بقبول فائق الاحترام و التقدير ........

## القرار

يصرح حسب التعليمات

**التوقيع**
**القاضي/ محمد هاني مختار احمد حسن طه**

CSC105-CY2026-CSN58-DJI3076

* هذا المستند موقع و معتمد إلكترونياً.

ووردكرافت
للترجمة القانونية
WORDCRAFT
LEGAL TRANSLATION

www.wordcraft.ae
info@wordcraft.ae
800 9673

/Logo/
Dubai Police

/Logo/
Government of Dubai

Date: 06 Dhu al-Qi'dah 1447 AH
Corresponding to: April 23, 2026
/Barcode/
Reference: 17509/7/2/2520

His Excellency the Director of Dubai Courts... Respectfully

/After greetings/

**Subject: Case No. 105/2026/58 - Personal Status for Non-Muslims**

With reference to your letter No. 14/04/2026 dated April 14, 2026, regarding the above subject,

Bur Dubai Police Station extends its warmest greetings and wishes you continued progress and prosperity. We wish to inform you that a background check has been conducted on Ms. Parnika Aditya Berlia, a national of Malta. We are attaching herewith her criminal record, which details the numbers of reports and circulars associated with her.

**Best regards,**

Attachments:
Criminal Records

/Signed/
On behalf of the Acting Director of Bur Dubai Police Station
Brigadier / Khalifa Khalid Asad Mohammad Al Awadhi

/Address Available/

Message Date: 23/04/2026, Reference: 577509/7/2/2520
#We_All_Responsible
Think before you print and participate in preserving the environment

ووردكرافت للترجمة القانونية
WORDCRAFT LEGAL TRANSLATION
REG. NO.: 700
ANTAR BITAT
رقم القيد: ٧٠٠
عنتر بيطاط
مترجم قانوني محلف معتمد من وزارة العدل- إ.ع.م
إنجليزي عربي وبالعكس
SWORN LEGAL TRANSLATOR
CERTIFIED BY MINISTRY OF JUSTICE, U.A.E
ENGLISH-ARABIC & VICE VERSA
Tel: +971 4 239 6262

ووردكرافت للترجمة القانونية
WORDCRAFT® LEGAL TRANSLATION
www.wordcraft.ae
info@wordcraft.ae
800 9673

| | | |
|---|---|---|
| Ministry of Interior<br>Bur Dubai Police Station<br>User: DBR35260 | /Logo/<br>Criminal Systems Platform:<br>Personal Inquiry | Date:04/23/2026<br>Page : 1/3 |

Unified Number: 165134465
Nationality: Malta

Name (Arabic): ارنيكا اديتيا بيرليا
Name (Latin): PARNIKA ADITYA BERLIA

Mother's Name: Santosh
Profession: Housewife

Date of Birth: April 8, 1988
Place of Birth: Mumbai, Maharashtra

Gender: Female

/Photo/

Case File Records

| Case Authority | File Number | File Date | Case Type | File Status |
|---|---|---|---|---|
| Bur Dubai Prosecution / Dubai Public Prosecution | 9308 | 05/03/2026 | Criminal Case | Active |

Reports

| Reporting Authority | Report Number | Report Date | Report Type | Role | Investigation Type | Report Status |
|---|---|---|---|---|---|---|
| General Dept. of Criminal Investigation 112020600 / Bur Dubai Police Station Charge: Incitement to | 2026001049 | 14/01/2014 | Criminal | Accused | Permanent Report | Active |

ووردكرافت للترجمة القانونية
WORDCRAFT LEGAL TRANSLATION
REG. NO: 700 رقم القيد: ٧٠٠
ANTAR BITAT عنتر بيطاط
مترجم قانوني محلف معتمد من وزارة العدل- إ.ع.م
إنجليزي- عربي وبالعكس
SWORN LEGAL TRANSLATOR
CERTIFIED BY MINISTRY OF JUSTICE, U.A.E
ENGLISH-ARABIC & VICE VERSA
Tel: +971 4 239 6262

ووردكرافت للترجمة القانونية
WORDCRAFT® LEGAL TRANSLATION

www.wordcraft.ae
info@wordcraft.ae
800 9673

| | | | | | | |
|---|---|---|---|---|---|---|
| Debauchery or Prostitution | | | | | | |
| General Dept. of Criminal Investigation 112020600 / Bur Dubai Police Station Charge: Insult (Slander) | 2025027581 | 29/10/2025 | Criminal | Accused | Permanent Report | Settled |

| Official Circulars (Warrants) | | | | | |
|---|---|---|---|---|---|
| **Issuing Authority** | **Circular Number** | **Status** | **List Type** | **Entry Date** | **Old Circular Number** |
| General Dept. of CID - Dubai Police, 112020600 | 14576626 | Active | Locally Wanted | 12/03/2026 | |
| General Dept. of CID - Dubai Police, 112020600 | 14250692 | Settled | Locally Wanted | 29/10/2025 | |

Date of Translation: 27/04/2026

Ref No: WCD-S-26-04-05933

ووردكرافت للترجمة القانونية
WORDCRAFT LEGAL TRANSLATION
REG. NO.: 700
ANTAR BITAT
رقم القيد: ٧٠٠
عنتر بيطاط
مترجم قانوني محلف معتمد من وزارة العدل- إ.ع.م
إنجليزي- عربي وبالعكس
SWORN LEGAL TRANSLATOR
CERTIFIED BY MINISTRY OF JUSTICE, U.A.E
ENGLISH-ARABIC & VICE VERSA
Tel: +971 4 239 6 262

حكومـــة دبـــي
GOVERNMENT OF DUBAI

شرطة دبي
DUBAI POLICE

التاريخ: 06 /ذو القعدة/1447
الموافق: 23/04/2026

المرجع: 577509/7/2/2520

السادة / سعادة مدير محاكم دبي .... المحترم ... المحترمون

السلام عليكم ورحمة الله وبركاته

**الموضوع: رقم الدعوى 105/2026/58 احوال نفس غير مسلمين**

بالإشارة إلى كتابكم رقم: ١٤/٠٤/٢٠٢٦ بتاريخ ١٤-٠٤-٢٠٢٦ بشأن الموضوع أعلاه

يهديكم مركز شرطة بردبي أفضل التحيات متمنين لكم ولمرتبكم دوام التقدم والرقي ، و نشير الى انه تم التدقيق على المدعوة / بارنيكا اديتيا بيرليا - الجنسية مالطا ، و نرفق لكم الصحيفة الجنائية الخاصة بها مبين فيها أرقام البلاغات و التعاميم .

وتفضلوا بقبول فائق الاحترام والتقدير

**المرفقات:**
الصحيفة الجنائية

عن مدير مركز شرطة بردبي - بالوكالة
العميد/ خليفة خالد اسد محمد العوضي

وردكرافت للترجمة القانونية
WORDCRAFT LEGAL TRANSLATION
REG. NO.: 700 رقم القيد: ٧٠٠
ANTAR BITAT عنتر بيطاط
مترجم قانوني محلف معتمد من وزارة العدل- إ.ع.م
إنجليزي- عربي وبالعكس
SWORN LEGAL TRANSLATOR
CERTIFIED BY MINISTRY OF JUSTICE, U.A.E
ENGLISH-ARABIC & VICE VERSA
Tel: +971 4 239 6262



ص ب : P.O.Box 1493 *دبي - الامارات العربية المتحدة *Dubai,UAE
هاتف رقم Tel 97143981111 * فاكس Fax 97142171299
بريد الكتروني Email bdpolice@dubaipolice.gov.ae * موقع WEB www.dubaipolice.gov.ae

#الجميع_مسؤول

#We_All_Responsible

فكر قبل أن تطبع وشارك في الحفاظ على البيئة

**Ministry of Interior** | **وزارة الداخلية**

Bur Dubai Police Station | مركز شرطه بردبى

## منصة الأنظمة الجنائية

### استعلام أشخاص جنائي

التاريخ : 04/23/2026

الصفحة : 1 / 3

المستخدم : DBP35260



الرقم الموحد : 165134465

الجنسية : مالطا

الاسم العربي : بارنيكا اديتيا بيرليا

الاسم اللاتيني : PARNIKA ADITYA BERLIA

اسم الأم : سانتوش

المهنة : ربة بيت

تاريخ الميلاد : 1988/04/08

مكان الميلاد : مومباى ماهاراشترا

الجنس : انثى

**ملف القضايا**

| حالة الملف | نوع الملف | تاريخ الملف | رقم الملف | جهة القضية |
|---|---|---|---|---|
| جاري | قضية جزائية | 2026/03/05 | 9308 | النيابة الكلية بدبي / نيابة بر دبي |

DBP35260 DBP35260 DBP35260 DBP35260 DBP35260 DBP35260 DBP35260 DBP35260 DBP35260 DBP35260 DBP35260 DBP35260

WORDCRAFT LEGAL TRANSLATION
REG. NO.: 700
ANTAR BITAT
SWORN LEGAL TRANSLATOR
CERTIFIED BY MINISTRY OF JUSTICE, U.A.E
ENGLISH-ARABIC & VICE VERSA
Tel: +971 4 239 6262

**Ministry of Interior**

Bur Dubai Police Station

**وزارة الداخلية**

مركز شرطه بردبى

**منصة الأنظمة الجنائية**

**استعلام أشخاص جنائي**

**التاريخ :** 04/23/2026

**الصفحة :** 2 /3

**المستخدم :** DBP35260

DBP35260

**بلاغات**

| جهة البلاغ | رقم البلاغ | تاريخ البلاغ | نوع البلاغ | الدور | نوع التحقيق | حالة البلاغ |
|---|---|---|---|---|---|---|
| الادارة العامة للتحريات والمباحث 112020600 الجنائية / مركز شرطه بردبى التهمة: التحريض على الفجور أوالدعارة | 2026001049 | 2026/01/14 | جنائي | متهم | بلاغ دائم | فعال |
| الادارة العامة للتحريات والمباحث 112020600 الجنائية / مركز شرطه بردبى التهمة: السب | 2025027581 | 2025/10/29 | جنائي | متهم | بلاغ دائم | مسدد |

وردكرافت للترجمة القانونية
WORDCRAFT LEGAL TRANSLATION
REG. NO.: 700
ANTAR BITAT
رقم القيد: ٧٠٠
عنتر بيطاط
مترجم قانوني محلف معتمد من وزارة العدل- إ.ع.م
إنجليزي- عربي وبالعكس
SWORN LEGAL TRANSLATOR
CERTIFIED BY MINISTRY OF JUSTICE, U.A.E
ENGLISH-ARABIC & VICE VERSA
Tel.: +971 4 239 6262

**Ministry of Interior**

Bur Dubai Police Station

**وزارة الداخلية**

مركز شرطه بردبى

**منصة الأنظمة الجنائية**

استعلام أشخاص جنائي

**التاريخ :** **04/23/2026**

**الصفحة :** **3 / 3**

**المستخدم :** DBP35260

**ملف تعميم**

| جهة التعميم | رقم الملف | حالة الملف | نوع القائمة | تاريخ الادخال | رقم الملف القديم |
|---|---|---|---|---|---|
| القياده العامه لشرطه دبى / الادارة العامة للتحريات والمباحث الجنائية / 112020600 | 14576626 | فعال | مطلوب محلي | 2026/03/12 | |
| القياده العامه لشرطه دبى / الادارة العامة للتحريات والمباحث الجنائية / 112020600 | 14250692 | مسدد | مطلوب محلي | 2025/10/29 | |

DBP35260

ووردكرافت للترجمة القانونية
WORDCRAFT LEGAL TRANSLATION
REG. NO.: 700 رقم القيد: ٧٠٠
ANTAR BITAT عنتر بيطاط
مترجم قانوني محلف معتمد من وزارة العدل إ.ع.م
إنجليزي عربي وبالعكس
SWORN LEGAL TRANSLATOR
CERTIFIED BY MINISTRY OF JUSTICE, U.A.E
ENGLISH-ARABIC & VICE VERSA
Tel.: +971 4 239 6262