**From:** Laura-Kate Bernstein <Laura-Kate@zwillgen.com>
**Sent:** Friday, July 24, 2026 2:48 PM
**To:** Cassidy, Eric <ecassidy@curtis.com>
**Cc:** Oliver Kiefer <oliver.kiefer@zwillgen.com>
**Subject:** Re: Case No. 3:25-MC-80306-LJC: In re Discord Inc.

******EXTERNAL EMAIL******

Hi Eric -

I hope you're doing well. Discord declines your request for a deposition. Discord has produced the records responsive to the subpoena following a diligent search, together with a records certification. Following your request in May, Discord also conducted an additional review to confirm that no responsive records had been inadvertently omitted from its production, and located no additional records. Accordingly, Discord considers its response to the subpoena complete.

With respect to your question about content versus non-content information, Discord distinguishes between those categories in responding to legal process consistent with its obligations under the Stored Communications Act. By way of example, content includes message content (including message attachments), reactions, server names, channel names, server assets (such as user-uploaded banners), and free-form text fields in a user's profile (such as a user's status). These examples are illustrative only.

Thanks,

Laura-Kate

Laura-Kate Bernstein
Legal Director | ZwillGen