**MEET AND CONFER ATTESTATION**

On July 29, 2026, the Parties' counsel met and conferred by video conference regarding the discovery dispute but could not reach an agreement.

Respectfully attested,

**CURTIS, MALLET-PREVOST, COLT& MOSLE LLP**

/s/ *Eric J. Cassidy*
Eric J. Cassidy
ecassidy@curtis.com

*Attorneys for Applicant Aditya Berlia*

**ZWILLGEN LAW LLP**

/s/ *Laura-Kate Bernstein*
Laura-Kate Bernstein (*pro hac vice*)
Laura-kate@zwillgen.com

*Attorney for Respondent Discord Inc*