**EXHIBIT 1**

UNITED STATES OF AMERICA
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aditya Berlia, Applicant, | DOCKET NUMBER: |
| Order Pursuant to 28 U.S.C. § 1782 to Obtain Discovery in aid of Foreign Proceedings, | Affiant ESTEFANIA ORTEGA |
| | DATE: January 14, 2026 |

**AFFIDAVIT FOR CONSENT FROM ESTEFANIA ORTEGA**

STATE OF CALIFORNIA §
SAN MATEO COUNTY §

I, the undersigned, Estefania Ortega, declare under oath and penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct:

1. I am over the age of eighteen (18) and am competent to make this Declaration. I have personal knowledge of the facts stated herein. I currently reside at 451 Madison Ave., Apt. 1, Redwood City, California 94061.

2. I hereby give my full consent to, and authorize, Discord Inc. to disclose, produce, and provide any and all data, content, records, metadata, images, chats, communications, or other information associated with my Discord account and associated servers.

3. The server and account are associated with the email address dulze650@gmail.com and the telephone number +1 (650) 924-7802.

4. This authorization includes, but is not limited to, disclosure of all account-related information, including my unique user identification number (snowflake ID), username and historical usernames, display name, email address, phone number.

5. I further authorize the disclosure of usage data, including but not limited to actions taken on the account such as adding friends, joining or leaving servers or communities, roles and permissions held in servers, content moderation actions, pages or channels visited, features used, and event or activity logs.

6. I consent to the disclosure of all user-generated content, including messages and posts in direct messages, group direct messages, and server channels, as well as drafts, reactions, embeds, custom emojis, files shared, images, videos, and other attachments. This authorization excludes the actual contents of live voice or video calls, which Discord does not store beyond limited thumbnails.

**EXHIBIT 1**

7. I authorize disclosure of server or guild information, including server names, server IDs, channel IDs, member lists, roles, permissions, activities, and related data for any servers I created, owned, administered, or participated in.

8. This authorization includes message-level details such as timestamps, edits, deletions, reactions, and embeds, as well as any other data preserved or stored by Discord Inc., including data preserved for up to ninety (90) days or longer upon request, covering account data, communications, and metadata.

9. This authorization explicitly includes all relevant snowflake IDs, which are unique 17- or 18-digit identifiers associated with users, servers (guilds), channels, messages, roles, and any other applicable Discord objects.

10. I further authorize Discord Inc. to confirm whether ANY of the above located including server names, server IDs, channel IDs, member lists, roles, permissions, activities, and related data for any servers have been deleted and, if so, to retrieve and disclose any information, records, or metadata associated with the deleted server.

Signature [signature]
Estefania Ortega

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of San Mateo

Subscribed and sworn to (or affirmed) before me on this 14 day of January 2026, by Estefania Ortega, who proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature of Notary Public Seal: Marlyne Sahouria

MARLYNE SAHOURIA
COMM. #2398422
Notary Public · California
San Mateo County
My Comm. Expires Mar. 24, 2026
NR01