**EXHIBIT 2**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aditya Berlia,<br><br>*Applicant.*<br><br>FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO OBTAIN DISCOVERY IN AID OF FOREIGN PROCEEDINGS | No.: 3:25-mc-80306-LJC |

**AFFIDAVIT OF JEFFERY GODWIN**

STATE OF TEXAS §
COLLIN COUNTY §

I, the undersigned, Jeffery Godwin, declare under oath and penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct:

1. "I am over the age of 18 and provide this Declaration based on my own personal knowledge. I reside at 106 Pecan Street, Blue Ridge, Texas 75424.
2. I give my consent to, and authorize Discord Inc. to provide metadata, images, chat, or other information from the server I created on Discord Inc. titled "what lovers do."
3. The server is associated with the email address <jlostfaith@yahoo.com>. The telephone number associated with the server is (903) 744-5686.
4. I further authorize Discord Inc. to confirm that the server has been deleted and, if so, to retrieve any information or metadata associated with the delated server."

Executed on December 16, 2025 in Collin County, Texas.

*Jeffery Godwin*

Jeffery Godwin

Sworn to and subscribed to me by Jeffery Godwin on December 16, 2025.

DIANA DE LOS SANTOS
Notary Public, State of Texas
Comm. Expires 04-20-2027
Notary ID 131893423

Notary Public in and for the State of Texas