**EXHIBIT 3**

**From:** Laura-Kate Bernstein <Laura-Kate@zwillgen.com>
**Sent:** Friday, January 16, 2026 2:06 PM
**To:** Cassidy, Eric <ecassidy@curtis.com>
**Subject:** Re: Case No. 3;25-mc-80306-LJC: In re Discord Inc.

*****EXTERNAL EMAIL*****

Discord can produce the data requested in the consent affidavit - but note, that affidavit does not include consent for all subscriber records; it appears to be limited to information about a single server from his account. So what you could do is either (1) get a second affidavit that includes consent for all non-content; or (2) get the subpoena for the non-content data you want. (Or (3), have Godwin pull his own data, but it sounds like that route doesn't work for you?).

Discord will need the consent affidavit to come from the email address associated with the Discord account.

Would that work for what you need? We could stipulate that Discord will not oppose a subpoena for non-content (that identifies an account by unique identifier) and that the parties have reached an agreement regarding records produced per Godwin's consent.

**From:** Cassidy, Eric <ecassidy@curtis.com>
**Date:** Friday, January 16, 2026 at 12:06 PM
**To:** Laura-Kate Bernstein <Laura-Kate@zwillgen.com>
**Subject:** RE: Case No. 3;25-mc-80306-LJC: In re Discord Inc.

We would like that.

Given Godwin's consent, I'd assume Discord would be willing to provide the content related to him specifically. Is that correct? Would metadata be included? And what does "customer support records" include?

**Eric J. Cassidy**
Curtis, Mallet-Prevost, Colt & Mosle LLP
M: (832) 331-6778 / D: (713) 331-2456