**EXHIBIT 5**

ZG ZwillGen

1900 M Street NW, Suite 250
Washington, DC 20036

**Phone:** +1 (202) 296 3585
**Website:** www.zwillgen.com

Eric Cassidy
Partner
Curtis, Mallet-Prevost, Cole & Mosle LLP
ecassidy@curtis.com
*By email*

July 31, 2026

Counsel –

Following an additional internal review, Discord identified two inadvertent errors that affected its initial search for responsive records. Specifically, due to human error during the collection process, (1) an incorrect date parameter was used in the initial search, and (2) one relevant data source containing records older than two years was inadvertently omitted from the search. As a result, certain responsive records were not included in Discord's initial production.

Upon discovering the issue, Discord promptly reran the search using the correct search parameters and searched the omitted data source. Discord is producing the additional responsive records identified through that supplemental collection with this letter.

The initial omission of these records was inadvertent and resulted from isolated human errors during the collection process, not from any determination that the omitted records were non-responsive or otherwise intentionally withheld. Upon identifying the issue, Discord promptly corrected the collection and is providing this supplemental production.

Discord remains committed to responding to legal process promptly, accurately, and in good faith.

Nothing in this supplemental production should be construed as a waiver of any objections, rights, or privileges previously asserted by Discord, all of which are expressly reserved.

Sincerely,

Laur[redacted]Bernstein
ZwillGen PLLC

cc: Oliver Kiefer

encl: