**EXHIBIT 6**

| | |
|---|---|
| User ID: | 476983958597271552 |
| Username: | faithfully_yours1#0 |
| Email: | jlostfaith@yahoo.com |
| Email verified: | Yes |
| Phone number: | +19037445686 |
| Registration IP: | Not found |
| Registration Time (UTC): | 2018-08-09 05:23:57 |
| Last Seen Time (UTC): | 2026-05-07 10:30:34 |
| Last Seen IP: | 184.92.79.59 |

No session information found.

EXHIBIT 6

| | |
|---|---|
| User ID: | 773989491156844615 |
| Username: | harleyqueen650#0 |
| Email: | dulze650@gmail.com |
| Email verified: | Yes |
| Phone number: | Not found |
| Registration IP: | Not found |
| Registration Time (UTC): | 2020-11-05 19:17:54 |
| Last Seen Time (UTC): | 2026-05-07 06:15:03 |
| Last Seen IP: | 172.56.47.130 |

No session information found.

EXHIBIT 6

guild_history

| guild_id | deleted_guild |
| --- | --- |
| 868044327564238858 | FALSE |
| 1138660345804771378 | FALSE |
| 1455756039168196787 | FALSE |
| 1273039093474922556 | FALSE |
| 845256990942298113 | FALSE |
| 806137711203319809 | FALSE |
| 839946895233122365 | FALSE |
| 878828390428319764 | FALSE |
| 1138486108716544120 | FALSE |
| 914222562207211520 | FALSE |
| 906146672428613692 | FALSE |
| 1383197141958262864 | FALSE |
| 738009797798133761 | FALSE |
| 413838511104589834 | FALSE |
| 1181952838637723680 | FALSE |
| 747799477657796609 | FALSE |
| 1041461235482382456 | FALSE |
| 270500621403029504 | FALSE |
| 316687565006831626 | FALSE |
| 818848142853931038 | FALSE |
| 552146251605475329 | FALSE |
| 1101214922316189717 | FALSE |
| 856997158321520680 | FALSE |
| 1282077336291905679 | FALSE |
| 926518948206366780 | FALSE |
| 1262192611641262121 | FALSE |
| 1243013673014919249 | FALSE |
| 855659369609166858 | FALSE |
| 1222183098553466880 | FALSE |

EXHIBIT 6

| | |
|---|---|
| 478504544129515520 | FALSE |
| 1406204406520615002 | FALSE |
| 370262040323031040 | FALSE |
| 1445430333033156610 | FALSE |
| 1264006458282999918 | FALSE |
| 995312498586693642 | FALSE |
| 1070014494501244938 | FALSE |
| 788952706161049610 | FALSE |
| 686622375386808355 | FALSE |
| 474739462589382667 | FALSE |
| 864121755634237510 | FALSE |
| 892423350591316029 | FALSE |
| 654543221732540456 | FALSE |
| 584776707370909727 | FALSE |
| 900333068261425172 | FALSE |
| 918046959514837052 | FALSE |
| 1351994601447362643 | FALSE |
| 1442360527123648576 | FALSE |
| 835647968475611167 | FALSE |
| 1247721999153762376 | TRUE |
| 1253425775596671156 | TRUE |
| 1054582326664896543 | TRUE |
| 1141188989563437157 | TRUE |
| 673587267062988828 | TRUE |
| 746003066372882532 | TRUE |
| 683118963768819824 | TRUE |
| 673587267062988828 | TRUE |
| 683118963768819824 | TRUE |
| 1264505492567363708 | TRUE |
| 1054681064263647264 | TRUE |
| 683118963768819824 | TRUE |
| 673587267062988828 | TRUE |

EXHIBIT 6

| | |
|---|---|
| 1141188989563437157 | TRUE |
| 699232115199574076 | TRUE |
| 1289508699848839271 | TRUE |
| 746003066372882532 | TRUE |
| 493212460430393344 | TRUE |
| 1270555041131925605 | TRUE |
| 772171617190805515 | TRUE |
| 1247721999153762376 | TRUE |
| 1247721999153762376 | TRUE |
| 1181836826240106516 | TRUE |
| 683118963768819824 | TRUE |
| 656521442120171521 | TRUE |
| 656521442120171521 | TRUE |
| 804805434355351564 | TRUE |
| 893228404348973096 | TRUE |
| 1288097684267208734 | TRUE |
| 746003066372882532 | TRUE |
| 1259742848694222921 | TRUE |
| 804805434355351564 | TRUE |
| 699232115199574076 | TRUE |
| 1247721999153762376 | TRUE |
| 493212460430393344 | TRUE |