**EXHIBIT 7**

**Subject:** Discord - supplemental production
**Date:** Friday, July 31, 2026 at 1:28:41 PM Eastern Daylight Time
**From:** Laura-Kate Bernstein
**To:** Cassidy, Eric
**CC:** Oliver Kiefer
**Priority:** High
**Attachments:** image001.png, 7.31 Berlia supplemental production.pdf, 48201df5391c47a7b1ea907ac3cc1a94.zip, f07a3b1d3e7145a6a969d34acf396fb9.zip

Eric -

Please see the attached supplemental production.  As explained in the attached letter, Discord identified an inadvertent human error in data entry that affected its initial search.  We expect that this supplemental production may resolve the issues you raised in your motion to compel and during the July 29 meet and confer.

The Court's order instructs that the parties are to file a joint letter on Monday, but only if disagreement remains.  I propose we file a joint status update explaining what happened, that the parties are continuing to work on this, and that we will proceed with a joint letter if disagreement remains after you've had sufficient time to ingest the supplemental production.  Also, if you have remaining questions about how to read Discord's records (what GuildIDs represent, etc), please let me know and I'd be happy to set up a call with Discord's Trust and Safety counsel.

Please let me know your position.  If you agree about the status update, I'm happy to draft and circulate.

Thanks,

LK

Laura-Kate Bernstein
**Legal Director I ZwillGen**
+1 (202) 706-5252 I she, her, hers
zwillgen.com I X I LinkedIn