**EXHIBIT 1**

**From:** Cassidy, Eric <ecassidy@curtis.com>
**Sent:** Monday, August 3, 2026 9:33 PM
**To:** 'Laura-Kate Bernstein' <Laura-Kate@zwillgen.com>
**Cc:** Oliver Kiefer <oliver.kiefer@zwillgen.com>
**Subject:** Applicant's Revisions.

Attached is a clean copy and a pdf/redline of Applicant's revisions to his statement. The revisions respond to Discord's arguments.

We have made no changes have been made to Discord's position statement. It your statement.

However, if Discord makes changes to its position, please send me a redline. Applicant does not intend to further respond to Discord's statement or any changes, but I'd like to review any changes before its filed.

Once that's done, you can sign the attestation and my signature by permission.

Please let me know if you have any questions. I'm available t talk.

Eric

**Eric J. Cassidy**
Curtis, Mallet-Prevost, Colt & Mosle LLP
M: (832) 331-6778 / D: (713) 331-2456