EXHIBIT 3

**From:** ECF-CAND@cand.uscourts.gov <ECF-CAND@cand.uscourts.gov>
**Sent:** Monday, August 3, 2026 10:32 PM
**To:** efiling@cand.uscourts.gov
**Subject:** Activity in Case 3:25-mc-80306-LJC Berlia v. Discord Inc. Discovery Letter Brief

*****EXTERNAL EMAIL*****

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**California Northern District**

## Notice of Electronic Filing

The following transaction was entered by Bernstein, Laura on 8/3/2026 at 7:31 PM and filed on 8/3/2026

| | |
|---|---|
| **Case Name:** | Berlia v. Discord Inc. |
| **Case Number:** | 3:25-mc-80306-LJC |
| **Filer:** | Discord Inc. |
| **Document Number:** | 36 |

**Docket Text:**
**Joint Discovery Letter Brief filed by Discord Inc.. (Attachments: # (1) Declaration Attestation of Meet and Confer, # (2) Exhibit 1, # (3) Exhibit 2, # (4) Exhibit 3, # (5) Exhibit 4, # (6) Exhibit 5, # (7) Exhibit 6, # (8) Exhibit 7)(Bernstein, Laura) (Filed on 8/3/2026)**

**3:25-mc-80306-LJC Notice has been electronically mailed to:**

Eric J. Cassidy ecassidy@curtis.com

Jerrold Lyle Bregman jbregman@curtis.com

Laura K Bernstein laura-kate@zwillgen.com

Oliver M. Kiefer oliver.kiefer@zwillgen.com, docketing@zwillgen.com, jamie-moses-8896@ecf.pacerpro.com, laura-kate@zwillgen.com, michael.dayao@zwillgen.com

**EXHIBIT 3**

**3:25-mc-80306-LJC Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\FINAL to file 2026.08.03. Jt. Ltr re Civ. Stnd Order sec. F.5_Discord.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=8/3/2026] [FileNumber=23841428-0]
[631c59ee35f6380dc6b40186677e9591d1aef5ba9f5ebe47e119ba5e83084c7bbe879
23b0188348b7712219bf2d9ec5efe5e0ac6ef20fdd494ca3f7ea79b9fb9]]
**Document description:**Declaration Attestation of Meet and Confer
**Original filename:**C:\fakepath\Meet and Confer attestation.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=8/3/2026] [FileNumber=23841428-1]
[39df5b6e5e8ab685e691ad62a0fe281e278927f252e6c3a4b9d60596b16bf2c6edb22
0310e3ff18671b2c322a73ebea14071ac116d952e361ae7f6ef2bc954f3]]
**Document description:**Exhibit 1
**Original filename:**C:\fakepath\EXHIBIT 1.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=8/3/2026] [FileNumber=23841428-2]
[633799acfee2cbabdd3139520efd48830b1bd36ee319d3888f2d87ab406c9a766faf2
c4c82920d98352a2567bab21dfdff7961d20ac455def619b1fd0ed4c2ca]]
**Document description:**Exhibit 2
**Original filename:**C:\fakepath\EXHIBIT 2.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=8/3/2026] [FileNumber=23841428-3]
[4b482df44b0938115783d1ebabdd12ce21ac3bb623e7a54db7afdef9c8c5cf617c2bf
a325e5159bf079465d7925f9448fac356402dddf3a6493edbbf3daf0318]]
**Document description:**Exhibit 3
**Original filename:**C:\fakepath\EXHIBIT 3.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=8/3/2026] [FileNumber=23841428-4]
[04ae21bc796b3a244db7e90f1ba5a9b8efe986c3606b8d57d77716b3bb1517ed57239
18604545c53fa36e04822da2983045b7a029a64749c4f900b9cca5b05f0]]
**Document description:**Exhibit 4
**Original filename:**C:\fakepath\EXHIBIT 4.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=8/3/2026] [FileNumber=23841428-5]
[57b915bb279d8f583c725a438809050bd0461c7f65e836f326b858746e29f554886ab
26ac9be5abf7bab47db4799c782ae2eb87e3bcda0d97f50d31ed53ee7db]]
**Document description:**Exhibit 5
**Original filename:**C:\fakepath\EXHIBIT 5.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=8/3/2026] [FileNumber=23841428-6]
[1d03eeb2ab31b6399a9adbca076df0396c9651936540182a8ac1d432d2303565dd7ec
1bfa5ffe7214178ce21f182de1f3375a8eb0e6d581eab4aed04b051dbb7]]

# EXHIBIT 3

**Document description:**Exhibit 6
**Original filename:**C:\fakepath\EXHIBIT 6.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=8/3/2026] [FileNumber=23841428-7]
[5a331d3bd033740e16443f4ebebca9ec0e284d41f0658de772cbe685c908e75e1b873
6b261a4adce80dc6c887d572b316229fc59e0ab2c735fa8f8a01251de75]]
**Document description:**Exhibit 7
**Original filename:**C:\fakepath\EXHIBIT 7.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=8/3/2026] [FileNumber=23841428-8]
[945ca5b139aabb667a881451511332303ba26f7e577d51bd45c71ea838ebe7d95ea5e
93672559f6941f6d74d67440f6ae7d17e267f0617ea12c634dc58706916]]