**EXHIBIT 4**

**From:** Cassidy, Eric
**Sent:** Monday, August 3, 2026 10:44 PM
**To:** 'Laura-Kate Bernstein' <Laura-Kate@zwillgen.com>
**Cc:** Oliver Kiefer <oliver.kiefer@zwillgen.com>
**Subject:** RE: Applicant's Revisions.

Laura-Kate,

You filed the joint letter brief without allowing me to see any revisions, as I requested.

In footnote 2, you quote an alleged statement from me. Send me a copy a record of that statement. I disagree it was made. Send me the audio file, email, or other citation or source that you've taken the quote from.

In footnote 2, you also say that Applicant has "made a practice" of suggesting that Discord is threatening sanctions. Other than this instance, send me the record for the times Discord alleges Applicant or myself have suggested that Discord threatened or raised the issue of moving for sanctions against Applicant.

I expect the backup by tomorrow morning. Given the fact that you decided to file what appears to be a factually baseless allegation in a footnote in a joint filing, without allowing me to review it before filing, I expect some factual basis. If you have none, I'm instructing you to file a retraction first thing tomorrow morning.

**Eric J. Cassidy**
Curtis, Mallet-Prevost, Colt & Mosle LLP
M: (832) 331-6778 / D: (713) 331-2456