**EXHIBIT 5**

**From:** Laura-Kate Bernstein <Laura-Kate@zwillgen.com>
**Sent:** Tuesday, August 4, 2026 8:50 AM
**To:** Cassidy, Eric <ecassidy@curtis.com>
**Cc:** Oliver Kiefer <oliver.kiefer@zwillgen.com>
**Subject:** Re: Applicant's Revisions.

*****EXTERNAL EMAIL*****

Good morning -

I followed your instructions by sending the redline before filing.  Given that it was after 10 pm east coast and no changes were made to your statement, I filed shortly after sending the redline.

The quote is from my contemporaneous notes of the meet and confer.  I often take verbatim notes.  I'm not aware of a recording.  I referenced your abrupt hangup in an email to you shortly after.

The footnote is intended to convey that Berlia has made a practice of threatening sanctions, not that Berlia has made a practice of contending that Discord threatened sanctions.