EXHIBIT 6

**From:** Cassidy, Eric
**Sent:** Tuesday, August 4, 2026 10:05 AM
**To:** 'Laura-Kate Bernstein' <Laura-Kate@zwillgen.com>
**Cc:** Oliver Kiefer <oliver.kiefer@zwillgen.com>
**Subject:** RE: Applicant's Revisions.

Laura-Kate,

This email is to confer with you regarding the footnote you added. In an effort to resolve the issue, I will agree to filing an amended joint letter brief in which the footnote is deleted. The Court can then focus on the substantive issues.

If you decline to amend, I will move to strike the footnote in a filing today and ask for costs.

Please advise me of your decision by 12 noon Eastern.

EJC

**Eric J. Cassidy**
Curtis, Mallet-Prevost, Colt & Mosle LLP
M: (832) 331-6778 / D: (713) 331-2456