# Exhibit A

**From:** Laura-Kate Bernstein <Laura-Kate@zwillgen.com>
**Date:** Wednesday, July 29, 2026 at 11:39 AM
**To:** Cassidy, Eric <ecassidy@curtis.com>
**Cc:** Oliver Kiefer <oliver.kiefer@zwillgen.com>
**Subject:** Re: Case No. 3:25-MC-80306-LJC: In re Discord Inc.

Hi Eric,

Before you abruptly ended the call, I was hoping to establish a process for the joint letter. Per Judge Cisneros' standing order, the letter is not to exceed 5 pages, and should set forth "each unresolved issue." Do you agree with framing the unresolved issue as the court did - "whether Berlia should be permitted to issue a subpoena for a deposition of Respondent Discord regarding Discords document production in response to the previous stipulated [31] Subpoena," and dividing up roughly 2.5 pages each?

If so, please let me know if you have a preference for which party will combine materials and file on Monday.

Thank you,

Laura-Kate

Laura-Kate Bernstein
Legal Director | ZwillGen