UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Aditya Berlia,

Plaintiff,

v.

Discord, Inc.,

Defendant.

Case No. 3:25-mc-80306-LJC

**MOTION TO SUBSTITUTE LAW FIRM; ORDER**

On behalf of (party name) Aditya Berlia, the following attorney(s)

(1) move(s) to substitute as counsel of record,

(2) certify they are members in good standing of this Court's bar,

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

Daniel P. Kappes (SBN 303454), Jacob Barrera (SBN 348272), Isabella Granucci (SBN 351957); Holland & Knight LLP

Name(s) of counsel withdrawing from representation and firm name:

Eric J. Cassidy and Jerrold Lyle Bregman; Curtis Mallet-Prevost, Colte & Mosle LLP

Date: Sept. 4, 2026

HOLLAND & KNIGHT LLP

Daniel P. Kappes Attorneys for Aditya Berlia

**ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: October 9, 2026

UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California